IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SANDY SPRINGS, GEORGIA, a Municipal Corporation of the State of Georgia; the CITY COUNCIL of the CITY OF SANDY SPRINGS, GEORGIA; EVA GALAMBOS, Mayor of the City of Sandy Springs, Georgia; and JOHN PAULSON, DIANNE FRIES, WILLIAM COPPEDGE COLLINS, JR., ASHLEY JENKINS, TIBERIO DeJULIO and KAREN MEINZEN McENERNY, Individually in Their Official Capacities as Members of the CITY COUNCIL of the CITY OF SANDY SPRINGS, GEORGIA<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:10-CV0082 CAP |

## FIRST AMENDMENT TO COMPLAINT

COMES NOW Plaintiff and hereby amends the Complaint filed in the above-styled action as follows:

Caption and Opening Paragraph

Replace Eva Galambos, Mayor of the City of Sandy Springs, Georgia with the following: "Eva Galambos, in her Official Capacity as Mayor of the City of Sandy Springs, Georgia."

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

142434_1

This 15th day of January 2010.

                        Respectfully submitted,

                        DILLARD & GALLOWAY, LLC

By: /s/ Andrea Cantrell Jones
     G. Douglas Dillard
     Georgia Bar No. 221900
     dotty@dandglaw.com
     Andrea Cantrell Jones
     Georgia Bar No. 398440
     andrea@dandglaw.com
     Lauren M. Hansford
     Georgia Bar No. 497507
     lhansford@dandglaw.com
     Attorney for Plaintiff
     3500 Lenox Road, N.E., Suite 760
     Atlanta, Georgia 30326
     (404) 965-3680
     (404) 965-3670 (fax)

142434_1