IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SANDY SPRINGS, GEORGIA, et al.<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:10-CV0082 CAP |

## CHURCH OF SCIENTOLOGY OF GEORGIA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Church of Scientology of Georgia, Inc. ("Plaintiff") hereby moves the court, pursuant to Federal Rule of Civil Procedure 58, for an order for partial summary judgment in favor of Plaintiff against Defendant City of Sandy Springs, et al., Georgia on the ground that there is no genuine issue as to any material fact and Plaintiff is entitled to judgment as a matter of law, as appears from the pleadings, affidavits, depositions, exhibits, and other evidence of record.

151467.1

## LR 26.3A CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to LR 26.3A, that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT has been served on Defendants by depositing a copy in the United States Mail, in a properly addressed envelope with adequate postage thereon to counsel for Defendants.

                                  Respectfully submitted,

                                  DILLARD & GALLOWAY, LLC

                    By:  /s/ Andrea Cantrell Jones
                          State Bar No. 398440

Attorney for Plaintiff
3500 Lenox Road, N.E., Suite 760
Atlanta, Georgia 30326
(404) 965-3680
(404) 965-3670 (fax)
andrea@dandglaw.com (email)

151467.1                                   2