EXHIBIT "D-1"

DEPOSITION EXHIBIT NO. 16

ZONING ORDINANCE § 18.2.1

ADOPTED BY MAYOR AND CITY COUNCIL, DECEMBER 27, 2005

ARTICLE XVIII

OFF STREET PARKING AND LOADING

18.1 SCOPE.

The location, design and quantity of off-street parking and loading facilities for every use located in Sandy Springs shall comply with requirements herein.

18.2 PARKING SPACES REQUIRED.

Every use shall be served by off-street parking spaces as specified below. Parking spaces shall serve only the designated use and shall be located on the same lot as the use unless another location is authorized in accordance with other provisions of this Zoning Ordinance.

18.2.1 BASIC OFF-STREET PARKING REQUIREMENTS. Parking requirements shall be calculated based on the proportion that each use contributes to the total. All areas are expressed in gross square feet of building area unless ground area or some other measure is specified. Any fraction of one-half or larger shall constitute a whole. A bench seat shall consist of 18 inches.

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA unless GROUND AREA or some other measure is specified. | | |
| Adult Entertainment Establishments | | 10 per 1000 sq. ft. |
| Assembly Places with Fixed Seating | stadiums auditoriums theaters amphitheaters | one per 4 fixed seats |
| Assembly Places without Fixed Seating | meeting halls libraries | one per 35 sq. ft. in largest assembly room |
| Auto Dealerships, Sales & Service | new car sales used car sales service & parts | 6.5 per 1000 sq. ft. |

Zoning Ordinance
City of Sandy Springs

Page 185 of 350

Text revised to incorporate amendments through 10/20/09



R 000731

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA <u>unless</u> GROUND AREA or some other measure is specified. | | |
| Bowling Alley | | 5 per alley |
| Child Care<br>Kindergarten | day care centers<br>pre-school | 1.7 per 1000 sq. ft. + one per 4 employees on the largest shift |
| Churches and Other places of Worship<br><br>Without Fixed Seating | churches<br>cathedrals<br>temples | one per 3.5 fixed seats in the largest assembly area<br><br>one per 30 sq. ft. in largest assembly are |
| <u>Clubs and Lodges</u> | country clubs<br>fraternal organizations | 5 per 1000 sq. ft. |
| Club with Golf Course | | 50 per 9 holes + one per 1000 sq. ft. |
| Commercial, Amusement, Outdoor | amusement parks<br>skateboard parks<br>batting cages | 1 per 4 fixed seats or one per 35 sq. ft. of floor area used for moveable seats; plus 10 per 1000 sq. ft. of ground area identified for recreation and assembly |
| Custodial Care | halfway houses | 2.5 per 1000 sq. ft. |
| Dormitories and Related | dormitories<br>fraternity houses<br>sorority houses<br>boarding houses | one per bedroom + 5 per 1000 sq. ft. of common area |
| Festivals, Outdoor | horseshows<br>carnivals<br>dogs shows<br>arts and crafts shows | 2 per 1000 sq. ft. of ground area identified for festivals and music festivals related seating |
| Financial Institutions | banks<br>credit unions<br>brokerage houses | 5 per 1000 sq. ft. |
| Funeral Homes | | one per 3 fixed seats + one for each 25 sq. ft. in the largest assembly room |
| Golf Course, Public and Private, | | 50 spaces per 9 holes |

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA unless GROUND AREA or some other measure is specified. | | |
| Without Club Facilities | | |
| Health Care Facilities | hospitals<br>out-patient clinics<br>convalescent home<br>nursing home | one per four beds + one per 3 employees |
| Hotels & Motels, No Restaurants<br><br>With Restaurants | apartment hotels<br>hotels<br>motels | one per room<br><br><br><br>1.25 per room |
| Industrial and Manufacturing | assembly plants<br>fabrication plants<br>factories | one per 1000 sq. ft. |
| Laboratories, Scientific & Related | experimental labs<br>fabrication plants<br>factories | 2.5 per 1000 sq. ft. |
| Medical Offices<br>Related Facilities | dental offices<br>doctor's offices<br>veterinary offices<br>clinics | 4 per 1000 sq. ft. |
| Mini-warehouses | | 1 per employee + 1 per 5000 sq. ft. |
| Offices, General | freestanding offices<br>office towers<br>office parks<br>offices assoc. with other uses | 3 per 1000 sq. ft. to 250,000 sq. ft.;<br>2.8 per 1000 sq. ft. all exceeding 250,000 sq. ft. |
| Personal Service Establishments | barber shops<br>beauty parlors<br>Laundromats<br>dry cleaners | 5 per 1000 sq. ft. |
| Race Track | | one per 4 fixed seats or one per 35 sq. ft. of floor area used for moveable seats, + 10 per 1000 sq. ft. of other spectator area. |

