EXHIBIT "D-2"

DEPOSITION EXHIBIT NO. 20

PAGES R000173, 174

## SITE PLAN ANALYSIS

The proposed site plan submitted shows the existing 32,053 square foot office building and 11,193 square foot underground thirty (30) car parking deck. The applicant proposes interior renovations to the existing building to allow for a church. The total floor area is proposed to be expended to 43,246 square feet by enclosing the 11,193 square foot parking deck. The proposed basement will contain the sanctuary, additional office space, and classrooms. The proposal will reduce the existing parking from 111 parking spaces to 81 parking spaces. The surface parking lot has fifty (50) parking space on the parcel and thirty (31) on an easement from the Post Office. The surface parking lot surrounds the building and is accessed by one (1) curb cut from Roswell Road (SR9) and an access point at the Post Office's driveway from Glenridge Drive.

Article 18.2.1 indicates parking requirements are to be calculated based upon the proportion that each use contributes to the total. For example, a building with multiple uses would be required to provide parking based upon the total parking requirement associated with each use. On the other hand, parking requirements for uses with large public assembly areas relative to the remainder of the building (i.e. meeting halls or libraries) are based upon the largest public assembly area. Normally, staff would analyze the parking needs for the Church of Scientology building relative to the size of the sanctuary. However, because proposed development will have a sanctuary which comprises less than 5% of the total net floor area, staff has instead analyzed the parking impact using an aggregate of the uses in the building (sanctuary, offices and classrooms).

R 000173

Prepared by the City of Sandy Springs Department of Community Development for the mayor and City Council Meeting June 16, 2009
Page 8 of 15
LA 05.26.09

PARKING AND TRAFFIC IMPACT ANALYSIS

Section 18.2.1, *Basic Off-Street Parking Requirements*, see Table 1 below. The proposed use has the following three components: office, classrooms and a sanctuary. The applicant has indicated that the proposed use is not a traditional place of worship. Staff has calculated the total required parking according to the building area used to each use. The minimum requirement for each use is listed in the table below. Based upon section 18.2.1, the owner/developer is required to provide a minimum of 148 spaces. The site currently has 111 parking spaces. The applicant is proposing to enclosure the thirty (30) car parking deck resulting in a total net of only 81 parking spaces. As table 1 illustrates the site (at full build out) would provide only 81 parking spaces versus the code required 148 parking spaces.

Table 1- Parking Analysis

| Use | Parking Ratio/s.f. | Bldg. Area (s.f.) | Req. Parking |
|---|---|---|---|
| Sanctuary | 1: 30 | 1,218 | 41 |
| Classroom | 5: 1,000 | 11,153 | 56 |
| Office | 3: 1,000 | 17,065 | 51 |
| | | 29,436 | |
| Total Required Parking | | | 148 |
| Parking Provided | | | 81 |
| Parking Deficit | | | 67 |

Source: City of Sandy Springs Zoning Ord. Square footage breakdown by Erin Greer -Gensler

Note: Bldg area = 43,246 s.f. at build-out

LANDSCAPE PLAN ANALYSIS
The only land disturbance activity will be the installations of the new streetscape along the property's street frontage. There will be minor maintenance work to the building's exterior. The cost of the building renovation does exceed the 40 percent of the property's most recent tax appraisal. Therefore, the applicant is required to install streetscape per the overlay district requirements. The streetscape requirement will be addressed at the time of the building permit.

ENVIRONMENTAL SITE ANALYSIS
The Environmental Site Analysis Report is sufficient and satisfies the requirements of the Sandy Springs Zoning Ordinance. The site does not contain any known streams, steep slopes, sensitive plants and/or protected animal species, or archaeological/historical sites. The site is not located within a floodplain.

R 000174

Prepared by the City of Sandy Springs Department of Community Development for the mayor and City Council Meeting June 16, 2009

LA 05.26.09

Page 9 of 15