EXHIBIT "D-3"

DEPOSITION EXHIBIT NO. 21

R000246, 253 and 257

GEORGIA

Rezoning Petition No. RZ09-001/CV09-003

## NG & MEETING DATES

| unity Zoning ation Meeting | Design Review Board Meeting | Community Developer Resolution Meeting | Planning Commission Hearing | Mayor and City Council Hearing |
|---|---|---|---|---|
| ch 24, 2009 | March 24, 2009 | April 23, 2009 | May 21, 2009 July 16, 2009 | June 16, 2009 August 18, 2009 |

## :ANT/PETITIONER INFORMATION

| Property Owners Church of Scientology | Petitioner Church of Scientology | Representative Woody Galloway |
|---|---|---|

## RTY INFORMATION

| s, Land Lot, strict | 5395 Roswell Road (SR9) Land Lot 92; District 17 |
|---|---|
| l District | 5 |
| ge and Area | 325 feet of frontage along the north side of Glenridge Road and 420 feet of frontage along the east side of Roswell Road. The subject property has a total area of 1.78 acres (77,536.80 square feet). |
| g Zoning and | O-I (Office and Institutional District) conditional under Fulton County zoning cases Z83-0119, currently developed with a brick building totaling 32,053 square feet 11,193 square foot parking deck. |
| y District | Urban District |
| re :sive Land Use )esignation | Live Work Community (LWC) |
| sed Zoning | O-I (Office and Institutional District) |

## NT FROM O-I(OFFICE AND INSTITUTIONAL DISTRICT) CONDITIONAL TO O-I(OFFICE AND INSTITUTIONAL DISTRICT)

pplicant is requesting to rezone the subject property from O-I (Office and Institutional District) conditional to )ffice and Institutional District) to allow for a church in the existing building. The proposed renovations will ise the building square footage from 32,053 square feet to 43,246 square feet with the enclosure of the 11,193 e foot existing underground thirty (30) car parking deck. The proposed density for the development is 1.91 square feet per acre.

tionally, the applicant is requesting three (3) concurrent variances as follows:

To allow the existing parking within the required minimum front yard setback and side corner (Section18.3.1.E, *Parking and Loading Locations*).

. To allow the existing sign to encroach into the right-of-way (Section 22.C, *Sign Location*).

. To reduce the twenty (20) foot side setback to five (5) foot to allow the existing building to remain. ( Section 8.1.3.C, *Development Standards*)

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Meeting June 16, 2009

LA 05.26.09

Page 1 of 15

R 000246

## PLAN ANALYSIS

[pro]posed site plan submitted shows the existing 32,053 square foot office building and 11,193 square foot [under]ground thirty (30) car parking deck. The applicant proposes interior renovations to the existing building [to allo]w for a church. The total floor area is proposed to be expended to 43,246 square feet by enclosing the [squa]re foot parking deck. The proposed basement will contain the sanctuary, additional office space, and [classro]oms. The proposal will reduce the existing parking from 111 parking spaces to 81 parking spaces. The [existing/sit]e parking lot has fifty (52) parking space on the parcel and thirty (31) on an easement from the Post Office. [The su]rface parking lot surrounds the building and is accessed by one (1) curb cut from Roswell Road (SR9) and [an acc]ess point at the Post Office's driveway from Glenridge Drive.

## PARKING AND TRAFFIC IMPACT ANALYSIS

[Articl]e 18.2.1 indicates parking requirements are to be calculated based upon the proportion that each use [contr]ibutes to the total. For example, a building with multiple uses would be required to provide parking based [upon] the total parking requirement associated with each use. On the other hand, parking requirements for uses [with] large public assembly areas relative to the remainder of the building (i.e. meeting halls or libraries) are [base]d upon the largest public assembly area. Normally, staff would analyze the parking needs for the Church [of Sci]entology building relative to the size of the sanctuary. However, because proposed development will [have] a sanctuary which comprises less than 5% of the total net floor area, staff has instead analyzed the parking [impa]ct using an aggregate of the uses in the building (sanctuary, offices and classrooms).

