IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SANDY SPRINGS, GEORGIA, et al.<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1:10-CV0082 CAP |

### NOTICE OF FILING EXHIBITS

COMES NOW PLAINTIFF, Church of Scientology of Georgia, Inc. and hereby files the following exhibits in support of Church of Scientology of Georgia, Inc.'s Motion for Partial Summary Judgment.

Respectfully submitted,

DILLARD & GALLOWAY, LLC

By:  G. Douglas Dillard
Georgia Bar No. 221900
dougd@dandglaw.com
Andrea Cantrell Jones
Georgia Bar No. 398440
andrea@dandglaw.com
Lauren M. Hansford
Georgia Bar No. 497507
lhansford@dandglaw.com
Attorney for Plaintiff
3500 Lenox Road, N.E., Suite 760
Atlanta, Georgia 30326
(404) 965-3680
(404) 965-3670 (fax)

153825_1                                   1

## LR 26.3A CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to LR 26.3A, that a true and correct copy of the foregoing NOTICE OF FILING EXHIBITS has been served on Defendants by depositing a copy in the United States Mail, in a properly addressed envelope with adequate postage thereon to counsel for Defendants.

                        Respectfully submitted,

                        DILLARD & GALLOWAY, LLC

           By:   /s/ Andrea Cantrell Jones
                  State Bar No. 398440

Attorney for Plaintiff
3500 Lenox Road, N.E., Suite 760
Atlanta, Georgia 30326
(404) 965-3680
(404) 965-3670 (fax)
andrea@dandglaw.com (email)

153825_1                              2