EXHIBIT "G-4"

DEPOSITION EXHIBIT NO. 35

PAGES 5 and 20 of 359



## Rezoning Petition No. U08-016/U08-017/CV08-033

| HEARING & MEETING DATES | | | | |
|---|---|---|---|---|
| Design Review Board Meeting | Community Zoning Information Meeting | Community Developer Resolution Meeting | Planning Commission Hearing | Mayor and City Council Hearing |
| December 23, 2008 | December 23, 2008 | January 28, 2009 | February 19, 2009 | March 17, 2009 |

| APPLICANT/PETITIONER INFORMATION | | |
|---|---|---|
| Property Owners | Petitioner | Representative |
| Lutheran Church of the Apostles | Lutheran Church of the Apostles | Rik Galpin |

| PROPERTY INFORMATION | |
|---|---|
| Address, Land Lot, and District | 6025 Glenridge Drive<br>Land Lot 36, District 17 |
| Council District | 6 |
| Frontage and Area | 256 feet of frontage along the east side of Glenridge Drive and 267 feet of frontage along the north side of Hammond Drive. The subject property has a total area of 4.68 acres. |
| Existing Zoning and Use | R-2 (Single Family Dwelling District) currently developed with a Church and Day Care Facility. |
| Overlay District | Urban District |
| Interim 2025 Comprehensive Future Land Use Map Designation | Residential, 3 to 5 units per acre (R3-5) |
| Proposed Use | Church & Day Care Facility |

### INTENT

A USE PERMIT TO CONSTRUCT A 8,770 SQUARE FOOT ADDITION TO THE EXISTING CHURCH(SECTION 19.4.10, *CHURCH, TEMPLE OR PLACE OF WORSHIP*)
AND A USE PERMIT FOR THE EXISTING DAY CARE FACILITY (SECTION 19.4.15, *DAY CARE FACILITY*)

The applicant is requesting a use permit to construct an 8,770 square foot addition to the existing church (Section 19.4.10, *Church, Temple or Place of Worship*). The applicant is also requesting a use permit for the existing day care facility (Section 19.4.15, *day care facility*)

The applicant is also requesting five (5) variances as follows:

1. To exceed the forty (40) foot maximum building height to allow a height of forty-five (45) feet for the existing building and proposed addition (Section 6.2.3, *R-2 Single Family Dwelling District*).

2. To allow parking within the required minimum front yard setback (Section 19.4.10.B.2, *Church, Temple or Place of Worship*).

3. To delete parking lot landscape requirement in the existing parking lot (Section 4.23.2, *Parking lot landscape*).

4. To encroach within the required twenty-five (25) foot buffer and ten (10) improvement setback along the west side of the property for nine (9) parking spaces (Section 4.23.1, *Minimum Landscape Strips and*

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

LA 12.11.08

Page 5 of 359

Page 1 of 15

**ashford engineers, inc.**
1870 The Exchange, Suite 130
Atlanta, GA  30339  USA
Tel. 770.435.2733
Fax 770.435.7639
ashfordengineers.com

December 2, 2008

**City of Sandy Springs**
Linda Abaray, Planner I
7840 Roswell Road, Building 500
Sandy Springs, GA  30350

U08 016
RECEIVED

DEC 02 2008

City of Sandy Springs
Community Development

RE:  **Apostles Lutheran Church**
     Hammond Drive at Glenridge Drive
     Ashford Ref. No. A6046.00

Dear Ms. Abaray:

This is written as our **Letter of Intent** for the **Use Permit** applications. The Church has been at its current location since the 1970's, during which time it has undergone various upgrades including the addition of a day-school wing. The congregation provides numerous benefits to the citizens of Sandy Springs and has been a good neighbor offering faith and support. In order to modernize their facility to retain and grow their congregation the Church proposes this expansion project.

The existing building has an approximate footprint of 20,000 square feet. The existing sanctuary will house a congregation of approximately 175 members. The proposed 8,770 square foot Family Life Center will serve various functions and can accommodate 450 removable seats for regular services and special events. The main assembly room can also house athletic, theatric, music and social functions.

Additional parking is proposed to provide code compliance 129 spaces for the potential 450 fixed seats, as these will be in place 95% of the time. The site has many mature trees, and in order to minimize removal of trees this design will include reconfiguration of the existing parking areas, and utilization of areas for compact car parking. Peaceful courtyards will be located between the new and existing structures, and will serve to upgrade and modernize the appearance of the entire Church.

Six concurrent variances are requested with this modification of Use Permit. The first variance requested is for an increase in the allowable height of the building from 40' to 45' to allow the roof height to be approximately the same as the existing bell tower (constructed prior to height restrictions). This height variance is required to meet the functional requirements of the interior of the space. The height restriction in zoning ordinance 6.2.3. is written for R-2 single family residential use.

The second variance request is to delete parking lot landscape requirements in Article 4.23.2. within existing parking lots. As we attempt to minimize the additional pavement by reconfiguring the existing parking areas, we request a variance from complying with landscape islands in the existing parking area. That paved parking area is located behind the Church and not visible from the streets. It was constructed with the original Church many years ago, and