# EXHIBIT "H"

## EXHIBIT 16 TO DEPOSITION OF ROBERT WRIGHT

## SCIENTOLOGY CLASSIFICATION GRADATION & AWARENESS CHART

# THE BRIDGE TO TOTAL FREEDOM

## SCIENTOLOGY CLASSIFICATION GRADATION AND AWARENESS CHART OF LEVELS AND CERTIFICATES

### Additional training services that may be done at various points on The Bridge

Third and Fourth Dynamic Training Courses

OT Hatting Courses

OT Debug Service

Technical Specialist Courses

Case Supervisor Training

Other Technical Courses

Scientology Minister Course

Primary Rundown

Hubbard Life Orientation Course

Hubbard Key to Life Course

### TRAINING

| Auditor's Class | Certificate | Course | Prerequisites | Teaches About | Where Obtained | End Result |
|---|---|---|---|---|---|---|
| Class XII | Class XII (Gold Seal) | Class XII Internship | Class XII (Provisional) | Flubless Class XII Auditing | Flag only | Flubless Class XII Auditor |
| Class XII Auditor | Hubbard Class XII Auditor (Provisional) | Hubbard Class XII Auditor Course | Class XI Contracted Sea Org staff at Flag | Auditing of L12 | Flag only | Ability to audit L12 |
| Class XI | Class XI (Gold Seal) | Class XI Internship | Class XI (Provisional) | Flubless Class XI Auditing | Flag only | Flubless Class XI Auditor |
| Class XI Auditor | Hubbard Class XI Auditor (Provisional) | Hubbard Class XI Auditor Course | Class X Contracted Sea Org staff at Flag | Auditing of L11 and L11 Expanded | Flag only | Ability to audit L11 and L11 Expanded |
| Class X | Class X (Gold Seal) | Class X Internship | Class X (Provisional) | Flubless Class X Auditing | Flag only | Flubless Class X Auditor |
| Class X Auditor | Hubbard Class X Auditor (Provisional) | Hubbard Class X Auditor Course | OT III Class VIII (Validated) Contracted Sea Org staff at Flag | Auditing of L10 | Flag only | Ability to audit L10 |
| Class IX | HACS (Gold Seal) | Class IX Internship | HACS (Provisional) | Flubless Class IX Auditing | Flag only | Flubless Class IX Auditor |
| Class IX Auditor | Hubbard Advanced Courses Specialist (HACS, Provisional) | Hubbard Advanced Courses Specialist Course | New OT IV, Contracted Sea Org staff at Flag or Advanced Orgs. Class V Graduate (Validated) and Hubbard Advanced Courses Review Auditor or Class VIII (Validated) | The materials of New OT V, "The Second Wall of Fire" (Confidential) | Flag only | Ability to audit others on New OT V, Audited NOTs and any auditing or Review actions through New OT VII |
| Class VIII | Class VIII (Gold Seal) | Class VIII Internship | Class VIII (Provisional) | Flubless Class VIII Auditing | Advanced Organizations | Flubless Class VIII Auditor |
| Class VIII Auditor | Hubbard Specialist of Standard Tech (Provisional) | Hubbard Class VIII Auditor Course | OT III Class VI (Validated) | 100% Standard Tech, Special Case Remedies and Class VIII procedures | Advanced Organizations | Exact handling of all cases up to 100% standard results, Class VIII procedures, processes and corrective actions |
| Class VII Auditor | Hubbard Graduate Auditor (HGA, Gold Seal) | Class VII Auditor Course | Clear Class VI (Validated) Sea Org or 5-year contracted staff | Power Processing | Saint Hill | Ability to flawlessly audit Power and Power Plus processes |
| Class VI | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Class VI Auditor | [illegible] | Saint Hill Special Briefing Course | Pro Level 0 Course, Pro Upper Indoc TR Course, Pro TR Course, Student Hat, Method One. Each subsequent level then has the previous level as a prerequisite. Class VI consists of 16 separate course checksheets. One completes all 16 to become a Class VI Auditor. | [illegible] | [illegible] | [illegible] |
| Class VA Graduate | Hubbard Expanded Dianetics Specialist | Class VA Graduate Internship | Hubbard Expanded Dianetics Auditor Course | Flubless Class VA Graduate Auditing | Scientology Churches as authorized | Flubless Class VA Graduate Auditor |
