2. The mobile home must be located on the same parcel as the principal structure being constructed and comply with all district setbacks.

    3. The Administrative Permit shall expire 12 months after issuance or upon occupancy of the principal structure, whichever occurs first. Only one renewal for a one year period may be issued.

    4. The mobile home must be occupied by the owner of the principal residence under construction.

**19.3.6(1)**      PARKING, OFF-SITE AND SHARED. Whenever parking as required in Article 18 cannot be accomplished, SHARED PARKING in accordance with Section 18.2.2 may be approved via an Administrative Permit provided:

    A. Required Districts: O-I, C-1, C-2, MIX, M-1, M-1A and M-2

    B. Standards:

        1. If the off-site parking is committed for a specified period of time, the duration of the Administrative Permit shall be limited to the period of time stipulated therein.

        2. No more than 20 percent of the total parking requirement may be provided off-site via this Administrative Permit.

        3. The property must be located no more than 300 feet from the principal use with pedestrian access provided between the sites as may be required by the Department of Community Development.

**19.3.7.**      RAPID RAIL TRANSPORTATION STATION

    A. Required Districts: All

    B. Refer to the Fulton County/MARTA rearrangement cooperative agreement administered by the Department of Public Works or such similar document as may be adopted by the City.

**19.3.8.**      RECREATIONAL COURT, PRIVATE

    A. Required Districts: All districts except C-1, C-2, M-1, M-1A, M-2

    B. Standards:

PLAINTIFF'S EXHIBIT 27