ADOPTED BY MAYOR AND CITY COUNCIL, DECEMBER 27, 2005

ARTICLE XVIII

OFF STREET PARKING AND LOADING

18.1 SCOPE.

The location, design and quantity of off-street parking and loading facilities for every use located in Sandy Springs shall comply with requirements herein.

18.2 PARKING SPACES REQUIRED.

Every use shall be served by off-street parking spaces as specified below. Parking spaces shall serve only the designated use and shall be located on the same lot as the use unless another location is authorized in accordance with other provisions of this Zoning Ordinance.

18.2.1 BASIC OFF-STREET PARKING REQUIREMENTS. Parking requirements shall be calculated based on the proportion that each use contributes to the total. All areas are expressed in gross square feet of building area unless ground area or some other measure is specified. Any fraction of one-half or larger shall constitute a whole. A bench seat shall consist of 18 inches.

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA unless GROUND AREA or some other measure is specified. | | |
| Adult Entertainment Establishments | | 10 per 1000 sq. ft. |
| Assembly Places with Fixed Seating | stadiums auditoriums theaters amphitheaters | one per 4 fixed seats |
| Assembly Places without Fixed Seating | meeting halls libraries | one per 35 sq. ft. in largest assembly room |
| Auto Dealerships, Sales & Service | new car sales used car sales service & parts | 6.5 per 1000 sq. ft. |


PLAINTIFF'S EXHIBIT 28

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA <u>unless</u> GROUND AREA or some other measure is specified. | | |
| Bowling Alley | | 5 per alley |
| Child Care<br>Kindergarten | day care centers<br>pre-school | 1.7 per 1000 sq. ft. + one per 4 employees on the largest shift |
| Churches and Other places of Worship<br><br>Without Fixed Seating | churches<br>cathedrals<br>temples | one per 3.5 fixed seats in the largest assembly area<br><br>one per 30 sq. ft. in largest assembly are |
| <u>Clubs and Lodges</u> | country clubs<br>fraternal organizations | 5 per 1000 sq. ft. |
| Club with Golf Course | | 50 per 9 holes + one per 1000 sq. ft. |
| Commercial, Amusement, Outdoor | amusement parks<br>skateboard parks<br>batting cages | 1 per 4 fixed seats or one per 35 sq. ft. of floor area used for moveable seats; plus 10 per 1000 sq. ft. of ground area identified for recreation and assembly |
| Custodial Care | halfway houses | 2.5 per 1000 sq. ft. |
| Dormitories and Related | dormitories<br>fraternity houses<br>sorority houses<br>boarding houses | one per bedroom + 5 per 1000 sq. ft. of common area |
| Festivals, Outdoor | horseshows<br>carnivals<br>dogs shows<br>arts and crafts shows | 2 per 1000 sq. ft. of ground area identified for festivals and music festivals related seating |
| Financial Institutions | banks<br>credit unions<br>brokerage houses | 5 per 1000 sq. ft. |
| Funeral Homes | | one per 3 fixed seats + one for each 25 sq. ft. in the largest assembly room |
| Golf Course, Public and Private, | | 50 spaces per 9 holes |

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA unless GROUND AREA or some other measure is specified. | | |
| Without Club Facilities | | |
| Health Care Facilities | hospitals<br>out-patient clinics<br>convalescent home<br>nursing home | one per four beds + one per 3 employees |
| Hotels & Motels, No Restaurants | apartment hotels<br>hotels<br>motels | one per room |
| With Restaurants | | 1.25 per room |
| Industrial and Manufacturing | assembly plants<br>fabrication plants<br>factories | one per 1000 sq. ft. |
| Laboratories, Scientific & Related | experimental labs<br>fabrication plants<br>factories | 2.5 per 1000 sq. ft. |
| Medical Offices<br>Related Facilities | dental offices<br>doctor's offices<br>veterinary offices<br>clinics | 4 per 1000 sq. ft. |
| Mini-warehouses | | 1 per employee + 1 per 5000 sq. ft. |
| Offices, General | freestanding offices<br>office towers<br>office parks<br>offices assoc. with other uses | 3 per 1000 sq. ft. to 250,000 sq. ft.;<br>2.8 per 1000 sq. ft. all exceeding 250,000 sq. ft. |
| Personal Service Establishments | barber shops<br>beauty parlors<br>Laundromats<br>dry cleaners | 5 per 1000 sq. ft. |
| Race Track | | one per 4 fixed seats or one per 35 sq. ft. of floor area used for moveable seats, + 10 per 1000 sq. ft. of other spectator area. |

