
VICINITY MAP


MARTA AREA PLAN


ZONING MAP
17/0020
O-I Office and Institutional District



SITE PLAN — Scale: 1" = 30'-0"
NEW ENTRY PLAN — Scale: 1/8" = 1'-0"



### PROJECT INFO

| | |
|---|---|
| LOCATION: | |
| ADDRESS | 6860 PEACHTREE DUNWOODY ROAD |
| | SANDY SPRINGS, GA 30328 |
| LAND LOT: | 20 |
| DISTRICT: | 17TH |
| COUNTY: | FULTON |
| CURRENT ZONING: | O-I-C |
| PROPOSED ZONING: | O-I-C |

| AREAS: | |
|---|---|
| NET LOT AREA (NLA) | 87343 SF |
| BUILDING AREA | |
| BASEMENT: | 3690 SF |
| FIRST FLOOR: | 3740 SF |
| TOTAL: | 7430 SF |
| # FIXED SEATS ASSEMBLY AREA: | 88 |
| ASSEMBLY AREA UNIFIED SEATS: | 0 SF |
| DORM COMMON AREA: | 1453 SF |
| # BEDROOMS: | 8 |
| BUILDING FOOTPRINT: | 3690 SF |
| HARDSCAPE/PAVED DRIVE: | 8610 SF |
| TOTAL IMPERVIOUS SURFACE: | 12300 SF |
| GRAVEL DRIVE: | 14966 SF |
| % IMPERVIOUS SURFACE: | 0.14 |
| % PERVIOUS SURFACE (GRAVEL): | 0.19 |
| LANDSCAPE STRIPS: | 8950 SF |
| % LANDSCAPE STRIPS: | 0.10 |
| FLOOD PLAIN: | NONE PER SURVEY |
| % FLOOD PLAIN: | 0 |
| UNDEVELOPED/OPEN SPACE: | 39645 SF |
| % UNDEVELOPED/OPEN SPACE: | 0.45 |

### PROJECT INFO - POST ROW TAKING

| | |
|---|---|
| LOCATION: | |
| ADDRESS | 6860 PEACHTREE DUNWOODY ROAD |
| | SANDY SPRINGS, GA 30328 |
| LAND LOT: | 20 |
| DISTRICT: | 17TH |
| COUNTY: | FULTON |
| CURRENT ZONING: | O-I-C |
| PROPOSED ZONING: | O-I-C |

| AREAS: | |
|---|---|
| NET LOT AREA (NLA) | 85230 |
| BUILDING AREA | |
| BASEMENT: | 3690 SF |
| FIRST FLOOR: | 3740 SF |
| TOTAL: | 7430 SF |
| # FIXED SEATS ASSEMBLY AREA: | 88 |
| ASSEMBLY AREA UNIFIED SEATS: | 1453 SF |
| DORM COMMON AREA: | 0 SF |
| # BEDROOMS: | 8 |
| BUILDING FOOTPRINT: | 3690 SF |
| HARDSCAPE/PAVED DRIVE: | 8385 SF |
| TOTAL IMPERVIOUS SURFACE: | 12075 SF |
| GRAVEL DRIVE: | 11904 SF |
| % IMPERVIOUS SURFACE: | 0.14 |
| % PERVIOUS SURFACE (GRAVEL): | 0.20 |
| LANDSCAPE STRIPS: | 8950 SF |
| % LANDSCAPE STRIPS: | 0.11 |
| FLOOD PLAIN: | NONE PER SURVEY |
| % FLOOD PLAIN: | 0 |
| UNDEVELOPED/OPEN SPACE: | 37537 SF |
| % UNDEVELOPED/OPEN SPACE: | 0.44 |

| PARKING | |
|---|---|
| PARKING SPACES REQ'D ASSEMBLY: | 1 PER 3.5 FIXED SEATS |
| PARKING SPACES REQ'D DORM: | 1 PER 30 SF FOR UNFIXED SEATS |
| | 1 PER 1 BEDROOM |
| SPACES REQUIRED: | 5 PER 1000 SF COMMON AREA |
| MARTA PROX. REDUCTION: | 40,408 |
| TOTAL SPACES REQUIRED: | NA |
| PARKING SPACES PROVIDED: | 40,408 |
| ON-STREET SPACES: | 9 (NOT COUNTED TOWARDS TOTAL REQ'D) |

| # TREES PER SURVEY: | 131 |
|---|---|
| TOTAL # TREES LOST: | 14 |


KRONBERG WALL
ARCHITECTS / PLANNERS
1359 La France St, Unit A Atlanta, GA 30307 tel 404/653/0553 fax 404/653/0025

6860 PEACHTREE DUNWOODY RD
KMC MEDIATION CENTER
SANDY SPRINGS, GA 30328


RECEIVED
JAN — 2010
City of Sandy Springs
Community Development

Sheet Title: SITE PLAN
Drawing No. A-1.0


PLAINTIFF'S EXHIBIT 29