# PLANNING COMMISSION

# U08-016/U08-017/CV08-033

# 6025 Glenridge Drive
# *Lutheran Church of the Apostles*



PLAINTIFF'S
EXHIBIT
33



# SANDY SPRINGS
### GEORGIA

## Rezoning Petition No. U08-016/U08-017/CV08-033

### HEARING & MEETING DATES

| Design Review Board Meeting | Community Zoning Information Meeting | Community Developer Resolution Meeting | Planning Commission Hearing | Mayor and City Council Hearing |
|---|---|---|---|---|
| December 23, 2008 | December 23, 2008 | January 28, 2009 | February 19, 2009 | March 17, 2009 |

### APPLICANT/PETITIONER INFORMATION

| Property Owners | Petitioner | Representative |
|---|---|---|
| Lutheran Church of the Apostles | Lutheran Church of the Apostles | Rik Galpin |

### PROPERTY INFORMATION

| | |
|---|---|
| Address, Land Lot, and District | 6025 Glenridge Drive<br>Land Lot 36, District 17 |
| Council District | 6 |
| Frontage and Area | 256 feet of frontage along the east side of Glenridge Drive and 267 feet of frontage along the north side of Hammond Drive. The subject property has a total area of 4.68 acres. |
| Existing Zoning and Use | R-2 (Single Family Dwelling District) currently developed with a Church and Day Care Facility. |
| Overlay District | Urban District |
| Interim 2025 Comprehensive Future Land Use Map Designation | Residential, 3 to 5 units per acre (R3-5) |
| Proposed Use | Church & Day Care Facility |

### INTENT

**A USE PERMIT TO CONSTRUCT A 8,770 SQUARE FOOT ADDITION TO THE EXISTING CHURCH(SECTION 19.4.10,** *CHURCH, TEMPLE OR PLACE OF WORSHIP***) AND A USE PERMIT FOR THE EXISTING DAY CARE FACILITY (SECTION 19.4.15,** *DAY CARE FACILITY***)**

The applicant is requesting a use permit to construct an 8,770 square foot addition to the existing church (Section 19.4.10, *Church, Temple or Place of Worship*). The applicant is also requesting a use permit for the existing day care facility (Section 19.4.15, *day care facility*)

The applicant is also requesting five (5) variances as follows:

1. To exceed the forty (40) foot maximum building height to allow a height of forty-five (45) feet for the existing building and proposed addition (Section 6.2.3, *R-2 Single Family Dwelling District*).

2. To allow parking within the required minimum front yard setback (Section 19.4.10.B.2, *Church, Temple or Place of Worship*).

3. To delete parking lot landscape requirement in the existing parking lot (Section 4.23.2, *Parking lot landscape*).

4. To encroach within the required twenty-five (25) foot buffer and ten (10) improvement setback along the west side of the property for nine (9) parking spaces (Section 4.23.1, *Minimum Landscape Strips and*

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

LA 12.11.08

Page 1 of 15

U08-016/U08-017CV08-033

*Buffers*).

5. To reduce the required six (6) foot opaque fence to the existing four (4) foot wooden fence for the daycare play area. (Section 19.4.15.B.3, *Standards*).

## DEPARTMENT OF COMMUNITY DEVELOPMENT RECOMMENDATION
### U08-016 – APPROVAL CONDITIONAL
### U08-017- APPROVAL CONDITIONAL
### CV08-033 #1 – APPROVAL CONDITIONAL
### CV08-033 #2 – APPROVAL CONDITIONAL
### CV08-033 #3 – APPROVAL CONDITIONAL
### CV08-033 #4 – APPROVAL CONDITIONAL
### CV08-033 #5 –APPROVAL CONDITIONAL

## DESIGN REVIEW BOARD RECOMMENDATION

The petition was heard at the December 23, 2008 Design Review Board meeting. The Board recommended approval of the request. (4-0, Gregory, Landeck, Mobley, and Westmoreland for; Porter and Richard absent; Lichtenstein not voting).

## PLANNING COMMISSION RECOMMENDATION
### U08-016 – TBD
### U08-017-TBD
### CV08-033 #1 –TBD
### CV08-033 #2 – TBD
### CV08-033 #3 – TBD
### CV08-033 #4 – TBD
### CV08-033 #5 –TBD

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

Page 2 of 15

LA12.11.08

## Location Map

### 6025 Glenridge Drive



Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

LA12.11.08

Page 3 of 15

## BACKGROUND

The site is located on the north side of Glenridge Drive at the intersection of Hammond Drive. The property is zoned R-2 (Single Family Dwelling District) and is currently developed with a church. The subject property is located within the Urban District of the Sandy Springs Overlay District.

