**SANDY SPRINGS**
GEORGIA

March 18, 2009

Rik Galpin
Ashford Engineers, Inc
1870 The Exchange
Suite 130
Atlanta, GA 30339

Subject: **Approval of Use Permit – U08-016/U08-017/CV08-033 6025 Glenridge Drive**

Dear Mr. Galpin:

Please be advised, the City of Sandy Springs Mayor and City Council approved the use permit petition for property at 6025 Glenridge Drive. Use permit petition U08-016/U08-017/CV08-033 was approved to construct an 8,770 square foot addition to the existing church and for the existing day care facility by the Mayor and City Council at the March 17, 2009 hearing, subject to the following conditions:

1. To the owner's agreement to restrict the use of the subject property as follows:

    a. Church and associated accessory uses in the existing structure at a density of 6,051.71 square feet per acre or 28,322 square feet, whichever is less.

    b. The hours of operation for the day care facility shall be limited to:
    Monday – Friday: 6:00a.m. To 7:00p.m.

    c. Restrict the number of enrolled students to no more than 135.

    d. The school shall provide an annual report detailing total enrollment by August 15th of each calendar year, subject to the approval of the Department of Community Development.

2. To the owner's agreement to abide by the following:

    a. To the site plan received by the Department of Community Development dated December 2, 2008. Said site plan is conceptual only and must meet or exceed the requirements of the Zoning Ordinance and these conditions prior to the approval of a Land Disturbance Permit. Unless otherwise noted herein, compliance with all conditions shall be in place prior to the issuance of a Certificate of Occupancy.

3. To the owner's agreement to provide the following site development standards:

    a. The owner/developer shall dedicate forty-five (45) feet of right-of-way from centerline of Glenridge Drive along the entire property frontage or ten and one-half (10.5) feet from back of curb, whichever is greater, to the City of Sandy Springs.

    b. The owner/developer shall dedicate fifty-five (55) feet of right-of-way from centerline of Hammond Drive along the entire property frontage or ten and one-half (10.5) feet from back of curb, whichever is greater, to the City of Sandy Springs.

    c. Reserve for the City of Sandy Springs along the necessary property frontage of the following roadways, prior to the approval of a Land Disturbance permit, sufficient land as necessary to provide for compliance with the Comprehensive Plan. All building setback lines shall be

7840 Roswell Road, Building 500 • Sandy Springs, Georgia 30350 • 770.730.5600 • 770.393.0244 fax • www.sandyspringsga.org



PLAINTIFF'S EXHIBIT 34

measured from the dedication but at no time shall a building be allowed inside the area of reservation. All required landscape strips and buffers shall straddle the reservation line so that the reservation line bisects the required landscape strip or buffer. At a minimum, 10 feet of the required landscape strip or buffer shall be located outside the area of reservation. All required tree plantings per Article 4.23 shall be placed within the portion of the landscape strip or buffer that lies outside the area of reservation.

Fifty-five (55) feet from centerline of Glenridge Drive

d. Dedicate as right-of-way a forty-five (45) foot miter at the intersection of Glenridge Drive and Hammond Drive.

e. No more than one (1) exit/entrance on Glenridge Drive and one (1) exit/entrance on Hammond Drive or as may be approved by the Sandy Springs Traffic Engineer. Curb cut location and alignment are subject to the approval of the Sandy Springs Traffic Engineer.

f. The maximum building height shall be forty-five (45) feet (CV08-033).

g. To delete the parking lot landscape requirement in the existing parking lot (CV08-033).

h. To allow parking within the required minimum front yard setback (CV08-033).

i. To allow the proposed parking area to encroach into portions of the required twenty-five (25) foot zoning buffer and ten (10) foot improvement setback along the west property lines (CV08-033).

j. To reduce the required six (6) foot opaque fence to the existing four (4) foot wooden fence (CV08-033).

Sincerely,

*Patrice S. Ruffin*

Patrice S. Ruffin, AICP
Assistant Director of Planning and Zoning

---

**Certification of Approval**

I hereby certify that the subject case was approved by the Mayor and City Council of the City of Sandy Springs with the associated conditions on the above stated hearing date.

Michael Casey                           Date
Interim City Clerk

---

X:\ComunityDevelopment\Planning & Zoning\Zoning - Rezonings & Use Permits Cases and sign template\U 2008\U08-016 & U08-017 6025 Glenridge Dr. Apostles Church\Approval.U08-016U08-017.doc

Page 2 of 2