

PROPOSED SITE PLAN — Congregation Beth Tefillah Preschool, 5065 High Point Road NE, Atlanta, Georgia 30324

