# MAYOR AND CITY COUNCIL

# U10-004/CV10-007

# 85 Mount Vernon Highway
# Sandy Springs United Methodist Church


PLAINTIFF'S
EXHIBIT
42

R002091



# SANDY SPRINGS
### G E O R G I A

To:      John McDonough, City Manager

From:    Nancy J. Leathers, AICP, Director of Community Development

Date:    June 24, 2010 For Submission onto the onto the July 13, 2010 City Council meeting

Agenda Item: **U10-004/CV10-007**, Request for a Use Permit to allow for a Day Care Facility and an After School Program. The proposed Day Care Facility is currently operating out of the 45,650 SF Activity Center Building.

---

*CMO (City Manager's Office) Recommendation:*
**APPROVAL CONDITIONAL** of the request for a Use Permit to allow for a Day Care Facility and an After School Program. The proposed Day Care Facility is currently operating out of the 45,650 SF Activity Center Building.

*Background:*
The site is located on the south side of Mount Vernon Highway, between Sandy Springs Circle and Lake Forrest Drive. R-3 (Single-family Dwelling District), R-4 (Single-family Dwelling District), O-I (Office and Institutional District) conditional under zoning case Z74-134, and C-1 (Commercial Business District) conditional under zoning case Z80-091. Under zoning case U84-026, the subject property is currently developed with church related facilities. The proposed Day Care Facility is currently operating out of the 45,650 SF Activity Center Building.

*Discussion:*
This is a Use Permit to allow for a Day Care Facility and an After School Program. The proposed Day Care Facility is currently operating out of the 45,650 SF Activity Center Building.

One (1) concurrent variance is also being requested as follows:

1. Variance from Section 19.4.15.B.3 of the Zoning Ordinance to allow an existing play area fence to be non-opaque and less than six (6) feet in height.

*Concurrent Review:*
The staff held a Focus Meeting on May 5, 2010 at which the following city departments provided comments:

- Building and Development Division
- Fire Department
- Transportation Division

In addition, the following external departments were contacted for comment:

- Atlanta Regional Commission
- Fulton County Board of Education
- Fulton County Department of Environment and Community Development (*comments received*)

R002092

- Fulton County Department of Public Works
- Fulton County Environmental Health Services *(comments received)*
- Sandy Springs Council of Neighborhoods
- Sandy Springs Revitalization Inc.
- Georgia Department of Transportation
- City of Atlanta Department of Watershed Management *(comments received)*
- U.S. Postal Service Address Management Systems
- MARTA
- Fulton County Emergency Management

R002093



## Rezoning Petition No. U10-004/CV10-007

| HEARING & MEETING DATES | | | |
|---|---|---|---|
| Community Zoning Information Meeting | Community Developer Resolution Meeting | Planning Commission Hearing | Mayor and City Council Hearing |
| April 27, 2010 | May 26, 2010 or May 27, 2010 | June 17, 2010 | July 13, 2010 |

| APPLICANT/PETITIONER INFORMATION | | |
|---|---|---|
| Property Owners | Petitioner | Representative |
| Sandy Springs United Methodist Church | Jeffrey S. Connell | Jeffrey S. Connell |

| PROPERTY INFORMATION | |
|---|---|
| Address, Land Lot, and District | 85 Mount Vernon Highway Land Lot 89, District 17 |
| Council District | 3 |
| Frontage and Area | 850 feet of frontage along the west side of Sandy Springs Circle and 1000 feet of frontage along the south side of Mount Vernon Highway. The subject property has a total area of approximately 8.5 acres (370,260 square feet). |
| Existing Zoning and Use | R-3 (Single-family Dwelling District), R-4 (Single-family Dwelling District), O-I (Office and Institutional District) conditional under zoning case Z74-134, and C-1 (Commercial Business District) conditional under zoning case Z80-091 . The subject property is currently developed with church facilities. |
| Overlay District | Urban |
| .7 Comprehensive Future Land Use Map Designation | Living-Working Community (LWC), Node 8:  Town Center |
| Proposed Use | Use Permit to allow for a Day Care Facility. |

### INTENT

### A USE PERMIT TO ALLOW FOR A DAY CARE FACILITY

This is a Use Permit to allow for a Day Care Facility and an After School Program.  The proposed Day Care Facility is currently operating out of the 45,650 SF Activity Center Building.

