# U07-012/CV07-025

# 590 Mt. Vernon Highway NE

# *Mt. Vernon Presbyterian School*





PLAINTIFF'S EXHIBIT



# SANDY SPRINGS
GEORGIA

To:        John McDonough, City Manager

From:      Nancy J. Leathers, Director of Community Development

Date:      November 5, 2007 For Submission onto the onto the November 20, 2007 City Council
           meeting

Agenda Item:  **U07-012/CV07-025** 590 Mount Vernon Highway, Request use permit to allow for the
           continued use of off-site classrooms on the existing Northside Independent Methodist
           Church site

---

*CMO (City Manager's Office) Recommendation:*
APPROVAL CONDITIONAL of the request for a use permit to allow for the continued use of off-site
classrooms on the existing Northside Independent Methodist Church site (Section 19.4.40.B.3, *School, Private
or Special*).

*Background:*
The site is located on the north side of Mount Vernon Highway at the intersection with Glenridge Drive. The
property is zoned R-2 (Single Family Dwelling District) conditional under Fulton County use permit cases
U04-0021 and is currently developed with a church and an educational building. The subject property is
located within the Urban District of the Sandy Springs Overlay District.

*Discussion:*
The site plan submitted depicts a two-story, 8,600 square foot church building and a three-story, 14,400
square foot educational building along the north side of the subject property. The applicant is proposing to
use the existing educational building and/or modular buildings as off-site classrooms for the Mount Vernon
Presbyterian School located on the property to the north and west. The applicant is proposing that these off-
site classrooms be used to serve a maximum of 150 students.

*Concurrent Review:*
The staff held a Focus Meeting on September 5, 2007 at which the following city departments provided
comments:

- Building Division
- Development Division

- Fire Department
- Transportation Division

In addition, the following external departments were contacted for comment:

- Atlanta Regional Commission
- Fulton County Board of Education
- Fulton County Department of Environment
  and Community Development *(comments
  received)*
- Fulton County Department of Public Works
- Fulton County Environmental Health Services
- Sandy Springs Council of Neighborhoods
- Sandy Springs Revitalization Inc.
- Georgia Department of Transportation

- City of Atlanta Department of Watershed
  Management
- U.S. Postal Service Address Management
  Systems
- MARTA
- Fulton County Emergency Management
  *(comments received)*

7840 Roswell Road, Building 500 • Sandy Springs, Georgia 30350 • 770.730.5600 • 770.393.0244 fax • www.sandyspringsga.org

132 of 335



# SANDY SPRINGS
### GEORGIA

## Rezoning Petition No. U07-012/CV07-025

### HEARING & MEETING DATES

| Design Review Board Meeting | Community Zoning Information Meeting | Community Developer Resolution Meeting | Planning Commission Hearing | Mayor and City Council Hearing |
|---|---|---|---|---|
| August 28, 2007 | August 28, 2007 | September 26, 2007 | October 18, 2007 | November 20, 2007 |

### APPLICANT/PETITIONER INFORMATION

| Property Owners | Petitioner | Representative |
|---|---|---|
| Northside Independent Methodist Church, Inc. | Mount Vernon Presbyterian School | Nathan V. Hendricks, III |

### PROPERTY INFORMATION

| | |
|---|---|
| **Address, Land Lot, and District** | 590 Mount Vernon Highway<br>Land Lot 36, District 17 |
| **Council District** | 3 |
| **Frontage and Area** | 334.42 feet of frontage along the north side of Mount Vernon Highway and 300.15 feet of frontage along the west side of Glenridge Drive. The subject property has a total area of 3.53 acres. |
| **Existing Zoning and Use** | R-2 (Single Family Dwelling District) conditional under U04-0021, currently developed with a church and an educational building. |
| **Interim 2025 Comprehensive Future Land Use Map Designation** | Community Facility (CF) |
| **Proposed Use** | Off-site Classrooms adjacent to Mount Vernon Presbyterian School main campus |

### INTENT

**USE PERMIT TO ALLOW FOR THE CONTINUED USE OF OFF-SITE CLASSROOMS ON THE EXISTING NORTHSIDE INDEPENDENT METHODIST CHURCH SITE (SECTION 19.4.40.B.3, *SCHOOL, PRIVATE OR SPECIAL*)**

The applicant, Mt. Vernon Presbyterian School, is requesting a use permit to allow for the continued use of off-site classrooms on the existing Northside Independent Methodist Church site. The existing use permit approved under Fulton County case U04-0021 was for a period not to exceed three (3) years while the main school building and campus were being constructed on the property to the north and west of the church property. Under the current use permit petition, the applicant is requesting that the off-site classrooms be allowed to remain indefinitely either in the form of modular classrooms and/or through the use of an existing educational building on the church site, as the completion date for construction of the main campus is unknown. The applicant intends the off-site classrooms to be used by a maximum of 150 students.

