# ADDITION AND RENOVATION FOR MT. VERNON BAPTIST CHURCH

850 MT. VERNON HIGHWAY, NW
SANDY SPRINGS, GA 30327

**NOVEMBER 29, 2006**

**CDH PARTNERS**
ARCHITECTURE
ENGINEERING
INTERIOR DESIGN
CONSTRUCTION SERVICES

675 Tower Road
Marietta, Ga 30060-6958
Off: 770.423.0016
Fax: 770.424.0260
www.cdhpartners.com

## PERMITS AND LICENSE
## GENERAL NOTES
## DIMENSIONS
## CONTRACT DOCUMENTS
## UTILITIES
## DRAWING INDEX

| Sheet | Title |
|---|---|
| T001 | TITLE SHEET |
| | GENERAL INFORMATION |
| S1.1 | NEW ENTRY PLANS AT ADMIN |
| S2.1 | NEW CRAWL ENTRY |
| S3.1 | DESIGN CRITERIA, GENERAL NOTES, SECTIONS AND DETAILS |
| MP01 | SITE PLAN |
| | **HVAC** |
| M001 | HVAC LEGEND, NOTES, SCHEDULES AND DETAILS |
| M101 | HVAC DUCTWORK |
| M102 | HVAC DUCTWORK |
| M103 | HVAC DUCTWORK |
| M104 | HVAC DUCTWORK |
| M201 | HVAC PIPING |
| | **DEMOLITION** |
| D101 | DEMOLITION PLAN #01 |
| D102 | DEMOLITION PLAN #02 |
| | **LIFE SAFETY** |
| LS01 | LIFE SAFETY PLAN |
| | **ARCHITECTURAL** |
| A011 | DOOR AND WINDOW DETAILS |
| A101 | FLOOR PLAN #01 |
| A102 | FLOOR PLAN #02 |
| A201 | EXTERIOR ELEVATIONS |
| A301 | BUILDING SECTIONS |
| A401 | REFLECTED CEILING PLAN #01 |
| A501 | WALL SECTIONS AND DETAIL SECTIONS |
| A651 | MILLWORK AND INTERIOR ELEVATIONS |
| A701 | FINISH PLAN #02 |
| A711 | FLOOR PATTERN PLANS |
| A741 | FLOOR PATTERN PLANS |
| | **PLUMBING AND FIRE PROTECTION** |
| P101 | PLUMBING |
| | **ELECTRICAL** |
| E001 | SYMBOLS AND LEGENDS |
| E101 | LIGHTING PLAN #02 |
| E102 | ELECTRICAL DEMOLITION LEVEL 100 |
| E103 | LIGHTING LEVEL 100 NEW WORK |
| E201 | MECHANICAL LEVEL 200 NEW WORK |
| E202 | ELECTRICAL LEVEL 200 NEW WORK |

## CODE INFORMATION
INTERNATIONAL BUILDING CODE 2000 ED. W/GEORGIA AMEND.
OCCUPANCY: ASSEMBLY A3
BUILDING CONSTRUCTION TYPE: IIB (SO, 2000 ED. W/GEORGIA AMEND.
NFPA 101, LIFE SAFETY CODE)
OCCUPANCY TYPE: A-3
THERE IS NO FULL TIME SCHOOL OR DAYCARE ON THE PREMISES
FIRE RESISTANCE RATINGS FOR BUILDING ELEMENTS
STRUCTURAL FRAME – 2 HOUR
FLOOR CONSTRUCTION – 2 HOUR
ROOF CONSTRUCTION – 2 HOUR
WALLS WITH OPENINGS LESS THAN 1 HOUR

## APPLICABLE BUILDING CODES
EFFECTIVE BUILDING CODE IN ACCORDANCE WITH THE SANDY SPRINGS CODE OF ORDINANCES, CHAPTER 7, ARTICLE VIII
MINIMUM STANDARD CODES WILL BE ENFORCED:
1. INTERNATIONAL BUILDING CODE
2. INTERNATIONAL MECHANICAL CODE
3. INTERNATIONAL PLUMBING CODE
4. INTERNATIONAL FIRE CODE
5. INTERNATIONAL FUEL GAS CODE
6. INTERNATIONAL ENERGY CONSERVATION CODE
7. NATIONAL ELECTRICAL CODE
8. INTERNATIONAL RESIDENTIAL CODE

THE FOLLOWING CODES, THE LATEST EDITIONS, AS ADOPTED AND AMENDED BY THE GEORGIA DEPARTMENT OF COMMUNITY AFFAIRS:
1. STANDARD ENERGY BUILDING CODE
2. STANDARD UNSAFE BUILDING CODE AS DEFINED BY O.C.G.A. 8-2-20(9).



## PROJECT NOTES

### BUILDING AREA
| Level | Area |
|---|---|
| LEVEL 100 FLOOR AREA | 2,942 SF |
| LEVEL 200 FLOOR AREA | 441 SQ.FT. |
| TOTAL | |

### OWNER
MOUNT VERNON BAPTIST CHURCH
850 MT. VERNON HIGHWAY, NW
ATLANTA, GA 30327

### ARCHITECTS
CDH PARTNERS INC.
675 TOWER ROAD
MARIETTA, GEORGIA 30060
PHONE (770) 423-0016
FAX (770) 424-0260
PROJECT MANAGER: JIM CAMPBELL
EMAIL: jamie.campbell@cdhpartners.com

### CONSULTANTS

**INTERIOR DESIGN**
CDH PARTNERS INC.
675 TOWER ROAD
MARIETTA, GEORGIA 30060
PHONE (770) 423-0016
FAX (770) 424-0260

**STRUCTURAL**
McVeigh & Mangum Engineering, Inc.
340 Interstate North Parkway,
Suite 360
Atlanta, GA 30339
PHONE (678) 213-1616

**HVAC**
CDH PARTNERS INC.
675 TOWER ROAD
MARIETTA, GEORGIA 30060
PHONE (770) 423-0016
FAX (770) 424-0260

**ELECTRICAL**
CDH PARTNERS INC.
675 TOWER ROAD
MARIETTA, GEORGIA 30060
PHONE (770) 423-0016
FAX (770) 424-0260

### ARCHITECTS
MOUNT VERNON BAPTIST CHURCH
850 MT. VERNON HIGHWAY
SANDY SPRINGS, GEORGIA 30327
PHONE (404) 255-3133

**RECORD SET**

PERMITTED 

RECEIVED JAN 17 2007 PERMITS
FEB 14 2007

Archive Box 34, Slot 60
Mt Vernon Bap BP

BP2006-02406 + BP2007-00056

PLAINTIFF'S EXHIBIT 46

# SITE PLAN — MP01

**RENOVATION AND ADDITION FOR MT. VERNON BAPTIST CHURCH**
850 MT. VERNON HWY, NW
SANDY SPRINGS, GEORGIA 30327

MOUNT VERNON HIGHWAY

PHASE I
PHASE II

PARKING:
REQUIRED: 252 SPACES
EXISTING: 309 SPACES

CDH PARTNERS
ARCHITECTURE
ENGINEERING
INTERIOR DESIGN
CONSTRUCTION SERVICES

RECEIVED JAN 17 2007 PERMITS

EROSION & SEDIMENT CONTROL LEGEND

