```
             UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

```
CHURCH OF SCIENTOLOGY OF GEORGIA,  )
INC., a Georgia Corporation,       )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )  CIVIL ACTION
                                   )  FILE NO.: 1:10-cv-0082-CAP
CITY OF SANDY SPRINGS, GEORGIA,    )
et. al.                            )
                                   )
        Defendants.                )
```

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW the City of Sandy Springs, Georgia, and its named elected officials, Defendants in the above-styled action and file this their Motion for Summary Judgment.

This Motion is based on:

1. All pleadings of record;
2. Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment;
3. Defendants' Statement of Material Facts Not in Dispute;
4. Declaration of Nancy J. Leathers;
5. Deposition of Deborah Quinn Danos on May 19, 2010;
6. Deposition of Robert Wright on August 6, 2010;
7. Deposition of Nancy J. Leathers (Leathers I) on June 2, 2010;
8. Deposition of Nancy J. Leathers (Leathers II) on October 14, 2010;

9. Deposition of Mark Moore on May 27, 2010;

10. Transcript of Planning Commission Hearing on November 19, 2010;

11. Transcript of City Council Hearing on December 15, 2010;

12. Notice of Filing Certified Documents; and

13. Notice of Filing Original Discovery and Request for Filing Original Discovery.

Defendants respectfully show that there is no genuine issue of material fact and that Defendants' are entitled to judgment as a matter of law on all claims presented. Wherefore, Defendants pray for judgment in their favor.

Respectfully submitted this 21st day of December, 2010.

/s/ Laurel E. Henderson
Laurel E. Henderson, Esq.
Georgia Bar No. 346051

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia 30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: lhenderson@bellsouth.net

/s/ Wendell K. Willard
Wendell K. Willard, Esq.
Georgia Bar No. 760300

WILLARD & SULLIVAN
Two Ravinia Dr., Suite 1630
Atlanta, GA  30346

```
Telephone (770) 481-7100
Facsimile  (770) 481-7111
E-mail: wendell.willard@sandyspringsga.org
```

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:10-cv-0082-CAP |
| CITY OF SANDY SPRINGS, GEORGIA, et. al. | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2010 I electronically filed the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

G. Douglas Dillard, Esq.
Andrea Cantrell Jones, Esq.
Lauren M. Hansford, Esq.

/s/ Laurel E. Henderson
Laurel E. Henderson, Esq.
State Bar No. 346051

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia 30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: lhenderson@bellsouth.net