**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:10-cv-0082-CAP |
| CITY OF SANDY SPRINGS, GEORGIA, et. al. | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF MANUAL FILING

COME NOW the City of Sandy Springs, Georgia, and its named elected officials, Defendants in the above-styled action, and notify the Court that sealed original copies of the following documents were filed conventionally because they contain oversized, graphic exhibits that Defendants did not have the capacity to convert to digital format and upload to the CM/ECF system:

  A. Deposition of Deborah Quinn Danos taken May 19, 2010.

  B. Deposition of Robert Michael Wright taken August 6, 2010.

Respectfully submitted this 21st day of December, 2010.

/s/ Laurel E. Henderson
Laurel E. Henderson, Esq.
State Bar No. 346051

1

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia 30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: lhenderson@bellsouth.net

                                              /s/ Wendell K. Willard
                                              Wendell K. Willard, Esq.
                                              Georgia Bar No. 760300

WILLARD & SULLIVAN
Two Ravinia Dr., Suite 1630
Atlanta, GA  30346
Telephone (770) 481-7100
Facsimile  (770) 481-7111
E-mail: wendell.willard@sandyspringsga.org

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:10-cv-0082-CAP |
| CITY OF SANDY SPRINGS, GEORGIA, et. al. | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2010 I electronically filed the foregoing **DEFENDANT'S NOTICE OF MANUAL FILING** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

G. Douglas Dillard, Esq.
Andrea Cantrell Jones, Esq.
Lauren M. Hansford, Esq.

/s/ Laurel E. Henderson
Laurel E. Henderson, Esq.
State Bar No. 346051

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia 30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: lhenderson@bellsouth.net