FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

DEC 21 2010

JAMES N. HATTEN, CLERK
By: /s/ J. White, Deputy Clerk

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation,<br>    Plaintiff,<br><br>vs.<br><br>CITY OF SANDY SPRINGS, GEORGIA, a Municipal Corporation of the State of Georgia; the CITY COUNCIL of the CITY OF SANDY SPRINGS, GEORGIA; EVA GALAMBOS, Mayor of the City of Sandy Springs, Georgia; and JOHN PAULSON, DIANNE FRIES, WILLIAM COPPEDGE COLLINS, JR., ASHLEY JENKINS, TIBERIO DeJULIO, and KAREN MEINZEN McENERNY, Individually in Their Official Capacities as Members of the CITY COUNCIL of the CITY OF SANDY SPRINGS, GEORGIA,<br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:10-CV-0082-CAP<br><br>ORIGINAL |

- - -

Deposition of DEBORAH QUINN DANOS, taken on behalf of the Defendants, before Kimberly S. Bennett, RPR, CRR, CBC, CCP, Certified Court Reporter and Notary Public, at 3500 Lenox Road, N.E., Suite 760, Atlanta, Georgia, on the 19th day of May, 2010, commencing at the hour of 9:48 a.m.

- - -

BENNETT REPORTING, INC.
2910 Holly Pointe Court, N.E.
Marietta, Georgia 30062
(770) 973-0348