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA <u>unless</u> GROUND AREA or some other measure is specified. | | |
| Recreational Facilities, Indoor | billiard parlors<br>game rooms<br>arcades<br>skating rinks<br>physical fitness centers<br>museums | 5 per 1000 sq. ft. |
| Recreation, Private<br><br>Single-family or Mixed Residential Use, Association or Club<br><br><br><br><br>Multi-family Residential | <br><br>tennis court<br>basketball court<br>swimming pool | <br><br>3 per court<br>4 per court<br>6 per adult swimming pool + 1 per 15 dwelling units beyond 60 served<br><br>included in basic parking requirement |
| Recreation, Public | basketball court<br>playing fields<br>tennis courts<br>driving range<br>miniature golf<br>swimming pool | 4 per court<br>50 per field<br>3 per court<br>2 per tee<br>20 per 18 holes<br>20 + 1 per 50 sq. ft. of pool area |
| Recycling Center | | 1.5 spaces per 1,000 square feet of building floor area and 2 spaces per outdoor recycling collection container plus loading spaces as specified in Section 18.6.1 |
| Residential, Multi-family (fewer than 40 units/acre) | one bedroom or efficiency unit<br>2 bedroom unit<br>3 bedroom unit | 1.4 per unit<br>2.0 per unit<br>2.25 per unit |
| Residential<br>Multi-family<br>Highrise (40 + units acre) | one bedroom or efficiency unit<br>2 bedroom unit<br>3 bedroom unit | 1.25 per unit<br>1.75 per unit<br>2.00 per unit |
| Residential, Single Family | detached dwelling<br>duplexes<br>mobile Homes | 2 per dwelling unit |

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA unless GROUND AREA or some other measure is specified. | | |
| Residential, Retirement Home | retirement homes<br>retirement village | 1.25 per dwelling unit |
| Restaurants, Nightclubs and Taverns (including outdoor seating) | cafeterias<br>bars<br>dance clubs<br>restaurants<br>music clubs<br>bistros | 10 per 1000 sq. ft. |
| Retail Establishments | boutiques<br>shops<br>stores<br>rental services<br>art galleries<br>food stores | 5 per 1000 sq. ft. |
| Roadside Stand | | 6 + 5 per 1000 sq. ft. ground area |
| Salvage, Storage and/or Junk Facility | | 1 per employee plus 4 per acre |
| Schools | junior high<br>elementary<br>middle | larger of 2 per classroom or one per 35 sq. ft. in largest assembly area |
| | secondary | larger of 10 per classroom or one per 35 sq. ft. in largest assembly area |
| | colleges<br>business colleges<br>universities<br>trade<br>conservatories<br>vo-tech | 5 per 1000 sq. ft. |
| Service and Repair Establishments | appliance repair shops<br>bicycle repair shops<br>shoe repair shops<br>general repair centers | 5 per 1000 sq. ft. |
| Service Stations and Automotive Repair Centers | automotive garages<br>paint and body shops | 5 per 1000 sq. ft. |

Zoning Ordinance
City of Sandy Springs

Page 189 of 350

Text revised to incorporate amendments through 10/20/09

R 000735

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA <u>unless</u> GROUND AREA or some other measure is specified. | | |
| | tire centers<br>service stations<br>car care centers | |
| Warehousing and Storage | commercial storage<br>distribution centers | one per 2000 sq. ft. |

18.2.2   SHARED PARKING.

The standards for shared parking may be utilized for any of the combinations of uses shown below on any number of properties when approval is reflected in the conditions of zoning for each such property. Similar provisions are provided under OFF-SITE AND SHARED PARKING REQUIREMENTS in the Use Permits article for those uses which were not zoned concurrently or as part of a multiple use project. The conditions of zoning or Use Permit, as applicable, establish the limits of parking requirements among uses and properties, and Sandy Springs shall not require any contractual relationship among property owners.

The standards for determining parking requirements in a multiple use development are:

A.   Determine the minimum amount of parking required for each separate use.

B.   Multiply each parking requirement by the corresponding percentage for each of the time periods given below.

C.   Calculate the column total parking requirement for each time period.

D.   The largest column total is the shared parking requirement.

| | WEEKDAYS | | WEEKENDS | | NIGHTTIME |
|---|---|---|---|---|---|
| | 6 am-5pm | 5pm-1am | 6am-5pm | 5pm-1am | 1am-6am |
| OFFICE | 100% | 10% | 10% | 5% | 5% |
| RETAIL | 60% | 90% | 100% | 70% | 5% |
| HOTEL | 75% | 100% | 75% | 100% | 75% |