[The] applicant has indicated that the proposed use is not a traditional place of worship. As such the applicant [volu]nteered a parking study to show the parking needs for the proposed use. The parking study provided by [the] applicant examined two (2) existing sites, the current location in the City of Dunwoody, Georgia and [Nash]ville, Tennessee. The location in Nashville has similar square footage 38,000 to the proposed 43,246 square [feet] at the Sandy Springs location. The Nashville location has provided 114 spaces for 38,000 square feet. This is [a rat]io of 3 spaces per 1000 square feet. According to this calculation the Sandy Springs site at the applicant's [size o]f 43,246 square feet would require one hundred and thirty 130 spaces. Eighty-three (83) spaces would [be p]rovided. There would be a deficit of forty-seven (47) parking space under the proposed use. Based on the [info]rmation provided by the applicant, the proposed request of 43,246 square feet would not meet the level of [par]king necessary to support the proposed use. Therefore, staff concludes that there would be an inadequate [amo]unt of parking for the proposed 43,246 square feet. The site at 32,053 square feet would require ninety-seven [(97)] spaces. The site currently has one hundred and eleven (111) spaces. As such the staff recommends [rest]ricting the use of the subject property to 32,053 square feet with the existing one hundred and eleven (111) [spa]ces.

## LANDSCAPE PLAN ANALYSIS

[The] only land disturbance activity will be the installations of the new streetscape along the property's street [fro]ntage. There will be minor maintenance work to the building's exterior. The cost of the building renovation [doe]s exceed the forty (40) percent of the property's most recent tax appraisal. Therefore, the applicant is [req]uired to install streetscape per the overlay district requirements. The streetscape requirement will be [ad]dressed at the time of the building permit.

## ENVIRONMENTAL SITE ANALYSIS

[Th]e Environmental Site Analysis Report is sufficient and satisfies the requirements of the Sandy Springs Zoning [Or]dinance. The site does not contain any known streams, steep slopes, sensitive plants and/or protected [an]imal species, or archaeological/historical sites. The site is not located within a floodplain.

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Meeting July 16, 2009

Page 8 of 15

LA 05.26.09

R 000253

ether the zoning proposal is in conformity with the policies and intent of the land use plan.

g:     The staff is of the opinion that the proposed use is consistent with the Future Land Use Map, [whi]ch designates the property as Live-Work Community (LWC). The applicant is proposing to allow for a [reuse of t]he existing building with an expansion. The proposed density for the development is 24,671.91 [square] feet per acre. The LWC land use designation recommends a density of up to 25,000 square feet per acre [for co]mmercial and office uses plus over 20 residential units per acre. The proposal lends itself to the overall [intent] of the LWC designated areas that are intended for to serve a group of adjacent neighborhoods and [comp]atible with low and medium density residential neighborhoods.

Whether there are other existing or changing conditions affecting the use and development of the property which give supporting grounds for either approval or disapproval of the zoning proposal.

ng:     The applicant has indicated that the proposed use is not a traditional place of worship. As such [the a]pplicant volunteered a parking study to show the parking needs for the proposed use. The parking study [prov]ided by the applicant examined two (2) existing sites, the current location in the City of Dunwoody, [Geor]gia and Nashville, Tennessee. The location in Nashville has similar square footage 38,000 to the proposed [43,24]6 square feet at the Sandy Springs location. The Nashville location has provided 114 spaces for 38,000 [squa]re feet. This is a ratio of 3 spaces per 1000 square feet. According to this calculation the Sandy Springs site [and th]e applicant's request of 43,246 square feet would require one hundred and thirty 130 spaces. Eighty-three [(83)] spaces would be provided. There would be a deficit of forty-seven (47) parking space under the proposed [use.] Based on the information provided by the applicant, the proposed request of 43,246 square feet would [not] meet the level of parking necessary to support the proposed use. Therefore, staff concludes that there [wou]ld be an inadequate amount of parking for the proposed 43,246 square feet. The site at 32,053 square feet [wou]ld require ninety-seven (97) spaces. The site currently has one hundred and eleven (111) spaces. As such [staff] recommends restricting the use of the subject property to 32,053 square feet with the existing one [hun]dred and eleven (111) spaces.

Whether the zoning proposal will permit a use which can be considered environmentally adverse to the natural resources, environment and citizens of Sandy Springs.

[Fin]ding:     The staff is of the opinion that the proposal will not permit a use which could be considered environmentally adverse to the natural resources, environment, or citizens of Sandy Springs.

[CO]NCLUSION TO FINDINGS

[It is] the opinion of the staff that the proposed use and density are consistent with the Future Land Use Map [and] the policies of the Comprehensive Plan. The entire 43,246 square feet could be recommended for [app]roval by staff if the applicant can demonstrate that the on-site parking will be sufficient to meet the full [use] of the proposed building including the expansion through either a parking study or shared-parking [an]alysis. Therefore, based on these reasons, the staff recommends <u>APPROVAL CONDITIONAL</u> of the [re]quest to rezone the subject property from O-I (Office and Institutional District) to O-I (Office and [In]stitutional District) conditional and the associated concurrent variance.

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Meeting July 16, 2009

LA 05.26.09

Page 12 of 15

R 000257