| Class VA Graduate Auditor | Hubbard Expanded Dianetics Specialist (Provisional until interned) | Hubbard Expanded Dianetics Auditor Course | Class V Graduate (Provisional) [illegible] | Expanded Dianetics | Academies of Scientology as authorized | Ability to standardly audit Expanded Dianetics |
| Class V Graduate | HCVGA (Gold Seal) | Class V Grad Internship | HCVGA (Provisional) | Flubless Class V Graduate Auditing | Scientology Churches | Flubless Class V Graduate Auditor |
| Class V Graduate Auditor | Hubbard Class V Graduate Auditor (HCVGA, Provisional) | Hubbard Class V Graduate Auditor Course | HNEDA (Class V Provisional) HAA (Class IV Provisional) | Scientology and New Era Dianetics Prepared Lists and Case Remedies | Academies of Scientology | Ability to standardly audit Special Rundowns and Scientology and Dianetics Case Remedies |
| Class V | HNEDA (Gold Seal) | Class V Internship | HNEDA (Provisional) | Flubless Class V Auditing | Scientology Churches | Flubless Class V Auditor |
| Class V Auditor | Hubbard New Era Dianetics Auditor (HNEDA, Provisional) | Hubbard New Era Dianetics Auditor Course | HAA (Class IV) | NED (New Era Dianetics) | Academies of Scientology | Ability to audit NED (New Era Dianetics) |
| Class IV | HAA (Gold Seal) | Class IV Internship | HAA (Provisional) | Flubless Class IV Auditing | Scientology Churches | Flubless Class IV Auditor |
| Class IV Auditor | Hubbard Advanced Auditor (HAA, Provisional) | Scientology Academy Level IV | HPA (Class III) | Direct-style Auditing—Dealing with service facsimiles | Academies of Scientology | Ability to audit service facsimiles |
| Class III Auditor | Hubbard Professional Auditor (HPA, Provisional) | Scientology Academy Level III | HCA (Class II) | Abridged-style Auditing—Dealing with upsets (ARC breaks) | Academies of Scientology | Ability to audit Two-way Comm, Rehabs, Auditing by Lists, Listing & Nulling |
| Class II Auditor | Hubbard Certified Auditor (HCA, Provisional) | Scientology Academy Level II | HTS (Class I) | Guiding-style Auditing—Dealing with overt acts and withholds | Academies of Scientology | Ability to audit overts and withholds |
| Class I Auditor | Hubbard Trained Scientologist (HTS, Provisional) | Scientology Academy Level I | HRS (Class 0) | Muzzled-style Auditing, Objective Processing, Help and Problems | Academies of Scientology | Ability to audit Objectives and Grade I Processes (Help, Problems) |
| Class 0 Auditor | Hubbard Recognized Scientologist (HRS, Provisional) | Scientology Academy Level 0 | Pro Metering Course, Pro Upper Indoc TR Course, Pro TR Course, Student Hat, Method One | Listen-style Auditing, Memory and Communication | Academies of Scientology | Ability to audit ARC Straightwire and Grade 0 Processes (Communication) |
| Not Classed | Hubbard Professional Metering Course Graduate | Hubbard Professional Metering Course | Pro Upper Indoc TR Course | Expert metering | Academies of Scientology | Ability to standardly and expertly operate an E-Meter |
| Not Classed | Hubbard Professional Upper Indoc TR Course Graduate | Hubbard Professional Upper Indoc TR Course | Pro TR Course | Control and intention | Academies of Scientology | Willingness and ability to handle bodies, objects and intention fully |
| Not Classed | New Hubbard Professional TR Course Graduate | New Hubbard Professional TR Course | Student Hat | Full theory and application of the communication cycle | Academies of Scientology | A being who can handle anyone with communication alone |
| Not Classed | Hubbard Graduate of Study Tech | The Student Hat Course | None (Method One Word Clearing recommended) | Study Tech | Scientology Churches and Missions | A student who understands and applies fully the tech of study |
| Not Classed | Hubbard Method One Co-Audit Course Graduate | Hubbard Method One Co-Audit Course | None (HQS recommended) | The techniques of Method One Word Clearing | Scientology Churches and Missions | Method One Word Clearing successfully co-audited to completion |