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA <u>unless</u> GROUND AREA or some other measure is specified. | | |
| Recreational Facilities, Indoor | billiard parlors<br>game rooms<br>arcades<br>skating rinks<br>physical fitness centers<br>museums | 5 per 1000 sq. ft. |
| Recreation, Private<br><br>Single-family or Mixed Residential Use, Association or Club<br><br><br><br>Multi-family Residential | tennis court<br>basketball court<br>swimming pool | 3 per court<br>4 per court<br>6 per adult<br>swimming pool + 1 per 15 dwelling units beyond 60 served<br><br>included in basic parking requirement |
| Recreation, Public | basketball court<br>playing fields<br>tennis courts<br>driving range<br>miniature golf<br>swimming pool | 4 per court<br>50 per field<br>3 per court<br>2 per tee<br>20 per 18 holes<br>20 + 1 per 50 sq. ft. of pool area |
| Recycling Center | | 1.5 spaces per 1,000 square feet of building floor area and 2 spaces per outdoor recycling collection container plus loading spaces as specified in Section 18.6.1 |
| Residential, Multi-family (fewer than 40 units/acre) | one bedroom or efficiency unit<br>2 bedroom unit<br>3 bedroom unit | 1.4 per unit<br>2.0 per unit<br>2.25 per unit |
| Residential<br>Multi-family<br>Highrise (40 + units acre) | one bedroom or efficiency unit<br>2 bedroom unit<br>3 bedroom unit | 1.25 per unit<br>1.75 per unit<br>2.00 per unit |
| Residential, Single Family | detached dwelling<br>duplexes<br>mobile Homes | 2 per dwelling unit |

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA <u>unless</u> GROUND AREA or some other measure is specified. | | |
| Residential, Retirement Home | retirement homes<br>retirement village | 1.25 per dwelling unit |
| Restaurants, Nightclubs and Taverns (including outdoor seating) | cafeterias<br>bars<br>dance clubs<br>restaurants<br>music clubs<br>bistros | 10 per 1000 sq. ft. |
| Retail Establishments | boutiques<br>shops<br>stores<br>rental services<br>art galleries<br>food stores | 5 per 1000 sq. ft. |
| Roadside Stand | | 6 + 5 per 1000 sq. ft. ground area |
| Salvage, Storage and/or Junk Facility | | 1 per employee plus 4 per acre |
| Schools | junior high<br>elementary<br>middle | larger of 2 per classroom <u>or</u> one per 35 sq. ft. in largest assembly area |
| | secondary | larger of 10 per classroom <u>or</u> one per 35 sq. ft. in largest assembly area |
| | colleges<br>business colleges<br>universities<br>trade<br>conservatories<br>vo-tech | 5 per 1000 sq. ft. |
| Service and Repair Establishments | appliance repair shops<br>bicycle repair shops<br>shoe repair shops<br>general repair centers | 5 per 1000 sq. ft. |
| Service Stations and Automotive Repair Centers | automotive garages<br>paint and body shops | 5 per 1000 sq. ft. |

| USE GROUP | EXAMPLE OF TYPES OF USE | MINIMUM REQUIREMENT |
|---|---|---|
| All areas are expressed in spaces per GROSS SQUARE FEET OF BUILDING AREA <u>unless</u> GROUND AREA or some other measure is specified. | | |
| | tire centers<br>service stations<br>car care centers | |
| Warehousing and Storage | commercial storage<br>distribution centers | one per 2000 sq. ft. |

18.2.2   <u>SHARED PARKING</u>.

The standards for shared parking may be utilized for any of the combinations of uses shown below on any number of properties when approval is reflected in the conditions of zoning for each such property. Similar provisions are provided under OFF-SITE AND SHARED PARKING REQUIREMENTS in the Use Permits article for those uses which were not zoned concurrently or as part of a multiple use project. The conditions of zoning or Use Permit, as applicable, establish the limits of parking requirements among uses and properties, and Sandy Springs shall not require any contractual relationship among property owners.