## EXISTING LAND USE AND ZONING OF ABUTTING PROPERTY

| SUBJECT PETITION | Proposed Use | Land Area (Acres) | Square Footage | Density (Square Footage per Acre) |
|---|---|---|---|---|
| U08-016 U08-017 CV08-033 | Church/ Day Care Facility | 4.68 | 28,322 | 6,051.71 |

| Location in relation to subject property | Zoning | Use | Land Area (Acres) | Square Footage or Number of Units | Density (Square Feet or Units Per Acre) |
|---|---|---|---|---|---|
| North | R-2A Z59-0061 | Aberdeen Forest single family residences | 67.07 | 87 Units | 1.30± |
| East | O-I Z84-0063 | Perimeter Ridge Office Park 750 Hammond Drive | 7.521 | 136,092 sqft | 18,094± |
| South | TR Z72-0048 | Glen Court Townhouses Single Family Residences | 5.698 | 24 Units | 4.21± |
| South | R-2 | 6005 Glenridge Drive – Hammond Park | 13.80 | 17,254 sqft | 1,250.29± |
| South | R-3 | 671 Hammond Drive – single family residences | 0.38 | 1 | 2.63± |
| West | R-2 | 6029 Glenridge Drive- single family residences | 0.93 | 1 | 1.07± |
| West | R-2 | 6035 Glenridge Drive- single family residences | 1.0 | 1 | 1± |
| West | R-2 | 6020 Glenridge Drive- single family residences | .69 | 1 | 1.45± |
| West | R-5 RZ07-015 | 6030 Glenridge Drive- single family residences | .99 | 1 | 1.01± |

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

U08-016/U08-017CV08-033



Zoning Map

6025 Glenridge Drive

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

LA12.11.08

Page 5 of 15

U08-016/U08-017CV08-033

# Future Land Use Map

## 6025 Glenridge Drive



Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

Page 6 of 15

LA12.11.08

U08-016/U08-017CV08-033



6025 Glenridge Drive (subject property)



6025 Glenridge Drive (subject property)



Notice of Use Permit Signs – Glenridge Drive



Notice of Use Permit Signs – Hammond Drive



Glen Court Town (south of subject property)



6005 Glenridge Drive - Hammond Park
(South of subject property)

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

U08-016/U08-017CV08-033



750 Hammond Drive (east of subject property)



Aberdeen Forest (north of subject property)



6029 Glenridge Drive (west of subject property)



Existing day care fence

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

Page 8 of 15

LA12.11.08

## SITE PLAN ANALYSIS

The site plan submitted shows the existing 19,552 square foot church/day care located on the north corner of Glenridge Drive and Hammond Drive. The applicant is proposing to construct an 8,770 square foot sanctuary to the front of the existing church. The total proposed square footage is 28,322 at a density of 6,051.71 square feet per acre. The parking area surrounds the building and is accessed by two (2) curb cuts from Glenridge Drive and Hammond Drive.

## PARKING AND TRAFFIC IMPACT ANALYSIS

The applicant is proposing that the site be accessed by the two (2) existing curb cuts from Glenridge Drive and Hammond Drive. The applicant is seeking a concurrent variance for the proposing parking area located in the front setback. Section 18.2.1, *Basic Off-Street Parking Requirements*, requires a minimum of 1 parking space per 3.5 fixed seats for church uses. The owner/developer is required to provide a minimum of 129 spaces. The applicant has met the parking off-street parking requirements.

## LANDSCAPE PLAN ANALYSIS

The applicant has provided landscaping consistent with the Urban District streetscape, Section 12B, *Sandy Springs Overlay District*, which includes sidewalks, street trees, and pedestrian lighting along the Glenridge Drive and Hammond Drive frontage of the property.

The applicant is requesting variances to delete the parking lot landscape island requirement in the existing parking lot required by Section 4.23.2 *Parking Lot landscaping*. The applicant is also seeking a concurrent variance for the parking area to encroach into portions of the required twenty-five (25) foot zoning buffer and ten (10) foot improvement setback along the west property lines.

## ENVIRONMENTAL SITE ANALYSIS

The Environmental Site Analysis Report is sufficient and satisfies the requirements of the Sandy Springs Zoning Ordinance. The site does not contain any known streams, steep slopes, sensitive plants and/or protected animal species, or archaeological/historical sites. The site is not located within a floodplain.