One (1) concurrent variance is also being requested as follows:

1. Variance from Section 19.4.15.B.3 of the Zoning Ordinance to allow an existing play area fence to be non-opaque and less than six (6) feet in height.

### DEPARTMENT OF COMMUNITY DEVELOPMENT RECOMMENDATION
### U10-004 – APPROVAL CONDITIONAL
### CV10-007 – APPROVAL CONDITIONAL

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10                                                                                      Page 1 of 15      R002094

U10-004/CV10-007

### PLANNING COMMISSION RECOMMENDATION
#### U10-004 - APPROVAL CONDITIONAL
#### CV10-007 – APPROVAL CONDITIONAL

The petition was heard at the June 17, 2010 Planning Commission meeting.  The Commission recommended approval subject to staff conditions.  Approved (4-0, Duncan, Thatcher, Rupnow, and Pond for; Maziar, Rubenstein, and Tart absent).

Location Map



Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10

Page 2 of 15   R002095

U10-004/CV10-007

## BACKGROUND

The site is located on the south side of Mount Vernon Highway, between Sandy Springs Circle and Lake Forrest Drive.  R-3 (Single-family Dwelling District), R-4 (Single-family Dwelling District), O-I (Office and Institutional District) conditional under zoning case Z74-134, and C-1 (Commercial Business District) conditional under zoning case Z80-091.   Under zoning case U84-026, the subject property is currently developed with church related facilities.   The proposed Day Care Facility is currently operating out of the 45,650 SF Activity Center Building.

*EXISTING LAND USE AND ZONING OF ABUTTING PROPERTY*

| | Current Zoning | Proposed Use | Land Area (Acres) | Square footage or Number of Units/Rooms | Density (Square footage or Units/Rooms per Acre) |
|---|---|---|---|---|---|
| **SUBJECT PETITION U10-004/ U10-002 CV10-007** | R-3, R-4, O-I, & C-1 | Day Care Facility & Church | 8.5 acres | 89,750 SF | 10,558.82 SF/ac |

| Location in relation to subject property | Zoning | Use | Land Area (Acres) | Square Footage or Number of Units | Density (Square Feet or Units Per Acre) |
|---|---|---|---|---|---|
| North | R-3 & R-4 | Cemetery | ——— | ——— | ——— |
| East | C-1 Z87-225 | Commercial (135 Mt. Vernon Hwy.) | 0.28 acres | 1,507.8 SF | 5,385 SF/acre |
| East | C-1 Z82-127 | Commercial (140 Hilderbrand Ave.) | 1.3 acres | 4,084 SF | 3,141.54 SF/acre |
| East | O-I RZ07-043 | Amphitheater (Williams-Payne House) | 4.2 acres | 15,816 SF | 3,765.71 SF/acre |
| South | C-1 Z97-080 | Centre Court Shopping Center | 8.65 acres | 77,372 SF | 8,944.74 SF/acre |
| South | O-I Z82-043 | Lake Forrest Place Offices | 3.27 acres | 47,200 SF | 14,435 SF/acre |
| West | O-I Z85-172 | Offices (Century Springs East) | 16.6 acres | 300,000 SF | 18,072 SF/acre |

U10-004/CV10-007

## Zoning Map

### 85 Mount Vernon Highway



Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10                                                                                    Page 4 of 15    R00209

RZ07-038/CV07-028/U07-015

## Future Land Use Map

## 85 Mount Vernon Highway NE



Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10

Page 5 of 15

R002098

U10-004/CV10-007

Photographs





| Subject Property (looking southwest adjacent to Sandy Springs Circle) | Looking east down Hilderbrand Drive |







| Subject Property (looking east) | North of Subject Property (Arlington Cemetery) |

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10

Page 6 of 15

R002099

U10-004/CV10-007



Looking south down Lake Forrest Drive

West of subject property

South of subject property (Lake Forrest Place)

South of subject property (Centre Court Shopping Center)

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10

Page 7 of 15

R002100

U10-004/CV10-007



| Sign | Sign |

## SITE PLAN ANALYSIS

The site plan provided by the applicant indicates the subject property is developed with church related facilities.