The applicant is also requesting five (5) concurrent variances as follows:

1. To delete the required twenty-five (25) foot undisturbed buffer and ten (10) foot improvement setback along the north and west property lines to allow the existing parking lot and drive to remain (Section 4.23.1, *Minimum Landscape Strips and Buffers*).
2. To delete the required fifty (50) foot undisturbed buffer and ten (10) foot improvement setback along the rear (west) property line to allow the existing parking lot and drive to remain (Section 4.23.1, *Minimum Landscape Strips and Buffers*).

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                    133 of 335                    Page 1 of 16

3.  To delete the Sandy Springs Overlay District streetscape standards along the Mount Vernon Highway and Glenridge Drive frontages of the subject property (Section 12B, *Sandy Springs Overlay District*).

4.  To delete the required 100-foot use setback adjacent to residentially zoned property to the north and west (Section 19.4.40.B.3, *School, Private or Special*).

5.  To allow the existing parking lot to be within fifty (50) feet of the adjacent residentially zoned property to the north and west (Section 19.4.40.B.5, *School, Private or Special*).

---

## DEPARTMENT OF COMMUNITY DEVELOPMENT RECOMMENDATION
### U07-0012 – APPROVAL CONDITIONAL
#### CV07-025 #1 – APPROVAL
#### CV07-025 #2 – APPROVAL
#### CV07-025 #3 – APPROVAL
#### CV07-025 #4 – APPROVAL
#### CV07-025 #5 – APPROVAL

---

## DESIGN REVIEW BOARD RECOMMENDATION

The application was heard at the August 28, 2007 Design Review Board meeting. The Board recommended approval of the rezoning and concurrent variances (6-0, Lichtenstein, Mobley, Landeck, Gregory, Porter, and Westmoreland for; Rizzo absent) subject to the following conditions:

1.  The special use permit for any temporary modular classrooms will expire five years from the date of approval.

2.  At the time that the permanent building is renovated for continued educational use, the Sandy Springs Overlay District streetscape standards shall be conformed to.

---

## PLANNING COMMISSION RECOMMENDATION

The petition was heard at the October 18, 2007 Planning Commission hearing. The Commission recommended approval of the petition subject to staff conditions (4-0-1, Wiley, Duncan, Maziar, and Rubenstein for; Boyken abstaining; Rupnow not voting; Thatcher absent). Mr. Boyken found that the modular classrooms should not be approved, but if permitted they should be located on the actual school property.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                    134 of 335                    Page 2 of 16

U07-012/CV07-025

| Location Map |
| --- |



Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07    135 of 335    Page 3 of 16

## BACKGROUND

The site is located on the north side of Mount Vernon Highway at the intersection with Glenridge Drive. The property is zoned R-2 (Single Family Dwelling District) conditional under Fulton County use permit cases U04-0021 and is currently developed with a church and an educational building. The subject property is located within the Urban District of the Sandy Springs Overlay District.

## EXISTING LAND USE AND ZONING OF ABUTTING PROPERTY

| SUBJECT PETITION U07-012 CV07-025 | Proposed Use | | Land Area (Acres) | Square Footage | Density (Square Feet per Acre) |
|---|---|---|---|---|---|
| | Off-site Classrooms | | 3.53 | 14,400 | 4,079.32 |

| Location in relation to subject property | Zoning | Use | Land Area (Acres) | Square Footage or Number of Units | Density (Square Feet or Units Per Acre) |
|---|---|---|---|---|---|
| North & West | R-2 conditional U03-0009 | Mount Vernon Presbyterian School – 510 Mount Vernon Highway | 30.20 | 225,000 | 7,450.34 |
| East | R-2 | First Baptist Church of Sandy Springs – 6321 Glenridge Drive | 6.93 | N/A | --- |
| South | R-5A conditional Z01-0011 Z01-0019 | Mount Vernon Oaks subdivision | 4.99 3.45 | 24 19 | 5 |
| South | CUP conditional Z98-0032 | Glenwick subdivision | 3.195 | 28 | 8.75 |

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                    136 of 335                    Page 4 of 16

U07-012/CV07-025



Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07

137 of 335

Page 5 of 16

U07-012/CV07-025



Future Land Use Map

590 Mt Vernon Highway

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07

**138 of 335**

Page 6 of 16

U07-012/CV07-025



Photograph 1. Northside Independent Methodist Church – 590 Mount Vernon Highway (subject property).