### Awareness Characteristics

Total Freedom

Power on all 8 dynamics

21 Source

20 Existence

19 Conditions

18 Realization

17 Clearing

16 Purposes

15 Ability

14 Correction

13 Result

12 Production

11 Activity

10 Prediction

9 Body

8 Adjustment

7 Energy

6 Enlightenment

5 Understandings

4 Orientation

3 Perception

2 Communication

1 Recognition

-1 Help

-2 Hope

-3 Demand for Improvement

-4 Need of Change

Levels below "Need of Change" from human to externality

### PROCESSING

| PC Grade |
|---|
| New OT XV |
| New OT XIV |
| New OT XIII |
| New OT XII |
| New OT XI |
| New OT X |
| New OT IX |
| New OT VIII |
| New OT VII |
| New OT VI |
| New OT V |
| New OT IV |
| OT III |
| OT II |
| New OT I |
| OT Eligibility |
| Solo Course Part II |
| OT Preparations |
| Solo Course Part I |
| Sunshine Rundown |

Sunshine Rundown

Clearing Course

Grade VI Release

OT Eligibility

Solo Course

| PC Grade | Name of State | Subject Audited | Prerequisites | Where Obtained | Ability Gained |
|---|---|---|---|---|---|
| OT Preps | OT Preps | Grade VA | Sunt Hills or Advanced Orgs | | |
| | Case Preps for Solo | Class V Grad or above | Set up for Solo and OT levels | | |
| Solo Course Part I | Solo Auditor Part I | NED Case Completion | Scientology Churches | | |
| | None | HQS or Class 0, TR Course, Student Hat | Knowledge of auditing theory, expertise in E-Meter drills | | |
| Grade VA | Power Plus Release | Grade V | Saint Hills | | |
| | Power Plus | Class VII | Stabilizes ability to handle power | | |
| Grade V | Power Release | NED Case Completion | Saint Hills | | |
| | Power | Class VII | Ability to handle power | | |

| PC Grade | Name of State | Subject Audited | Where Obtained |
|---|---|---|---|
| Sunshine Rundown | Sunshine Rundown Completion | Clear Certainty Rundown | Scientology Churches |
| | Sunshine Rundown | None | Per Sunshine Rundown materials |
| CLEAR | Clear | As determined by C/S | Scientology Churches |
| Clear Certainty Rundown | Clear Certainty Rundown | Clear Certainty Rundown Auditor | A being who no longer has his own reactive mind |