The standards for determining parking requirements in a multiple use development are:

A.   Determine the minimum amount of parking required for each separate use.

B.   Multiply each parking requirement by the corresponding percentage for each of the time periods given below.

C.   Calculate the column total parking requirement for each time period.

D.   The largest column total is the shared parking requirement.

| | WEEKDAYS | | WEEKENDS | | NIGHTTIME |
|---|---|---|---|---|---|
| | 6 am-5pm | 5pm-1am | 6am-5pm | 5pm-1am | 1am-6am |
| OFFICE | 100% | 10% | 10% | 5% | 5% |
| RETAIL | 60% | 90% | 100% | 70% | 5% |
| HOTEL | 75% | 100% | 75% | 100% | 75% |

| | | | | | |
|---|---|---|---|---|---|
| RESTAURANT | 50% | 100% | 100% | 100% | 10% |
| ENTERTAINMENT/ RECREATIONAL | 40% | 100% | 80% | 100% | 10% |
| CHURCH | 50% | 50% | 100% | 100% | 10% |

EXAMPLE

Properties proposed for individual uses would require the following number of parking spaces:

```
Office---------------300 spaces
Retail---------------280 spaces
Entertainment-----100 spaces
Total----------------680 spaces
```

Properties proposed for multiple uses under the provisions for shared parking would require the following number of parking spaces:

| | WEEKDAYS | | WEEKENDS | | NIGHTTIME |
|---|---|---|---|---|---|
| | 6 am-5pm | 5pm-1am | 6am-5pm | 5pm-1am | 1am-6am |
| OFFICE | 300 | 30 | | 15 | |
| RETAIL | 168 | 252 | 280 | 196 | 14 |
| HOTEL | | | | | |
| RESTAURANT/ ENTERTAINMENT/ RECREATIONAL | 40 | 100 | 80 | 100 | 10 |
| TOTAL | 508 | 382 | 390 | 311 | 39 |

Thus, 508 spaces would be needed for this development, a reduction of 172 spaces or 25 percent.

18.2.3   REDUCTION OF THE BASIC REQUIREMENT. (Changed 7/5/89) A reduction of the basic off-street parking requirement will be allowed for nonresidential and multifamily developments that locate within 1500 feet of a MARTA rail station which is complete or scheduled for completion within three years. A reduction will be allowed on the following scale whenever pedestrian access is provided between the use and the MARTA rail station as approved by the Director of the Department of Community Development.

| Straight-line Distance from MARTA Station Property Line to Applicant Property Line | Reduction |
|---|---|
| 0-500 feet | 15% |
| 501-1000 feet | 10% |
| 1001-1500 feet | 5% |

18.2.4  ADMINISTRATIVE REDUCTION OF SPACES CONSTRUCTED. The Director of the Department of Community Development may authorize a reduction in the total number of parking spaces constructed on a site to no less than 90 percent of the basic requirement when all of following conditions are met:

    A.    The request for reduction in parking shall show that the reduction is justified on the basis of characteristics unique to the specific proposed use of the property in contrast to the characteristics of other uses within the same category.

    B.    Adequate land area for meeting the basic parking requirement is located on and designed for the site whether at grade or in parking decks. The unconstructed portion of the parking shall be clearly delineated and labeled "Future Parking" on the Site Plan.

    C.    Prior to granting the reduction in total parking spaces constructed, the Director of the Department of Community Development shall conclude that the reduction is justified, and shall approve, in whole or in part, or deny the request stating the reasons therefore in the report.

    D.    If the Director of the Department of Community Development finds that the parking reduction is no longer justified, the Director shall notify the owner to construct the number of parking spaces necessary to meet the required level.

    E.    Prior to any change in ownership or use, the owner must apply to the Director of the Department of Community Development for an evaluation and confirmation of the reduction.

18.3  ACCEPTABLE LOCATIONS FOR OFF-STREET PARKING

18.3.1  PARKING AND LOADING LOCATIONS. Note: The minimums required in this subsection may be less than the requirements necessary to accommodate a landscape area or buffer requirement of Section 4.23. At a minimum, all required parking spaces must be located on an all weather surface as defined in Article III.