## DEPARTMENT COMMENTS

The staff held a Focus Meeting on January 7, 2009 at which the following departmental comments were provided:

| | | |
|---|---|---|
| BUILDING DIVISION | Sandy Springs Assistant Director of Building and Permitting | • There are no building requirements that need to be addressed at this time. |
| DEVELOPMENT DIVISION | Sandy Springs Development Plan Review Engineer | • There are no development requirements that need to be addressed at this time; however, applicant should be advised that stormwater management, including water quality, meeting current standards will be required for the area of redevelopment. Also, if the area of redevelopment exceeds 50% of the site, the entire site must be brought into compliance with current stormwater management standards. These requirements are typical requirements for any redevelopment project. |
| | Sandy Springs Landscape Architect/Arborist | • Depending on the impact. Canopy mitigation and/or remedial care will be required for the 32" Oak. |

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

LA12.11.08

Page 9 of 15

| | | |
|---|---|---|
| **FIRE DEPT.** | Sandy Springs Fire Protection Engineer | • Ensure that the existing church and daycare occupancies are separated with a 2-hour fire barrier. |
| **TRANSPORTATION** | Sandy Springs Transportation Planner | • Right-of-way dedication:    45' from centerline of Glenridge Drive <br> 55' from centerline of Hammond Drive <br><br> • Right-of-way reservation:    55' from centerline of Glenridge Drive <br><br> • Dedicate as right-of-way a 45' miter at the intersection of Glenridge Drive and Hammond Drive. |
| | Georgia Department of Transportation | • There are no GDOT requirements that need to be addressed at this time. |

The staff has not received any additional comments from the Fulton County Board of Education. The staff has received additional comments from the Fulton County Emergency Services Department (*see attached*).

## PUBLIC INVOLVEMENT

*Required Meetings*
The applicant attended the following required meetings:
- – Community Zoning Information Meeting held December 23, 2008 at the Sandy Springs City Hall
- – Community/Developer Resolution Meeting held January 28 , 2009 at the Sandy Springs City Hall

*Public Comments*
There are no public comments at this time.

*Notice Requirements*
The applicant posted signs issued by the Department of Community Development along the frontages of Glenridge Drive and Hammond Drive on January 9, 2009.

*Public Participation Plan and Report*
The applicant is required to submit the Public Participation Report seven (7) days prior to the Mayor and City Council Hearing on March 17, 2009. The Public Participation Report must be submitted on or before March 10, 2009.

## USE PERMIT CONSIDERATIONS

The applicant is requesting use permits to construct an 8,770 square foot, sanctuary onto the existing church (Section 19.4.10, *Church, Temple or Place of Worship*) and a use permit for the existing Day Care Facility.

Per Article 19.2.4, *Use Permit Considerations*, the City Council shall consider each of the following:

A. *Whether the proposed use is consistent with the Comprehensive Land Use Plan and/or Economic Development Revitalization plans adopted by the City Council;*

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

Page 10 of 15

LA12.11.08

Finding:    The proposed use is inconsistent with the Future Land Use Map which designates the property as residential, 3 to 5 units per acre (R3-5). Under section 19.4.10.A (*Required Districts*) a Church is a permitted use in residential areas. The staff is of the opinion that the proposed use is suitable in view of the use and development of adjacent and nearby property. The surrounding area consists of office developments to the east, single family residence to the north and west, and townhomes and a park to the south. The proposal allows for a proper transition between these areas.

B.  *Compatibility with land uses and zoning districts in the vicinity of the property for which the Use Permit is proposed;*

Finding:    The staff is of the opinion that the proposal will not have an adverse impact on the use or usability of adjacent or nearby property.

C.  *Whether the proposed use may violate local, state and/or federal statutes, ordinances or regulations governing land development;*

Finding:    The staff is of the opinion that the proposal will not violate any local, state, or federal ordinances/regulations.

D.  *The effect of the proposed use on traffic flow, vehicular and pedestrian, along adjoining streets;*

Finding:    The staff is of the opinion that the proposal will not result in a use which will cause an excessive or burdensome use of the existing infrastructure.

E.  *The location and number of off-street parking spaces;*

Finding:

    The applicant is seeking a concurrent variance for the proposing parking area located in the front setback. The owner/developer is required to provide a minimum of 129 spaces. The applicant has met the parking off-street parking requirements.

F.  *The amount and location of open space;*

Finding:    The applicant has indicated that the site will have twenty-three (23) percent open space. The applicant is proposing to add two (2) enclosed courtyards. The applicant also indicated that deleting the parking landscape requirements will preserve the naturally mature wooded areas. The applicant will utilize the allowable compact car parking to reduce the reduction on open space.

G.  *Protective screening;*

Finding:    The applicant is requesting a variance to allow the proposed parking area to encroach into a portion of the required twenty-five (25) foot zoning buffer and ten (10) foot improvement setback along the west property line. The staff is of the opinion that this request will not be detrimental to adjacent property owners.

H.  *Hours and manner of operation;*

Finding:    The applicant has indicated that the hours of operation for the church will be:

    Sunday: Services 9:00 a.m. and 10:30 a.m.
    Monday –Thursday: Office Hours 10:00 a.m. to 3:00 p.m.
    Friday: Office Hours 10:00 a.m. to 12:00 p.m.