## ENVIRONMENTAL SITE ANALYSIS

The Environmental Site Analysis Report is sufficient and satisfies the requirements of the Sandy Springs Zoning Ordinance. The reporting on all items of the analysis stated either positive, minimal, or no environmental issues, with the exception of the following: There are existing slope(s) exceeding 25 percent over a 10-foot rise in elevation.

## USE PERMIT CONSIDERATIONS

The applicant is requesting a use permit to allow for a Day Care Facility and an After School Program.

Per Article 19.2.4, *Use Permit Considerations*, the City Council shall consider each of the following:

A.    *Whether the proposed use is consistent with the Comprehensive Land Use Plan and/or Economic Development Revitalization plans adopted by the City Council;*

Finding:    The staff is of the opinion that the proposed uses are consistent with the Future Land Use Map, which designates the property as Living-Working Community (LWC), Node 8: Town Center. LWC is a medium intensity/density category that is intended to serve a group of adjacent neighborhoods, and to be compatible with low to lower density residential neighborhoods. The Town Center Node should provide for uses that contribute to the public good and should accommodate an appropriate transition to less intense development.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10                                                                                   Page 8 of 15

R002101

U10-004/CV10-007

B.   *Compatibility with land uses and zoning districts in the vicinity of the property for which the Use Permit is proposed;*

Finding:   The staff is of the opinion the proposed uses are compatible with the land uses and zoning districts in the vicinity of the property.  The property is located within an area that features similar developments.

C.   *Whether the proposed use may violate local, state and/or federal statutes, ordinances or regulations governing land development;*

Finding:   The staff is of the opinion the proposed uses would not violate any local, state, and/or federal statutes, ordinances, or regulations.

D.   *The effect of the proposed use on traffic flow, vehicular and pedestrian, along adjoining streets;*

Finding:   The staff is of the opinion that the proposal will not result in a use that will cause an excessive or burdensome use of the existing infrastructure.  Public Works does not anticipate that the proposed use permit will cause an excessively burdensome use of existing streets or transportation facilities.  The subject property is located on an arterial street.

E.   *The location and number of off-street parking spaces;*

Finding:   Section 18.2.1, *Basic Off-street Parking Requirements,* requires a minimum amount of parking spaces for the facilities of this church as follows:

- 6,370 s.f. of assembly auditorium (1 space/30 s.f.) = 212.3 spaces total.
- 12,000 s.f. Day Care (1.7 spaces/1000 s.f.) = 20.4 spaces; plus 1 space for every 4 employees (24 qty.) = 6 spaces (26.4 spaces total).

The total parking required is 239, and the applicant is providing 247 parking spaces.

F.   *The amount and location of open space;*

Finding:   The applicant provided a site plan showing a developed property having open space throughout the subject property.  The applicant states that currently 4.5 acres (196,020 SF) of the subject property is Open Space.  Photographs show the property as well landscaped.

G.   *Protective screening;*

Finding:   The proposed uses and associated structures are well screened from surrounding properties with the majority of the development located at the center of the 17 acre site.

H.   *Hours and manner of operation;*

Finding:   The hours and manner of operation would be from 6:00 a.m. to 7:00 p.m. and would be consistent with other daycares in that there would be a morning drop-off and an afternoon/early evening pick-up.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10

Page 9 of 15

R 0 0 2 1 0 2

*Outdoor lighting; and*

Finding:      Any modification to or addition of outdoor lighting will not adversely impact adjacent and/or surrounding properties.

J.      *Ingress and egress to the property.*

Finding:      Ingress and egress to the property will not be modified as current ingress and egress to the property is adequate for the use and the proposed use thereof.