Photograph 2. Notice of Use Permit Petition Sign.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                         139 of 335                         Page 7 of 16

U07-012/CV07-025



Photograph 3. 5856 Riverside Drive (northwest of subject property).



Photograph 4. First Baptist Church of Sandy Springs (east of subject property).

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                                140 of 335                                Page 8 of 16



Photograph 5. Mount Vernon Oaks subdivision (south of subject property).

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                                            Page 9 of 16

141 of 335

## SITE PLAN ANALYSIS

The site plan submitted depicts a two-story, 8,600 square foot church building and a three-story, 14,400 square foot educational building along the north side of the subject property. The applicant is proposing to use the existing educational building and/or modular buildings as off-site classrooms for the Mount Vernon Presbyterian School located on the property to the north and west. The applicant is proposing that these off-site classrooms be used to serve a maximum of 150 students.

## PARKING AND TRAFFIC IMPACT ANALYSIS

The applicant indicates the site to be accessed by two (2) existing curb cuts along Mount Vernon Highway and Glenridge Drive. Section 18.2.1, *Basic Off-Street Parking Requirements*, requires one (1) parking space per thirty (30) square feet of gross building area in the largest assembly area for churches. At a minimum the site is required to have a total of 71 parking spaces to accommodate the site, which have been provided. Additionally, the applicant will accommodate additional required parking on for the off-site classrooms on the Mount Vernon Presbyterian School site to the north and west.

## LANDSCAPE PLAN ANALYSIS

The applicant has requested variances to the required landscape strips and buffers to allow the existing drives and parking to remain. Additionally, the applicant has requested variances to the Sandy Springs Overlay District streetscape requirements to allow the existing landscaping and site improvements to remain.

The Sandy Springs Design Review Board recommended approval of these variances, except that at the time the existing educational building is renovated that the streetscape be installed according to the standards of the Zoning Ordinance.

## ENVIRONMENTAL SITE ANALYSIS

The Environmental Site Analysis Report is sufficient and satisfies the requirements of the Sandy Springs Zoning Ordinance. The site does not contain any known wetlands, streams, steep slopes, sensitive plants and/or protected animal species, or archaeological/historical sites. The site is not located within any floodplains.

## CONCURRENT VARIANCE ANALYSIS

The applicant is also requesting five (5) concurrent variances as follows:

1. To delete the required twenty-five (25) foot undisturbed buffer and ten (10) foot improvement setback along the north and west property lines to allow the existing parking lot and drive to remain (Section 4.23.1, *Minimum Landscape Strips and Buffers*).

   The applicant has indicated that this variance is necessary in order to maintain the existing drive and parking area. Additionally, the applicant has indicated that there will be no detriment to the public should this variance be granted as the only property affected is that owned by the applicant, Mount Vernon Presbyterian School.

   *The staff is of the opinion that the variance request to delete the required buffer and improvement setback along the property lines shared with the Mount Vernon Presbyterian School are in harmony with the intent of the Zoning Ordinance and will cause no detriment to the public. Therefore, based on these reasons, the staff recommends **APPROVAL** of this variance request.*

2. To delete the required fifty (50) foot undisturbed buffer and ten (10) foot improvement setback along the rear (west) property line to allow the existing parking lot and drive to remain (Section 4.23.1, *Minimum Landscape Strips and Buffers*).

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07

142 of 335

Page 10 of 16

The applicant has indicated that this variance is necessary in order to maintain the existing drive and parking area. Additionally, the applicant has indicated that there will be no detriment to the public should this variance be granted as the only property affected is that owned by the applicant, Mount Vernon Presbyterian School.

*The staff is of the opinion that the variance request to delete the required buffer and improvement setback along the property lines shared with the Mount Vernon Presbyterian School are in harmony with the intent of the Zoning Ordinance and will cause no detriment to the public. Therefore, based on these reasons, the staff recommends **APPROVAL** of this variance request.*

3.  To delete the Sandy Springs Overlay District streetscape standards along the Mount Vernon Highway and Glenridge Drive frontages of the subject property (Section 12B, *Sandy Springs Overlay District*).