THOSE WHO DO NOT GO CLEAR ON NED

| PC Grade | Name of State | Subject Audited | Prerequisites | Class of Auditor | Where Obtained | Ability Gained |
|---|---|---|---|---|---|---|
| Expanded Dianetics (As directed by Case Supervisor) | Expanded Dianetics Completion | Expanded Dianetics | NED Case Completion | Hubbard Expanded Dianetics Specialist | Flag, Adv. Orgs, Scientology Churches, Missions, Field Auditors as authorized | Freedom from own hostilities and chronic unwanted conditions. One can also attain the state of Clear on Expanded Dianetics |
| New Era Dianetics (NED) | New Era Dianetics Case Completion | NED Drug Rundown, Relief Rundown, ICDA Service, Facsimile Handling, Dianetic Student Rescue Intensive, Disability Rundown, Identity Rundown and other New Era Dianetics Rundowns | Grade IV Release | Class V—Hubbard NED Auditor | Scientology Churches, Missions, Field Auditors | Clear. Or a well and happy preclear |
| Grade IV Expanded | Ability Release | Abilities (service facsimiles) | Grade III Release | Class IV or above | Scientology Churches, Missions, Field Auditors | Moving out of fixed conditions into ability to do new things |
| Grade III Expanded | Freedom Release | Freedom (past upsets) | Grade II Release | Class III or above | Scientology Churches, Missions, Field Auditors | Freedom from the upsets of the past and ability to face the future |
| Grade II Expanded | Relief Release | Overts and withholds | Grade I Release | Class II or above | Scientology Churches, Missions, Field Auditors | Relief from the hostilities and sufferings of life |
| Grade I Expanded | Problems Release | Problems | Grade 0 Release | Class I or above | Scientology Churches, Missions, Field Auditors | Ability to recognize the source of problems and make them vanish |
| Grade 0 Expanded | Communications Release | Communications | ARC Straightwire Release | Class 0 or above | Scientology Churches, Missions, Field Auditors | Ability to communicate freely with anyone on any subject |
| ARC Straightwire Expanded | Recall Release | Recall | Purification Rundown, Objectives and Scientology Drug Rundown as required | Class 0 or above | Scientology Churches, Missions, Field Auditors | Knows he/she won't get any worse |
| Happiness Rundown | Happiness Rundown Completion | Moral precepts | As determined by C/S. See description on far right margin | Hubbard Happiness Rundown Auditor | Scientology Churches, Missions, Field Auditors | Knows one is on the way to happiness |
| Scientology Drug Rundown | Scientology Drug Rundown Completion | Rehabilitation and Recall Processes addressing drugs | Purification Rundown, Objectives | [illegible] | Scientology Churches, Missions, Field Auditors | Released from harmful effects of drugs, medicine or alcohol |
| TRs and Objectives | Objectives Completion | Objective Processes, TRs 0-9 | Purification Rundown (as determined by C/S) | [illegible] | Scientology Churches, Missions, Field Auditors | Oriented in the present time of the physical universe |
| Purification Rundown | Purification Rundown Completion | Biochemical factors | Medical exam and OK to do the Purification Rundown | None | Scientology Churches, Missions, Field Auditors | Freedom from the restimulative effects of drug residuals and other toxins |

### Additional processing services that may be done at various points on The Bridge

L12, Flag OT Executive Rundown

L11, New Life Rundown

L10 Rundown

Super Power

Cause Resurgence Rundown

Flag Only Rundowns

Special Rundowns and Actions

False Purpose Rundown

Confessionals

Happiness Rundown

PTS Rundown

Method One Word Clearing

Therapeutic TR Course

Co-audit Courses

### DIANETICS AND SCIENTOLOGY INTRODUCTORY SERVICES

Success Through Communication Route

Hubbard Qualified Scientologist Course

Success Through Communication Course

Life Improvement Course Route

Hubbard Qualified Scientologist Course

Success Through Communication Course

Personal Efficiency Route

Hubbard Qualified Scientologist Course

Success Through Communication Course

Scientology Introductory Auditing Route

Scientology Introductory Auditing

Dianetics (Book One) Route

Hubbard Dianetics Auditor Course

Introductory Dianetics (Book One) Auditing

Anatomy of the Human Mind Route

Hubbard Qualified Scientologist Course

Anatomy of the Human Mind Course

Purification Route

TRs and Objectives Co-Audit Course

The Way to Happiness Route

Happiness Rundown

Hubbard Key to Life Course Route

Hubbard Life Orientation Course

Hubbard Key to Life Course

DIANETICS AND SCIENTOLOGY BEGINNING BOOKS AND EXTENSION COURSES, LECTURES AND PUBLIC FILMS

THE BRIDGE

## How to Use This Chart

[illegible]

## Definitions

[illegible]