    A.    Single Family Districts. Within single-family dwelling districts and the AG-1 district when utilized for a single family dwelling, the parking or storage of vehicles shall be prohibited except on PARKING SPACES as defined in Article

III. Off-site location of required parking spaces is prohibited. Unenclosed parking spaces may occupy a side yard, and no more than 50 percent of a required rear yard. A maximum of two spaces may be permitted adjoining the entrance to a front entry garage or carport, or adjoining the end of a driveway whenever no garage or carport exists. Garage and carport spaces may count toward the minimum required spaces in single family districts.

Within the AG-1 and single family districts when utilized for other than a single family dwelling, the parking or storage of vehicles shall be located in accordance with the O-I DISTRICT requirements stated in E below.

The visible storage or parking of more than four vehicles at a single-family residence shall be unlawful. Parking or storage of a junk or salvage vehicle shall constitute an unlawful use except that no more than two such vehicles shall be permitted if parked or stored in a garage or carport not visible from a street or adjacent residential property.

B. TR, Townhouse Residential District. Individually subdivided parcels shall adhere to single-family district standards except that no off-street parking or driveways shall be located within 10 feet of any perimeter lot line. Garage carport spaces count toward the minimum required spaces in the TR District.

C. A, Apartment Dwelling District. No off-street parking shall be permitted within the required setback for the front yard and the side corner yard. Driveways shall not be located nearer than 10 feet to any side or rear property line. No off-street parking space shall be located within 25 feet of any side or rear property line adjacent to a single family dwelling district or use, nor within 10 feet of any other property line. TR District requirements shall apply to single-family detached units constructed within the A District.

D. A-L, Apartment Limited Dwelling District. No off-street parking shall be permitted within the required setback for the front yard and the side corner yard. Driveways shall not be located nearer than 10 feet to any side or rear property line. No off-street parking space shall be located within 25 feet of any side or rear property line adjacent to a single family dwelling district or use, nor within 10 feet of any other property line.

E. O-I, Office/Institutional Districts. No off-street parking shall be permitted within the required setback for the front yard and the side corner yard. No off-street parking shall be permitted within 25 feet of any property line which adjoins a single family residential district or use.

Off-street loading areas shall be provided in the rear or interior side yards.

F. <u>C-1 and C-2, Commercial Districts</u>. The off-street parking location regulations for dwellings, schools, institutions and similar uses are the same as for those uses in the A District.

Uses permitted in commercial districts other than those devoted to dwellings, schools, institutions, and similar uses shall provide no off-street parking within 25 feet of any property line that adjoins a residential district or use.

Off-street loading areas shall be provided in the rear or interior side yards. Minimums required in this subsection may be less than the requirements necessary to accommodate a landscape area or buffer required in Section 4-23.

G. <u>M-1, M-1A and M-2, Industrial Districts</u>. The off-street parking location regulations for dwellings, schools, institutions and similar uses are the same as for those uses in the A District.

Uses devoted to manufacturing, warehousing, commercial and other uses permitted in industrial districts shall provide no off-street parking within 25 feet of any property line which adjoins a residential use or district.

18.3.2 <u>LIMITATION ON TRUCKS</u>. (Changed 7/5/89) Except for trucks used in farming the property on which they are located, or trucks used in conjunction with a permitted use, trucks and/or trailers exceeding four tons empty weight shall not be stored or parked in any Agricultural or Residential zoning district unless engaged in moving household goods or making deliveries.

18.3.3 <u>SHARED DRIVEWAYS</u>. Driveways may be shared in all districts.

18.3.4 <u>OFF-SITE LOCATION OF REQUIRED PARKING</u>. An Administrative Permit for off-site parking may be considered in accordance with the provisions of Article XIX.

18.3.5 <u>LANDSCAPE AREAS AND BUFFERS</u>. No required parking shall be permitted in any required landscape area or buffer. (See 4.23)

18.3.6 <u>VEHICLES AT AUTOMOTIVE REPAIR AND SPECIALTY SHOPS</u>. Vehicles at automotive repair and specialty shops must be serviced and stored within the footprint of the building or at the rear of the structure but outside of any minimum yard. Vehicles must be totally screened from all property lines by a 100% opaque fence or wall together with landscape strips and buffers as specified by Article 4.23.1.