    The applicant has indicated that the hours of operation for the Day Care will be:

    Monday – Friday: 7:00 a.m. to 6:00 p.m.

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

LA12.11.08                                        Page 11 of 15

U08-016/U08-017CV08-033

I. *Outdoor lighting; and*

Finding:     The applicant has indicated that any outdoor lighting will be in compliance with the Sandy Springs ordinance and will be provided for security and aesthetic value. Street lighting will be installed in compliance with Urban Overlay District requirements.

J. *Ingress and egress to the property.*

Finding:     The applicant is proposing that the site be accessed by the existing curb cuts from Hammond Drive and Glenridge Drive.

## VARIANCE CONSIDERATIONS

The applicant is requesting five (5) variances as follows:

1.  To exceed the forty (40) foot maximum building height to allow a height of forty-five (45) feet for the existing building and proposed addition (Section 6.2.3, *R-2 Single Family Dwelling District*).

    The applicant has indicated that this variance is necessary to allow the addition to match the existing church.

    *The staff is of the opinion that relief from this requirement is in harmony with the intent of the Zoning Ordinance and will not be a detriment to the public as the building currently exists. Therefore, based on these reasons, the staff recommends __APPROVAL__ of this concurrent variance request.*

2.  To allow parking within the required minimum front yard setback (Section 19.4.10.B.2, *Church, Temple or Place of Worship*).

    The applicant has indicated that this variance is necessary to allow parking for people with special needs to park close to the new sanctuary.

    *The staff is of the opinion that relief from this requirement is in harmony with the intent of the Zoning Ordinance. The applicant is proposing to place 14 parking spaces in the front yard setback, which will allow sufficient parking. Therefore, based on these reasons, the staff recommends __APPROVAL__ of this concurrent variance request.*

3.  To delete parking lot landscape requirement in the existing parking lot (Section 4.23.2, *Parking lot landscape*).

    The applicant has indicated that this variance is necessary to limit the disturbance of natural areas on the site.

    *The staff is of the opinion that relief from this requirement is in harmony with the intent of the Zoning Ordinance. The applicant is proposing to place 14 parking spaces in the front yard setback, which will reduce the removal of mature trees and natural areas surrounding the property. Therefore, based on these reasons, the staff recommends __APPROVAL__ of this concurrent variance request.*

4.  To encroach within the required twenty-five (25) foot buffer and ten (10) improvement setback along the west side of the property for nine (9) parking spaces (Section 4.23.1, *Minimum Landscape Strips and Buffers*).

    The applicant has indicated that this variance is necessary to allow sufficient parking on the site.

    *The staff is of the opinion that relief from this requirement is in harmony with the intent of the Zoning Ordinance and that the proposal will not pose a detriment to the public. The staff has received a letter of approval from the*

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

Page 12 of 15

LA12.11.08

*adjacent property owner. Therefore, based on these reasons, the staff recommends **APPROVAL** of this concurrent variance request.*

5. To reduce the required six (6) foot opaque fence to the existing four (4) foot wooden fence for the day care play area. (Section 19.4.15.B.3, *Standards*).

The applicant has indicated that this variance is necessary to allow the existing four (4) foot fence around the day care play ground to remain.

*The staff is of the opinion that relief from this requirement is in harmony with the intent of the Zoning Ordinance and that the proposal will not pose a detriment to the public. The proposed request is in compliance with state day care requirements. Therefore, based on these reasons, the staff recommends **APPROVAL** of this concurrent variance request.*

## CONCLUSION TO FINDINGS

It is the opinion of the staff that the proposed addition and daycare facility is consistent with the intent of the policies of the Comprehensive Plan or with the Future Land Use Map. Additionally, the staff finds that the concurrent variances being requested are in harmony with the intent of the Zoning Ordinance. Therefore, based on these reasons, the staff recommends **APPROVAL CONDITIONAL** of the use permit petition and the associated concurrent variances.

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

LA12.11.08                                                                                                    Page 13 of 15

## STAFF RECOMMENDED CONDITIONS

The staff recommends **APPROVAL CONDITIONAL** of the use permit petitions to allow for the addition of an 8,770 square foot sanctuary (U08-016), a daycare facility (U08-017) and the associated concurrent variances. The staff recommends that the approval be subject to the following conditions. The applicant's agreement to these conditions would not change staff recommendations. These conditions shall prevail unless otherwise stipulated by the Mayor and City Council.

1. To the owner's agreement to restrict the use of the subject property as follows:

   a. Church and associated accessory uses in the existing structure at a density of 6,051.71 square feet per acre or 28,322 square feet, whichever is less.

   b. The hours of operation for the day care facility shall be limited to:
      Monday – Friday: 6:00a.m. To 7:00p.m.

   c. Restrict the number of students to no more than 135.