## VARIANCE CONSIDERATIONS

Article 22 of the Zoning Ordinance indicates the following are considerations in granting variances, of which only one has to be proven:

A.  *Relief, if granted, would be in harmony with, or, could be made to be in harmony with, the general purpose and intent of the Zoning Ordinance; or,*
B.  *The application of the particular provision of the Zoning Ordinance to a particular piece of property, due to extraordinary and exceptional conditions pertaining to that property because of its size, shape, or topography, would create an unnecessary hardship for the owner while causing no detriment to the public; or,*
C.  *Conditions resulting from existing foliage or structures bring about a hardship whereby a sign meeting minimum letter size, square footage and height requirements cannot be read from an adjoining public road.*

he applicant is requesting one (1) concurrent variance as follows:

1.  Variance from Section 19.4.15.B.3 of the Zoning Ordinance to allow an existing play area fence to be non-opaque and less than six (6) feet in height.

    The applicant has indicated this variance will not result in any harm to the health and safety of the general public and that application of the requirement would place a hardship on the applicant. The applicant has indicated that this variance is in harmony with the area and in harmony with the general purpose and intent of the Zoning Ordinance.

    *The staff is of the opinion the variance request is in harmony with the intent of the Zoning Ordinance and the proposal will not pose a detriment to the public because the fence is existing and sufficiently serves the current playground that is not located directly adjacent to any public right-of-way and is in good shape. The non-opaque fence also allows a supervisory view into the play area and allows air to circulate through the play area. Therefore, based on these reasons, the staff recommends __APPROVAL__ of the variance to allow an existing play area fence to be non-opaque and less than six (6) feet in height.*

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10                                                                                                      Page 10 of 15

R002103

## DEPARTMENT COMMENTS

The staff held a Focus Meeting on May 5, 2010 at which the following departmental comments were provided:

| | | |
|---|---|---|
| **BUILDING & DEVELOPMENT DIVISION** | Sandy Springs Building Officer and/or ADA Compliance Officer | • The Daycare at 85 Mt. Vernon will have to comply with the applicable sections of the 2000 Life Safety Code and the International Building Code. The Building Department has no comments on the other items. Plans need to be reviewed by ADA Compliance Officer. |
| | Sandy Springs Chief Engineer | • There are no Site Development requirements that need to be addressed at this time. |
| | Sandy Springs Landscape Architect/Arborist | • There are no landscape and stream requirements that need to be addressed at this time. |
| **FIRE DEPT.** | Sandy Springs Fire Protection Engineer | • This shall be deemed a change of occupancy and shall meet the requirements for new construction in the Life Safety Code. |
| **TRANSPORTATION** | Sandy Springs Transportation Planner | • Public Works does not anticipate that the proposed zoning modification will cause an excessively burdensome use of existing streets or transportation facilities. <br>• The subject property is located on an arterial street. <br>• Right-of-way dedication: 40' from centerline of Mt. Vernon Hwy. 45' from centerline of Sandy Springs Cr. <br>• Dedicate right of way and temporary easements necessary for the construction of the T-0014 Sandy Springs Circle Pedestrian Streetscape Phase II capital project, as required by Public Works. |
| | Georgia Department of Transportation | • There are no GDOT requirements that need to be addressed at this time. |

The staff has not received any additional comments from the Fulton County Board of Education.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10

Page 11 of 15

R002104

U10-004/CV10-007

# PUBLIC INVOLVEMENT

## Required Meetings

The applicant attended the following required meetings:

– Community Zoning Information Meeting held April 27, 2010 at the Sandy Springs City Hall
– Community/Developer Resolution Meeting was held May 26, 2010 at the Sandy Springs City Hall

## Public Comments

- No public comments have been received.

## Notice Requirements

The petition was advertised in the Daily Report on June 10, 2010 and will be on June 24, 2010. The applicant has posted signs issued by the Department of Community Development along the frontages of Mount Vernon Highway and Sandy Springs Circle on May 14, 2010.