    The applicant has indicated that this variance is necessary in order to maintain the existing site improvements along the frontage of the property.

    *The staff is of the opinion that the variance request to delete the required streetscape standards along the property frontages can be made to be in harmony with the intent of the Zoning Ordinance and will cause no detriment to the public, until such time that the buildings on the site are renovated as recommended by the Design Review Board. Therefore, based on these reasons, the staff recommends **APPROVAL** of this variance request subject to the condition recommended by the Design Review Board.*

4.  To delete the required 100-foot use setback adjacent to residentially zoned property to the north and west (Section 19.4.40.B.3, *School, Private or Special*).

    The applicant has indicated that this variance is necessary in order to maintain the buildings on the site. Additionally, the applicant has indicated that there will be no detriment to the public should this variance be granted as the only property affected is that owned by the applicant, Mount Vernon Presbyterian School.

    *The staff is of the opinion that the variance request to delete the required use setback along the property lines shared with the Mount Vernon Presbyterian School are in harmony with the intent of the Zoning Ordinance and will cause no detriment to the public. Therefore, based on these reasons, the staff recommends **APPROVAL** of this variance request.*

5.  To allow the existing parking lot to be within fifty (50) feet of the adjacent residentially zoned property to the north and west (Section 19.4.40.B.5, *School, Private or Special*).

    The applicant has indicated that this variance is necessary in order to maintain the existing parking area. Additionally, the applicant has indicated that there will be no detriment to the public should this variance be granted as the only property affected is that owned by the applicant, Mount Vernon Presbyterian School.

    *The staff is of the opinion that the variance request to delete the required parking setback along the property lines shared with the Mount Vernon Presbyterian School are in harmony with the intent of the Zoning Ordinance and will cause no detriment to the public. Therefore, based on these reasons, the staff recommends **APPROVAL** of this variance request.*

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                                                  143 of 335                                    Page 11 of 16

U07-012/CV07-025

## DEPARTMENT COMMENTS

The staff held a Focus Meeting on September 5, 2007 at which the following departmental comments were provided:

| | | |
|---|---|---|
| **BUILDING AND DEVELOPMENT DIVISION** | Sandy Springs Engineering Plan Reviewer | • There are no development requirements that need to be addressed at this time. |
| | Sandy Springs Building Plan Reviewer | • The structure in question must comply with all of the Applicable building codes adopted by the City of Sandy Springs and an approval from the State of Georgia (DCA) Department of community affairs for the trailer use. |
| | Sandy Springs Landscape Architect/Arborist | • There are no landscape requirements that need to be addressed at this time. |
| **FIRE DEPT.** | Sandy Springs Fire Protection Engineer | • There are no fire requirements that need to be addressed at this time. |
| **TRANSPORTATION** | Sandy Springs Department of Transportation, Planning Engineer | • There are no transportation requirements that need to be addressed at this time. |
| | Georgia Department of Transportation | • There are no GDOT requirements that need to be addressed at this time. |

The staff has not received any additional comments from the Fulton County Board of Education. The staff has received additional comments from the Fulton County Emergency Services Department.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07

144 of 335

Page 12 of 16

U07-012/CV07-025

## PUBLIC INVOLVEMENT

### *Required Meetings*
The applicant attended the following required meetings:
- Community Zoning Information Meeting held August 28, 2007 at the Sandy Springs City Hall
- Community/Developer Resolution Meeting held September 26, 2007 at the Sandy Springs City Hall

### *Public Comments*
There has been no public comment received regarding the petition.

### *Notice Requirements*
The petition was advertised in the Daily Report on October 9, 2007 and October 23, 2007. The applicant posted a sign issued by the Department of Community Development along the frontages of Mount Vernon Highway and Glenridge Drive on September 7, 2007.

### *Public Participation Plan and Report*
The applicant has met the Public Participation Plan requirements. The applicant will be required to submit the Public Participation Report seven (7) days prior to the Mayor and City Council Hearing on November 20, 2007. The Public Participation Report must be submitted on or before November 13, 2007.