18.4 <u>OFF-STREET PARKING DESIGN REQUIREMENTS</u>

18.4.1 <u>ANGLED OR PARALLEL PARKING</u>. Aisles serving off-street parking shall be

no fewer than 22 feet in width, except that aisles designed for one-way circulation systems shall be no fewer than 14 feet in width for 0-45 degree parking, 18 feet in width for 46 to 60 degree parking and 22 feet in width for 61 to 90 degree parking. A standard parking space shall measure no fewer than 153 square feet, and shall be no fewer than 8.5 feet wide. Twenty percent (20%) of the total parking spaces may be designated as compact car spaces. A compact space shall measure a minimum of 120 square feet with a minimum width of 8 feet. Each compact space shall be clearly marked. No part of a vehicle shall overhang into a LANDSCAPED PORTION OF A REQUIRED landscape area.

18.4.2   LANDSCAPE ISLANDS. Landscape islands shall be provided throughout parking lots in accordance with the requirements of Section 4.23 of this Ordinance.

18.4.3   HANDICAPPED PARKING. Parking spaces designed for handicap persons shall be provided in accordance Georgia law.

18.5   PARKING FOR SPECIALIZED VEHICLES
Specialized vehicles such as earth moving equipment, tractors or other heavy construction vehicles are only to be stored in residential, Agricultural districts and non-residential districts except M-1 and M-2 industrial districts during construction under an active building permit and/or land disturbance permit. Other specialized vehicles such as recreational vehicles, campers, buses (including school buses), trailers, mobile home coaches, boats and boat trailers may be parked or stored in all residential districts under the following conditions: (Also See 18.3.2 for trucks)

   A.   That such vehicles are not used as living quarters.

   B.   That the location of the parking or storage area shall be in the buildable area of the lot and shall not be in front of the principal structure.

18.6   OFF-STREET LOADING

18.6.1   LOADING SPACES REQUIRED. Off-street loading spaces shall be provided as follows:

| TYPE OF USE | GROSS FLOOR AREA (SQ. FT.) | LOADING SPACES REQUIRED |
|---|---|---|
| Single Retail Establishment Services | 0 to 19,999<br>20,000 to 49,999<br>50,000 to 250,000<br>Over 250,000 | None<br>One<br>Two<br>Three |
| Shopping Centers | 0 to 19,999 | None |

|  | 20,000 to 49,999 | One |
|---|---|---|
|  | 50,000 to 100,000 | Two |
|  | Each additional 100,000 | One |
| Office Buildings, Apartment Building over four stories, Hospitals, Health Care Establishments, Hotels and Motels | 0 to 999,999<br>1,000,000 to 2,000,000<br>More than 2,000,000 | None<br>One<br>Two |
| Manufacturing, Warehousing, Wholesaling, etc. | Up to 14,999<br>15,000 to 39,999<br>40,000 to 65,000<br>Each additional 80,000 | One<br>Two<br>Three<br>One |
| Recycling Center |  | 2 loading spaces measuring no less than 12 feet by 35 feet and having 14 feet of vertical clearance |

18.6.2   DESIGN AND ARRANGEMENT OF OFF-STREET LOADING AREAS. The following standards shall apply to off-street loading areas:

  A.   A loading space shall measure no less than 12 feet by 35 feet and have 14 feet of vertical clearance.

  B.   For any use required to furnish three or more loading spaces, at least one in every three shall measure no less than 12 feet by 55 feet.

  C.   Maneuvering space shall not include required parking spaces or any portion of a public right-of-way.

18.6.3   OFF-STREET LOADING LOCATION LIMITATIONS. Off-street loading spaces and maneuvering areas shall be located only in those portions of a lot where off-street parking areas are allowed with the following additional limitations:

  A.   Industrial Zoning Districts: If the loading and maneuvering areas are across from, or adjacent to, any non-industrial zoning district, a fifty foot landscaped strip shall be established, behind which the maneuvering and berth space may be located.

B. Non-Industrial Zoning Districts: In the event that spaces and maneuvering areas are to be located in a yard adjacent to any established residential use, a fifty foot landscaped strip shall be established behind which the berths and maneuvering spaces may be located.