2. To the owner's agreement to abide by the following:

   a. To the site plan received by the Department of Community Development dated December 2, 2008. Said site plan is conceptual only and must meet or exceed the requirements of the Zoning Ordinance and these conditions prior to the approval of a Land Disturbance Permit. Unless otherwise noted herein, compliance with all conditions shall be in place prior to the issuance of a Certificate of Occupancy.

3. To the owner's agreement to provide the following site development standards:

   a. The owner/developer shall dedicate forty-five (45) feet of right-of-way from centerline of Glenridge Drive along the entire property frontage or ten and one-half (10.5) feet from back of curb, whichever is greater, to the City of Sandy Springs.

   b. The owner/developer shall dedicate fifty-five (55) feet of right-of-way from centerline of Hammond Drive along the entire property frontage or ten and one-half (10.5) feet from back of curb, whichever is greater, to the City of Sandy Springs.

   c. Reserve for the City of Sandy Springs along the necessary property frontage of the following roadways, prior to the approval of a Land Disturbance permit, sufficient land as necessary to provide for compliance with the Comprehensive Plan. All building setback lines shall be measured from the dedication but at no time shall a building be allowed inside the area of reservation. All required landscape strips and buffers shall straddle the reservation line so that the reservation line bisects the required landscape strip or buffer. At a minimum, 10 feet of the required landscape strip or buffer shall be located outside the area of reservation. All required tree plantings per Article 4.23 shall be placed within the portion of the landscape strip or buffer that lies outside the area of reservation.

      Fifty-five (55) feet from centerline of Glenridge Drive

   d. Dedicate as right-of-way a forty-five (45) foot miter at the intersection of Glenridge Drive and Hammond Drive.

   e. No more than one (1) exit/entrance on Glenridge Drive and one (1) exit/entrance on Hammond Drive

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

Page 14 of 15

LA12.11.08

U08-016/U08-017CV08-033

or as may be approved by the Sandy Springs Traffic Engineer. Curb cut location and alignment are subject to the approval of the Sandy Springs Traffic Engineer.

d. The maximum building height shall be forty-five (45) feet (CV08-033).

e. To delete the parking lot landscape requirement in the existing parking lot (CV08-033).

f. To allow parking within the required minimum front yard setback (CV08-033).

g. To allow the proposed parking area to encroach into portions of the required twenty-five (25) foot zoning buffer and ten (10) foot improvement setback along the west property lines (CV08-033).

h. To reduce the required six (6) foot opaque fence to the existing four (4) foot wooden fence (CV08-033).


Attachments

Letter of Intent dated received December 2, 2008
Use Permit Considerations dated received December 2, 2008
Site Plans dated received December 2, 2008
Site plan with proposed ROW dated received February 5, 2009
Comment Letter from Fulton County Emergency Services Department dated December 30, 2008
Comment Letter from Fulton County Department of Environment and Community Development dated received Jan 5, 2009
Comment Letter from Fulton County Health and Wellness dated January 16, 2009
Comment Letter from City of Atlanta Department of watershed Management dated January 23, 2009
Approval Letter from 6029 Glenridge Drive dated received December 24, 2008

Prepared by the City of Sandy Springs Department of Community Development for the Planning Commission Hearing on February 19, 2009

LA12.11.08

Page 15 of 15

# ashford engineers, inc.

1870 The Exchange, Suite 130
Atlanta, GA  30339  USA
Tel. 770.435.2733
Fax 770.435.7639
ashfordengineers.com

December 2, 2008

**City of Sandy Springs**
Linda Abaray, Planner I
7840 Roswell Road, Building 500
Sandy Springs, GA  30350

U08 016

RECEIVED

DEC 0 2 2008

City of Sandy Springs
Community Development

RE:   **Apostles Lutheran Church**
      Hammond Drive at Glenridge Drive
      Ashford Ref. No. A6046.00

Dear Ms. Abaray:

This is written as our **Letter of Intent** for the Use Permit applications. The Church has been at its current location since the 1970's, during which time it has undergone various upgrades including the addition of a day-school wing. The congregation provides numerous benefits to the citizens of Sandy Springs and has been a good neighbor offering faith and support. In order to modernize their facility to retain and grow their congregation the Church proposes this expansion project.

The existing building has an approximate footprint of 20,000 square feet.  The existing sanctuary will house a congregation of approximately 175 members. The proposed 8,770 square foot Family Life Center will serve various functions and can accommodate 450 removable seats for regular services and special events. The main assembly room can also house athletic, theatric, music and social functions.

Additional parking is proposed to provide code compliance 129 spaces for the potential 450 fixed seats, as these will be in place 95% of the time. The site has many mature trees, and in order to minimize removal of trees this design will include reconfiguration of the existing parking areas, and utilization of areas for compact car parking.  Peaceful courtyards will be located between the new and existing structures, and will serve to upgrade and modernize the appearance of the entire Church.