## Public Participation Plan and Report

The applicant will meet the Public Participation Plan requirements. The applicant was required to submit the Public Participation Report seven (7) days prior to the Mayor and City Council Hearing on July 20, 2010. The Public Participation Report will be submitted on or before July 6, 2010.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10                                                                                                                      Page 12 of 15

R 0 0 2 1 0 5

## CONCLUSION TO FINDINGS

It is the opinion of the staff that the petition for Use Permit to allow for a Day Care Facility and an After School Program is in conformity with the policies of the Comprehensive Plan and the intent of the Future Land Use Map.   Therefore, based on these reasons, the staff recommends **APPROVAL CONDITIONAL** of the petition for the Use Permit, with concurrent variances, subject to conditions.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10

Page 13 of 15

R 0 0 2 1 0 6

**STAFF RECOMMENDED CONDITIONS**

U10-004/CV10-007

Should the Mayor and City Council decide to grant the Use Permit and Concurrent Variances, the staff recommends that the approval be subject to the following conditions. The applicant's agreement to these conditions would not change staff recommendations. These conditions shall prevail unless otherwise stipulated by the Mayor and City Council.

1. To the owner's agreement to restrict the use of the subject property as follows:

    a. Daycare and associated accessory uses in the existing church facilities at a density of 10,558.82 square feet per acre or 89,750 square feet, whichever is less (U10-004).

    b. The hours of operation for the day care facility shall be limited to:
    Monday – Friday: 6:00a.m. To 7:00p.m.

    c. Restrict the number of enrolled students to no more than 158.

    d. The school shall provide an annual report detailing total enrollment by August 15th of each calendar year, subject to the approval of the Department of Community Development.

2. To the owner's agreement to abide by the following:

    a. To the site plan received by the Department of Community Development dated April 6, 2010. Said site plan is conceptual only and must meet or exceed the requirements of the Zoning Ordinance and these conditions prior to the approval of a Land Disturbance Permit. Unless otherwise noted herein, compliance with all conditions shall be in place prior to the issuance of a Certificate of Occupancy.

3. To the owner's agreement to provide the following site development standards:

    a. The owner/developer shall dedicate forty-five (45) feet of right-of-way from centerline of Sandy Springs Circle along the entire property frontage or ten and one-half (10.5) feet from back of curb, whichever is greater, to the City of Sandy Springs.

    b. The owner/developer shall dedicate forty (40) feet of right-of-way from centerline of Mount Vernon Highway along the entire property frontage or ten and one-half (10.5) feet from back of curb, whichever is greater, to the City of Sandy Springs.

    c. The owner/developer shall dedicate right of way and temporary easements necessary for the construction of the T-0014 Sandy Springs Circle Pedestrian Streetscape Phase II capital project, as required by Public Works.

    d. Variance from Section 19.4.15.B.3 of the Zoning Ordinance to allow an existing play area fence to be non-opaque and less than six (6) feet in height (CV10-007).

    e. To reduce the zoning regulations to the extent necessary for all the existing non-conforming (grandfathered) structure(s) to comply.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10

Page 14 of 15

R002107

U10-004/CV10-007

**Attachments**

Letter of Intent received April 6, 2010
\pplicant Use Permit Considerations dated June 2, 2010
Site Plan(s) received April 6, 2010
Letter Fulton County Dept. of the Environment & Community Development received May 12, 2010
Letter City of Atlanta Department of Watershed Management received May 17, 2010

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on July 13, 2010

DT 6.22.10

Page 15 of 15
R002108

### LETTER OF INTENT – USE PERMIT APPLICATION
### SANDY SPRINGS UNITED METHODIST CHURCH
### HITSON MEMORIAL ACTIVITY CENTER
### 85 MOUNT VERNON HIGHWAY
### SANDY SPRINGS, GA 30328

The site referenced above is an existing facility and site that is owned by the Sandy Springs United Methodist Church (SSUMC).  SSUMC is requesting that a Use Permit be granted for Daycare use.  The site was zoned C-1, R-4, R-3, and O-I when the facility was originally constructed.  At that time, the project received a Special Use Permit to allow for church use – Zoning Case # U-84-26 (Fulton County)

The building is approximately 45,650 gross square feet (gsf) and is three stories in elevation.  The facility consists of a gymnasium, kitchen, classrooms, locker and restrooms, and other support areas on the ground floor.  The second floor consists of a small chapel, classrooms, parlor gathering area with adjacent pantry kitchen, a small walking track and other support areas.  The third floor contains some small classrooms, restrooms, and other such support areas.  The building is currently being used as a daycare facility (church sponsored), church activity center, church youth group and sports center, and summer day camp facility.  There are plans to also provide an after school program (church sponsored) for elementary to high school aged children in the future.