## USE PERMIT CONSIDERATIONS

The applicant is requesting a use permit to allow off-site classrooms to remain indefinitely either in the form of modular classrooms and/or through the use of an existing educational building on the church site, for use by a maximum of 150 students (Section 19.4.40.B.3, *School, Private or Special*).

Per Article 19.2.4, *Use Permit Considerations*, the City Council shall consider each of the following:

A. *Whether the proposed use is consistent with the Comprehensive Land Use Plan and/or Economic Development Revitalization plans adopted by the City Council;*

Finding:     The applicant is proposing to use modular buildings and/or an existing educational building as off-site classrooms for a maximum of 150 students. The staff is of the opinion that the proposal is consistent with the Future Land Use Map, which designates the property as Community Facility (CF). The CF land use designation recommends uses such as government, public safety, recreation, park, hospital, healthcare, library, and cultural facilities. Both the church and school use would be classified under the community facility designation.

B. *Compatibility with land uses and zoning districts in the vicinity of the property for which the Use Permit is proposed;*

Finding:     The staff is of the opinion that the proposed church and school uses are suitable in view of the existing character of the surrounding neighborhood. Therefore, based on these reasons the staff recommends **APPROVAL CONDITIONAL** of the use permit request.

C. *Whether the proposed use may violate local, state and/or federal statutes, ordinances or regulations governing land development;*

Finding:     The staff is of the opinion that the proposed use would not violate any local, state, and/or federal statutes, ordinances, or regulations.

D. *The effect of the proposed use on traffic flow, vehicular and pedestrian, along adjoining streets;*

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                                        145 of 335                                        Page 13 of 16

U07-012/CV07-025

Finding:        The staff does not anticipate that the proposal will have a significant impact on the surrounding transportation system.

E.  *The location and number of off-street parking spaces;*

Finding:        The applicant is required to provide and has provided 71 parking spaces to serve the site. In addition shared parking will be achieved on the Mount Vernon Presbyterian School property owned by the applicant to the north and west.

F.  *The amount and location of open space;*

Finding:        The applicant has requested variances to the required landscape strips and buffers to allow the existing drives and parking to remain. Additionally, the applicant has requested variances to the Sandy Springs Overlay District streetscape requirements to allow the existing landscaping and site improvements to remain.

                The Sandy Springs Design Review Board recommended approval of these variances, except that at the time the existing educational building is renovated that the streetscape be installed according to the standards of the Zoning Ordinance.

G.  *Protective screening;*

Finding:        The applicant to maintain the existing trees and landscaping on the site.

H.  *Hours and manner of operation;*

Finding:        The applicant has indicated hours of operation for the classrooms as 7:30 a.m. to 5:00 p.m.

I.  *Outdoor lighting; and*

Finding:        The applicant has indicated that the existing outdoor lighting on the site will be maintained.

J.  *Ingress and egress to the property.*

Finding:        The applicant proposes to maintain the existing curb cuts for the site along Mount Vernon Highway and Glenridge Drive.

## CONCLUSION TO FINDINGS

It is the opinion of the staff that the proposed off-site classroom use is suitable in view of the existing character of the surrounding neighborhood and the subject property's proximity to the Mount Vernon Presbyterian School property. Additionally, the proposal meets the recommended designation as set forth by the Future Land Use Map. Therefore, based on these reasons, the staff recommends **APPROVAL CONDITIONAL** of the use permit petition to allow off-site classrooms to remain indefinitely either in the form of modular classrooms and/or through the use of an existing educational building on the church site, for use by a maximum of 150 students.

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                                146 of 335                                Page 14 of 16

U07-012/CV07-025

## STAFF RECOMMENDED CONDITIONS

The staff recommends **APPROVAL CONDITIONAL** of the use permit to allow off-site classrooms to remain indefinitely either in the form of modular classrooms and/or through the use of an existing educational building on the church site, for use by a maximum of 150 students. Where these conditions conflict with the stipulations and offerings contained in the Letter of Intent, these conditions shall supersede unless specifically stipulated by the Mayor and City Council.

1. To the owner's agreement to restrict the use of the subject property as follows:

   a. To off-site classrooms in the existing 14,400 square foot educational building. At the time that said building is renovated for continued educational use, the Sandy Springs Overlay District streetscape standards shall be conformed to. Said streetscape plan shall be subject to the approval of the Design Review Board; *or,*

   To one (1) off-site modular classroom building and one (1) off-site modular administration building as shown on the location plan received by the Department of Community Development dated October 17, 2007, which shall be removed five years from the date of Mayor and City Council approval. The location and type of said modular buildings shall be subject to the approval of the Design Review Board.

   b. To a maximum of 150 students.

   c. The hours of operation shall be limited to 7:30 a.m. to 5:00 p.m.