Six concurrent variances are requested with this modification of Use Permit. The first variance requested is for an increase in the allowable height of the building from 40' to 45' to allow the roof height to be approximately the same as the existing bell tower (constructed prior to height restrictions).  This height variance is required to meet the functional requirements of the interior of the space.  The height restriction in zoning ordinance 6.2.3. is written for R-2 single family residential use.

The second variance request is to delete parking lot landscape requirements in Article 4.23.2. within existing parking lots.  As we attempt to minimize the additional pavement by reconfiguring the existing parking areas, we request a variance from complying with landscape islands in the existing parking area. That paved parking area is located behind the Church and not visible from the streets.  It was constructed with the original Church many years ago, and

Apostles Lutheran Church
December 2, 2008
Page 2 of 2

U08 016

has a mature stand of trees along its edge, providing the intent of the current ordinance. It does not appear justified (and is a hardship) to install islands and plant trees under the existing ones, or to remove mature trees so new ones could have sunlight.

The third variance is to allow 14 parking spaces in the 60' front yard setback (article 19.4.10.B.2. and 19.4.15.B.6.) Again we are attempting to minimize removal of existing wooded area, and request this minimal number of spaces be allowed near the new sanctuary entrance to entice visitors and early arrivals and to accommodate those with other needs (such as expectant mothers.)

The fourth variance is to encroach into the required 25' buffer and 10' improvement setback (article 4.23.1) with 5 parking spaces adjacent to one residential lot on the west side of the project. We can obtain a letter from the property owner dismissing any objection and supporting the project.

The fifth variance is to reduce the required parking from 216 to 129 (article 18.2.1.) The proposed sanctuary is designed with 450 seats that would accommodate worship services as well as musical or theater events. The Off Street Parking article requires one parking space per 3.5 seats, resulting in our 129 spaces. The structure is also designed to accommodate a basketball court, and thus the seating must be removable. In this case the article requires one space per 30 square feet of space (including the chancel) which results in 216 spaces. The space is designed the approximate size of an elementary school gym, with no space for bleachers. However, should the circumstances of an approved Use Permit be modified, the Church will have to re-apply and the City can assess the need for additional spaces at that time.

The sixth variance is for article 19.4.15.B.3. which requires a 6' opaque fence around the playground. The existing day-school has a playground located within the "U" formed by the Church and day-school building on three sides, with a fence closing the opening. The playground and fence are located at the rear of the building, located 100' from the nearest property lines, and not visible from roadways. The existing wooded area screens the playground from adjacent property, and the facility has functioned in this configuration for many years. We request that no additional expense burden be placed on the day-school, which enjoys a good reputation in the neighborhood.

We look forward to meeting with citizens, staff and elected public officials to facilitate this important and exciting expansion of the Apostles Lutheran Church.

Very truly yours,
ashford engineers, inc.

Rik Galpin
Project Manager

## 19.2.4. USE PERMIT CONSIDERATIONS
**Apostles Lutheran Church**
December 2, 2008

U08 016

1. Sandy Springs 2025 Interim Land Use Map reflects this use, as the parcel is designated Community Facility.  The 2007 Comprehensive Plan Future Land Use Map indicates residential 3-5 UPA and indicates Private Institutional Use. Accordingly, the property complies with the policies and intent of the Comprehensive Land Use Plan.
2. An existing Use Permit allows this Church and day-school in the R-2 zoning.  Much of the area has developed around the Church, including the business park adjacent to the east and the higher density residential across Hammond Drive.  The Church functions as a beneficial transition between these various uses and densities.
3. As the Church was built at this site in the 1970's and has undergone various modifications and addition of the day-school, we are aware of no statutes or ordinances that this addition and modernization would violate.
4. While it is hoped that the addition and renovations will result in increased membership in the congregation, traffic impact from any increase would occur during service hours and not during business traffic periods.  No change in the day-school operation is proposed, and thus no impact on transportation infrastructure anticipated.  The existing 6' sidewalk along the frontage will be enhanced for pedestrian use by compliance with the Urban Overlay streetscape.  ADA access from the Family Life Center to the sidewalk will be provided.
5. Off-street parking is located primarily behind the existing building, with a drop-off drive and limited parking at the entrance in the front of the building.  Handicap parking is located near the main entrance.  Additional parking is proposed to provide code compliance 129 total spaces for the potential 450 seats.  This includes minimal additional asphalt, restriping existing pavement, and utilization of compact spaces.
6. The 4.68 acre site contains 1.1 acres of mature and second growth natural forest and 0.2 acre of vegetated storm water detention basin located at the side and rear of the parcel.  It contains a secure playground for the day-school and a fenced picnic and lawn play area behind the Church structure.  Approximately 0.24 wooded acres will be removed for new parking.
7. Natural wooded areas screen the site from adjacent residential areas and the business park.  Urban Overlay streetscape will screen the streets.
8. Hours of operation are for worship services on Sunday at 9:00 and 10:30. Church office hours are Monday-Thursday 10:00-3:00 and Friday 10:00-12:00 and usually include 3 automobiles.  Day–school operation is from 7:00-6:00 Monday-Friday, with approximately 6-8 automobiles parked behind the building.
9. Outdoor lighting, in compliance with Sandy Springs ordinance, will be provided for security and aesthetic value.  Street lighting will be installed in compliance with Urban Overlay zoning requirements.
10. Driveways are located on Glenridge and Hammond Drives.  The Hammond access will be maintained during construction to accommodate Church and day-school activities.  The Glenridge access will be reconstructed to the right-of-way (within the site), to include drainage inlets to capture the storm water currently flowing into Glenridge Drive.  Both the Pastor and Day-School Administrator report no knowledge of problems regarding access.