The property is approximately 8.5 acres and consists of parking for approximately 250 cars; a playground for children, open lawns and landscaped areas, and access and circulation drives.  There is access directly to Mount Vernon Highway on the north side of the site and access to Sandy Springs Circle on the east side.  Additionally there is an easement for access to the adjacent property to the west, now or formerly known as the Sandy Springs West Loop Office Center, and to the south, now or formerly known as the Centre Court Shopping Center.  To the east of the property across Sandy Springs Circle is the Heritage Sandy Springs Park and public facility.

There is one concurrent variance requested as part of Article 19.4.15, Section B(3) of the Daycare use:  Variance for requirement of a 6' high opaque fence around play area.  The current play area has a 4' high (approximate) fence that is not opaque.  The playgrounds are existing and are not planned to be expanded or moved.  The current non-conforming fence is in good condition and is not directly adjacent to any public road or other hazardous condition for children.  Additionally, the non-opaque fence allows for vision of the children from the facility and allows air circulation through play areas.

# RECEIVED

### APR 0 6 2010

## City of Sandy Springs
## Community Development

R002109

# RECEIVED

JUN 0 2 2010

### USE PERMIT CONSIDERATIONS
### SANDY SPRINGS UNITED METHODIST CHURCH
### HITSON MEMORIAL ACTIVITY CENTER
### 85 MOUNT VERNON HIGHWAY
### SANDY SPRINGS, GA 30328

City of Sandy Springs
Community Development

The property is approximately 8.5 acres and consists of parking for approximately 247 cars; a playground for children, open lawns and landscaped areas, and access and circulation drives. There is access directly to Mount Vernon Highway on the north side of the site and access to Sandy Springs Circle on the east side. Additionally there is an easement for access to the adjacent property to the west, now or formerly known as the Sandy Springs West Loop Office Center, and to the south, now or formerly known as the Centre Court Shopping Center. To the east of the property across Sandy Springs Circle is the Heritage Sandy Springs Park and public facility.

1.  Whether the proposed use is consistent with the Comprehensive Land Use Plan and/or Economic Development Revitalization plans adopted by the City Council;

    *The existing parcel falls within the Living-Working Community zone as indicated on the Comprehensive Plan for Sandy Springs. This facility and property have, and will continue to serve the Sandy Springs community by providing access to the site and facility during civic events, including the Sandy Springs Festival and various SSUMC church events and activities that are open to the community.*

2.  Compatibility with land uses and zoning districts in the vicinity of the property for which the Use Permit is proposed;

    *The adjacent properties include several office buildings, retail parcels, and Sandy Springs United Methodist Church main campus. The facility has been in operation for approximately 24 years and in the past has been compatible with adjacent properties.*

3.  Whether the proposed use may violate local, state and/or federal statutes, ordinances or regulations governing land development;

    *Based on our research and history of use at the site, Sandy Springs United Methodist Church is unaware of any violations of regulations or ordinances governing land development.*

4.  The effect of the proposed use on traffic flow, vehicular and pedestrian, along adjoining streets;

    *The facility is used for various church programs, including a pre-school facility for young children. The interior of the site provides ample space for the child pick-up line so that vehicles do not back up onto adjacent streets. The calculated single lane stacking is approximately 45 – 50 vehicles. There is one access point from Mt. Vernon Highway and one access point from Sandy Springs Circle as well as internal access to the adjacent Sandy Springs West Loop Office Center and the Centre Court Shopping Center. We do not anticipate a negative impact on traffic flow along the property.*

L060819

06/02/10

R002110

5.   The location and number of off-street parking;

The number of parking spaces on site is 247.  This does not include spaces that are
located along Mt. Vernon Highway or the parking lot on the Sandy Springs United
Methodist Church main campus.