2. To the owner's agreement to abide by the following:

   a. To the site plan received by the Department of Community Development dated August 31, 2007. Said site plan is conceptual only and must meet or exceed the requirements of the Zoning Ordinance and these conditions prior to the approval of a Land Disturbance Permit. Unless otherwise noted herein, compliance with all conditions shall be in place prior to the issuance of a Certificate of Occupancy.

3. To the owner's agreement to provide the following site development standards:

   a. To delete the required twenty-five (25) foot undisturbed buffer and ten (10) foot improvement setback along the north and west property lines to allow the existing parking lot and drive to remain (CV07-025).

   b. To delete the required fifty (50) foot undisturbed buffer and ten (10) foot improvement setback along the rear (west) property line to allow the existing parking lot and drive to remain (CV07-025).

   c. To delete the Sandy Springs Overlay District streetscape standards along the Mount Vernon Highway and Glenridge Drive frontages of the subject property until such time the existing educational building is renovated for continued classroom use (CV07-025).

   d. To delete the required 100-foot use setback adjacent to residentially zoned property to the north and west (CV07-025).

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07                                    147 of 335                                    Page 15 of 16

   e.  To allow the existing parking lot to be within fifty (50) feet of the adjacent residentially zoned property to the north and west (CV07-025).

**Attachments**

Letter of Intent dated received August 7, 2007
Applicant Use Permit Considerations dated received August 7, 2007
Site Plan dated received August 31, 2007
Modular Location plan dated received October 17, 2007
Comment Letter from the Fulton County Emergency Services Department dated received September 6, 2007
Comment Letter from the Fulton County Department of Environment and Community Development dated received September 13, 2007

Prepared by the City of Sandy Springs Department of Community Development for the Mayor and City Council Hearing on November 20, 2007

PR 11.01.07

148 of 335

Page 16 of 16

LETTER OF INTENT

The property contains approximately 3.53 acres and is located at the northwest corner of the intersection of Glenridge Drive and Mount Vernon Highway (the "Property"). The Property is zoned to the R-2 Classification.

The Applicant requests a Use Permit for the purpose of providing off-site classrooms for its Private School being constructed and developed on other property of the Applicant contiguous and to the north and west of the Property. These additional classrooms shall be provided for in the renovation of the Existing Education Building shown on the Site Plan, temporaty modular units or a combination of both in order to accomadate up to 150 students. Due to the constraints of the existing road and parking area on the Property the Applicant requests a five (5) part Concurrent Variance with the first three request applying to these existing conditions. Further, given the Applicant's ownership of and development of the property contiguous and to the north and west, requests four and five are most reasonable. The Concurrent Variances are more particularly stated and set forth on Exhibit "A" attached hereto and by reference thereto made a part hereof. The approval of these Concurrent Variances will be in harmony with the general purpose and intent of the Zoning Ordinance and will not cause any detriment to the health and welfare of the general public while strict application of the referenced Articles of the Zoning Ordinance as to this particular Property would create an unnecessary hardship on the Applicant. It is to be noted that the Applicant is using the Property currently exactly as being requested under this Application pursuant to 2004U-0021 NFC and 2004VC-0202 NFC which were approved for a period not to exceed three (3) years. Due to the fact that the completion of the Private School of the Applicant on its other property above referenced shall not occur until some number of years in the future, the need has become apparent that the additional classrooms approved and for which continued use is being requested hereunder are necessary for an undetermined time in the future. This Application for Use Permit and Concurrent Variances complies with the policies and intent of the Zoning Ordiance and the appropriateness of this Application and the constitutional asseertions of the Applicant are more particularly stated and set forth on Exhibit "B" attached hereto and by reference thereto made a part hereof.

RECEIVED

City of Sandy Springs
Community Development

Now, therefore, the Applicant requests that this Application for Use Permit and Concurrent Variances be approved as submitted in order that the Applicant be able to proceed with the lawful use and development of the Property.