# Emergency Services Department
### 130 Peachtree St., S.W.
### Suite 3147
### Atlanta, GA 30303

**Alfred R. Moore**
Director

Emergency Communications/911
Telephone: 404/730-7900
FAX: 404/730-7909

Atlanta-Fulton county
Emergency Management Agency
Telephone: 404/730-5600

December 30, 2008

Patrice S. Ruffin, Interim Assistant Director
City of Sandy Springs
Department of Community Development
Planning and Zoning Division
7840 Roswell Road, Building 500
Sandy Springs, Georgia 30350

Re:   Memorandum dated December 17, 2008
       Preliminary Zoning Agenda

Dear Ms. Ruffin:

A review conducted by the Emergency Services Department staff revealed the following:

1. If zoning petitions are approved, there will be an increase in E9-1-1 call volume. The increase may negatively affect the department's call answering speed and service level.

2. Increased traffic volume without road improvements may increase response time of emergency response vehicles thereby reducing effective delivery of emergency services.

3. Addressing of all proposed properties identified within the petitions should comply with the City of Sandy Springs' addressing standards or Fulton County's Addressing Standards to reduce the likelihood of delay in response time.

If I can assist you further in this matter, please contact me at 404-730-7900.

Sincerely,

*Crystal Williams*

Crystal Williams
Interim Director



**FULTON COUNTY**

Department of the Environment and Community Development
141 Pryor Street, SW
Suite 2085
Atlanta, GA 30303

December 31, 2008

RECEIVED
City of Sandy Springs
Community Development

Patrice Ruffin, Assistant Director Planning and Zoning
City of Sandy Springs
Department of Community Development
Planning and Zoning Division
7840 Roswell Road, Building 500
Sandy Springs, Georgia 30350

Dear Ms. Ruffin:

I am in receipt of your zoning package soliciting comments on the upcoming City of Sandy Springs zoning agenda for the February Planning Commission and Mayor and City Council Meetings. I have reviewed all items within the package and find none of them to have a significant impact on Unincorporated Fulton County. Thank you for the opportunity to review the requests.

Sincerely,

Randy Beck,
Deputy Director, E&CD



**FULTON COUNTY**

# DEPARTMENT OF HEALTH AND WELLNESS
## Environmental Health Services
### 99 Jesse Hill Jr. Drive, Suite 101
### Atlanta, Georgia 30303
### Telephone (404) 730-1301, Fax (404) 730-1462

Fulton County Board of Health

Phoebe Bailey, PhD, Chair
Lynne P. Meadows, RN, MS
Monica Ryan, BS
Khaatim S. El
Samantha P. Williams, PhD
Mary Long, RN

Dr. Kim Turner, Interim Director

## MEMORANDUM

TO:       Patrice S. Ruffin, Assistant Director of Planning and Zoning
          City of Sandy Springs

FROM:     Monica Robinson, Environmental Specialist Senior
          Environmental Health Services

DATE:     January 16, 2009

SUBJECT:  Zoning Comments for February 5, 2009 Planning Commission Meeting
          (REVISED)

| AGENDA ITEM | ZONING COMMENTS |
|---|---|
| U08-016/ U08-017/ CV08-033 | The Fulton County Department of Health and Wellness recommends that the applicant be required to connect the proposed development to public water and public sanitary sewer available to the site. |
| | Since this proposed development constitutes a premise where people work, live or congregate, onsite sanitary facilities will be mandatory, prior to use or occupancy. |
| | This facility must comply with the Fulton County Clean Indoor Air Ordinance and the Georgia Smokefree Act of 2005. |
| | This department is requiring that plans indicating the number and location of outside refuse containers along with typical details of the pad and approach area for the refuse containers be submitted for review and approval. |
| | The Fulton County Department of Health and Wellness recommends this facility meet all permit requirements for child care facilities under DHR Rules and Regulations. |
| ZM08-017/ CV08-032 | The Fulton County Department of Health and Wellness does not anticipate any health problems with this proposal. |