6.   The amount and location of open space;

The open space for the site is primarily to the east and south of the building and
includes playgrounds for children, exterior plaza area, and a few large open lawn
areas. There are smaller open lawn areas on the north, south, and west sides of the
buildings as well.  The approximate amount of open space (not including parking) is
about 4.5 acres (196,000 gsf).

7.   Protective screening;

The playgrounds for the facility have non-opaque fences that vary from 48" to 60" in
height.  Part of the Use Permit is requesting a variance from a 72" high opaque fence
to the open fences listed above.  The rest of the site and building are in open view to
the public, but do not have any service or "back of house" areas that would require
screening.

8.   Hours and manner of operation;

The facility is to operate as a pre-school facility and after-school program facility
(based on the Use Permit Application).  The building currently operates as a church
program facility for various adult, senior, and children's programs affiliated with
Sandy Springs United Methodist Church (not part of this request – already in
operation).  The hours of operation for the pre-school on a typical day are from 7:00
am to 3:00 pm.  The children are dropped off between 8:55 and 9:15 am and are
picked up between 12:25 and 12:45.  There are limited amount of children that are
picked up at 2:00pm.  After school programs are estimated to operate from 2:00 to
7:00 pm.  The church operates programs at various times and days of the week, but
are not part of this Use Permit request.

9.   Outdoor lighting;

The parking lot has several existing pole mounted lights, miscellaneous building
mounted exterior lighting, and sconce type or overhead lighting at building entrance
locations.  The primary use of the building is during daytime hours, however the
exterior lighting has been sufficient for the facility.

10.   Ingress and egress to the property;

As listed above in number 4, the ingress and egress to the property is as follows:
One access point from Mt. Vernon Highway and one access point from Sandy
Springs Circle as well as internal access to the adjacent Sandy Springs West Loop
Office Center and the Centre Court Shopping Center.

# RECEIVED

JUN 0 2 2010

City of Sandy Springs
Community Development

06/02/10







Trettin, Doug

| | |
|---|---|
| **From:** | Ruffin, Patrice |
| **Sent:** | Wednesday, June 09, 2010 8:54 AM |
| **To:** | Trettin, Doug |
| **Subject:** | RE: SSUMC additional parking-calculations |

Okay, thanks! With the remaining square footage on the site how many spaces do they need in total?

Patrice

**From:** Trettin, Doug
**Sent:** Wednesday, June 09, 2010 8:48 AM
**To:** Ruffin, Patrice
**Subject:** FW: SSUMC additional parking calculations

fyi

Doug Trettin
Senior Planner
City of Sandy Springs
7840 Roswell Road, Bldg. 500
Sandy Springs, GA 30350
770-206-1515
770-206-1562 fax
http://www.sandyspringsga.org/

**From:** Jeff Connell [mailto:JConnell@aigroupdesign.com]
**Sent:** Tuesday, June 08, 2010 6:38 PM
**To:** Trettin, Doug
**Subject:** SSUMC additional parking calculations

Doug,

Here is the estimated parking calculations for the Pre-School use. According to the director, the approximate area that the pre-school occupies in the building (less the gymnasium) is approximately 12,000 sf. They only occupy some of the ground floor and a very small portion of the 2nd floor. The remaining areas of the building are for church use. Using the Sandy Springs Parking Requirements, we estimate the parking requirements as follows:
1.7 spaces per 1000 sf of pre-school (totaly of 12,000 sf) = 20.4 spaces - round up to 21 spaces
One space per 4 employees of largest shift (24 employees) = 6 spaces

Total required spaces are 27. For your information, the amount of employees varies from day to day, but 24 is probably the most that would ever be on site at the same time.

Sorry I didn't get this to you earlier today. Please feel free to call me with any questions.

Thanks,

Jeff Connell
Ai Group

**From:** Trettin, Doug [mailto:Doug.Trettin@sandyspringsga.org]
**Sent:** Thu 5/13/2010 11:18 AM

1

R002177