APPLICANT:

Mount Vernon Presbyterian School, Inc

By: _____
David W. Barclift
Its: Chairman

_____
Nathan V. Hendricks III
Attorney for the Applicant

6085 Lake Forrest Drive
Suite 200
Atlanta, Georgia 30328
(404) 255-5161

Exhibit "A"

CONCURRENT VARIANCE REQUEST(S):

REQUEST 1):  To delete the required 25-foot undisturbed buffer and 10-foot improvement setback along the north and west property lines to allow the existing road to remain pursuant to Article 4.23.1.

REQUEST 2):  To delete the required 50-foot undisturbed buffer and 10-foot improvement setback along the rear (west) property line to allow the existing parking lot to remain pursuant to Article 4.23.1.

REQUEST 3):  To delete the required 20-foot landscape strip along Glenridge Drive and 10-foot landscape strip along Moung Vernon Highway to allow the existing parking lot to remain pursuant to Article 4.23.1.

REQUEST 4):  To delete the required 100-foot use setback adjacent to the approved school property to the north and the west pursuant to Article 19.4.40.B 3.

REQUEST 5):  To allow parking within 50-feet of adjacent residentially zoned property pursuant to Article 19.4.40.B.5.

Exhibit "B"

APPROPRIATENESS OF APPLICATION
AND
CONSTITUTIONAL ASSERTIONS

The portions of the Zoning Resolution of the City of Sandy Springs as applied to the subject Property which classify or may classify the Property so as to prohibit its development as proposed by the Applicant are or would be unconstitutional in that they would destroy the Applicant's property rights without first paying fair, adequate and just compensation for such rights in violation of Article I, Section I, Paragraph I of the Constitution of the State of Georgia of 1983, Article I, Section III, Paragraph I of the Constitution of the State of Georgia of 1983 and the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States.

The application of the Zoning Resolution of the City of Sandy Springs to the Property which restricts its use to any classification other that that proposed by the Applicant is unconstitutional, illegal, null and void, constituting a taking of Applicant's Property in violation of the Just Compensation Clause of the Fifth Amendment to the Constitution of the United States, Article I, Section I, Paragraph I and Article I, Section III, Paragraph I of the Constitution of the State of Georgia of 1983 and the Equal Protection and Due Process Clauses of the Fourteenth Amendment to the Constitution of the United States denying the Applicant an economically viable use of its land while not substantially advancing legitimate state interests.

A denial of this Application would constitute an arbitrary and capricious act by the Sandy Springs City Council without any rational basis therefore constituting an abuse of discretion in violation of Article I, Section I, Paragraph I of the Constitution of the State of Georgia of 1983, Article I, Section III, Paragraph I of the Constitution of the State of Georgia of 1983 and the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States.

A refusal by the Sandy Springs City Council to approve this Use Permit Application as proposed by the Applicant would be unconstitutional and discriminate in an arbitrary, capricious and unreasonable manner between the Applicant and owners of similarly situated property in violation of Article I, Section I, Paragraph II of the Constitutions of the State of Georgia of 1983 and the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States. Any approval of this Application subject to conditions which are different from the conditions requested by the Applicant, to the extent such different conditions would have the effect of further restricting the Applicant's utilization of the subject Property would also constitute an arbitrary, capricious and discriminatory act and would likewise violate each of the provisions of the State and Federal Constitutions set forth hereinabove.

Any approval of this Use Permit without the simultaneous approval of the Concurrent Variances requested would also consitute an arbitrary, capricious and discriminatory act and would likewise violate each of the provisions of the State and Federal Constitutions set forth hereinabove.

152 of 335

Article 19.2.4.  Use Permit Considerations.

1.  WHETHER THE PROPOSED USE IS OCNSISTENT WITH THE COMPREHENSIVE LAND USE PLAN
    AND/OR ECONOMIC DEVELOPMENT REVITALIZATION PLANS ADOPTED BY THE CITY COUNCIL:

    The proposed use is consistant with the intent and following policies of the
    Comprehensive Plan:  Blend institutional uses into existing residential
    neighborhoods in order to mitigage potential adverse effects.

2.  COMPATIBILITY WITH AND USES AND ZONING DISTRICTS IN THE VICINITY OF THE
    PROPERTY FOR WHICH THE USE PERMIT IS PROPOSED:

    The Applicant has a Use Permit for its other Property contiguous and to the
    west and north for a Private School and Recreational Fields.  This proposed
    Use Permit requests that the temporary Use Permit and Concurrent Variances
    approves pursuant to 2004U-0021 NFC and 2004VC-0202 NFC be permanent for
    the up to 150 students approved as the completion of Applicant's build out
    for its entire campus on its other Property referenced is some time out in
    the future.  Given the approval of the Use Permit for a Private School and
    Recreational Fields on Applicant's other property referenced, this request
    is compatible with land uses and zoning districts in the vicinity of the
    Property for which this Use Permit is proposed.