"To Promote, Protect and Assure the Health and Wellness of the People of Fulton County"

1 of 1



# CITY OF ATLANTA

## DEPARTMENT OF WATERSHED MANAGEMENT
### BUREAU OF DRINKING WATER
### TECHNICAL SERVICES GROUP

SHIRLEY FRANKLIN
MAYOR

651 FOURTEENTH STREET
ATLANTA, GEORGIA 30318
OFFICE 404-235-2007
FAX 404-982-1400

ROBERT J. HUNTER
COMMISSIONER

January 16, 2009

Mr. Harmit Bedi
City Of Sandy Springs
Department of Community Development
Planning and Zoning Division
7840 Roswell Road, Building 500
Sandy Springs, GA 30350

Subject:     Water Availability at 6025 Glenridge Dr.

Dear Mr. Bedi,

In response to your letter we offer the following:

1. There is an existing 8-inch water main along Glenridge Dr. This water main is owned and maintained by the City of Atlanta.
2. Our calculations based on the reported fire flow test conducted on 01/13/09 indicate the 8" main has a capacity of 2531 gpm.
3. If further investigation is required, please complete the attached Basis of Design Data form along with site utility plan.

In order to access the water you must develop a set of stamped engineering drawings, and submit three copies to the City of Atlanta, Bureau of Drinking Water for approval and review.

Should additional information be needed, please contact me at 404-982-1446.

Sincerely,

Doug Smith
Field Engineer
cc:     file



**FULTON COUNTY**

# DEPARTMENT OF HEALTH AND WELLNESS
## Environmental Health Services
99 Jesse Hill Jr. Drive, Suite 101
Atlanta, Georgia 30303
Telephone (404) 730-1301, Fax (404) 730-1462

## MEMORANDUM

Fulton County Board of Health

Phoebe Bailey, PhD, Chair
Dung T. Meade, DSN, MS
Monica Ryan, RN
Khaatim S. El
Samantha P. Williams, PhD
Mary Long, RN

Dr. Kim Turner, Interim Director

**TO:** Patrice S. Ruffin, Assistant Director of Planning and Zoning, City of Sandy Springs

**FROM:** Monica Robinson, Environmental Specialist Senior, Environmental Health Services

**DATE:** January 9, 2009

**SUBJECT:** Zoning Comments for February 5, 2009 Planning Commission Meeting

| AGENDA ITEM | ZONING COMMENTS |
|---|---|
| U08-016/ U08-017/ CV08-033 | The Fulton County Department of Health and Wellness recommends that the applicant be required to connect the proposed development to public water and public sanitary sewer available to the site. |
| | This facility must comply with the Fulton County Clean Indoor Air Ordinance and the Georgia Smokefree Act of 2005. |
| | The Fulton County Department of Health and Wellness recommends that this proposed development be approved, provided the internal plumbing is inspected and adequate for the proposed use. |
| | This department is requiring that plans indicating the number and location of outside refuse containers along with typical details of the pad and approach area for the refuse containers be submitted for review and approval. |
| | The Fulton County Department of Health and Wellness recommends this facility meet all permit requirements for child care facilities under DHR Rules and Regulations |
| ZM08-017/ CV08-032 | The Fulton County Department of Health and Wellness does not anticipate any health problems with this proposal. |

APOSTLES GROWTH FUND, LLC
400 INTERSTATE NORTH PARKWAY
SUITE 1210
ATLANTA, GEORGIA 30339

December 22, 2008

RECEIVED
City of Sandy Springs
Community Development

Ms. Patrice S. Ruffin
Assistant Director, Planning and Zoning
Sandy Springs
7840 Roswell Road
Building 500
Sandy Springs, Georgia 30350

Re:     Use Permits – U08-016/U08-017/CV08-033
        6025 Glenridge Drive

Dear Ms. Ruffin:

Our company, Apostles Growth Fund, LLC, owns the property adjacent to the Lutheran Church of the Apostles at 6029 Glenridge Drive. The purpose of this letter is to advise you that Apostles Growth Fund, LLC strongly supports the Application of the Lutheran Church of the Apostles for the above-referenced Use Permits, and to further advise you that we have no objection to the concurrent variance to construct parking within the 25' undisturbed buffer and 10' improvement setback adjacent to our property.

We will be unable to attend the Public Hearing of the Design Review Board Meeting, but we want you to know of our strong support for the expansion project of the Church.

If you have any questions or comments, please do not hesitate to contact me at the above address. I can be reached by telephone at (404) 944-2132.

Very truly yours,

William H. Ferguson

WHF/mmt

cc:   Mr. Rik Galpin
      Mr. David W. Galloway