3.  WHETHER THE PROPOSED USE MAY VIOLATE LOCAL, STATE AND/OR FEDERAL STATUTES,
    ORDINANCES OR REGULATIONS GOVERNING LAND DEVELOPMENT.

    The proposed use does not violate any known statutes, ordinances or regula-
    tions governing land development.

4.  THE EFFECT OF THE PROOPSED USE ON TRAFFIC FLOW, VEHICULAR AND PEDESTRIAN,
    ALONG ADJOINING STREETS.

    The proposed use will not generate a significant increase in traffic as has
    been demonstrated during Applicant's use of the Property under the exsiting
    Use Permit referenced which was temporary in duration.

5.  THE LOCATION AND NUMBER OF OFF-STREET PARKING SPACES:

    As shown on the Site Plan.

6.  THE AMOUNT AND LOCATION OF OPEN SPACES:

    As shown on the Site Plan.

7.  PROTECTIVE SCREENING:

    The Property is bordered to the north and west by the referenced other prop-
    erty of the Applicant and to the east by Glenridge Drive and to the south by
    Mount Vernon Hishway.  The current lack of screening is not an issue for the
    surrounding residentially zoned property because the properties are not used
    residential properties.  Thus, the current landscape strips and buffers pro-
    vide sufficient protective screening for the proposed Private School.

RECEIVED

City of Sandy Springs
Community Development

8.  HOURS AND MANNER OF OPERATION:

    The proposed hours of operation would be 7:30 a.m. to 5:00 p.m. Monday
    through Friday.  The proposed hours and manner of operation will not
    impede the use of the surrounding properties nor create any significant
    negative effects to the neighboring area.

9.  OUTDOOR LIGHTING:

    Article 4.9 requires that sources of exterior illumination shall be
    directed away from adjoining residences and shall not exceed 1.2 foot-
    candles along an adjoining residential property line.  Given the distance
    of residential uses from the Property, any proposed outdoor lighting will
    not impede the use of the surrounding properties nor create any significant
    effecst to the neighboring area.  Applicant must demonstrate compliance with
    all outdoor lighting requirements.

10. INGRESS AND EGRESS TO THE PROPERTY:

    No new curb cuts to the site are required and the Applicant's Site Plan
    shows the existing curb cut at the northeast corner of the Property.







# MOUNT VERNON
## PRESBYTERIAN SCHOOL
### PROPOSED CAMPUS EXPANSION
### SITE PLAN

May 29, 2003
revised: July 10, 2003
July 24, 2003; September 4, 2007
September 28, 2007

City of Sandy Springs
Community Development

# Emergency Services Department
### 130 Peachtree St., S.W.
### Suite 3147
### Atlanta, GA 30303

**Alfred R. Moore**
Director

Emergency Communications/911
Telephone: 404/730-7900
FAX: 404/730-7909

Atlanta-Fulton county
Emergency Management Agency
Telephone: 404/730-5600

October 1, 2007

Nancy J. Leathers, AICP, Director of Community Development
City of Sandy Springs
Department of Community Development
Planning and Zoning Division
7840 Roswell Road, Building 500
Sandy Springs, Georgia 30350

**RECEIVED**

OCT 05 2007

Re:   Memorandum dated September 25, 2007
       Preliminary Zoning Agenda

Dear Ms. Leathers:

City of Sandy Springs
Community Development

A review conducted by the Emergency Services Department staff revealed the following:

1.   If zoning petitions are approved, there will be an increase in E9-1-1 call
     volume.  The increase may negatively affect the department's call answering
     speed and service level.

2.   Increased traffic volume without road improvements may increase response
     time of emergency response vehicles thereby reducing effective delivery of
     emergency services.

3.   Addressing of all proposed properties identified within the petitions should
     comply with the City of Sandy Springs' addressing standards or Fulton
     County's Addressing Standards to reduce the likelihood of delay in response
     time.

If I can assist you further in this matter, please contact me at 404-730-7900.

Sincerely,

Alfred R. Moore
Director