**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

```
CHURCH OF SCIENTOLOGY OF GEORGIA,  )
INC., a Georgia Corporation,       )
                                   )
          Plaintiff,               )
                                   )
v.                                 ) CIVIL ACTION
                                   ) FILE NO.: 1:10-cv-0082-CAP
CITY OF SANDY SPRINGS, GEORGIA,    )
et. al.                            )
                                   )
          Defendants.              )
```

## DEFENDANTS' MOTION TO STRIKE

COME NOW the City of Sandy Springs, Georgia, and its named elected officials, Defendants in the above-styled action, and file this their Motion to Strike.

This Motion covers objections to the following items:

1) Deposition of Nancy Leathers Vol. I, p. 22, Lines 10 – 25; pp. 23 – 26; p. 27 Lines 1-10;

2) Paragraph 19 and 21 to the Affidavit of Deborah Danos.

Defendants' Memorandum of Law in Support of this Motion is attached hereto.

For the reasons set forth in Defendants' Memorandum of Law, it is prayed that the above portions of the Deposition of Nancy Leathers Vol. I and the Affidavit of Deborah Danos be struck.

Respectfully submitted this the 12th day of January, 2011.

[*Signature on Following Page*]

/s/ Laurel E. Henderson
Laurel E. Henderson, Esq.
State Bar No. 346051

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia 30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: lhenderson@bellsouth.net

/s/ Wendell K. Willard
Wendell K. Willard, Esq.
Georgia Bar No. 760300

WILLARD & SULLIVAN
Two Ravinia Drive, Suite 1630
Atlanta, Ga 30346
Telephone (770) 481-7000
Facsimile (770) 481-7111
Email: wendell.willard@sandyspringsga.org

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:10-cv-0082-CAP |
| CITY OF SANDY SPRINGS, GEORGIA, et. al. | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2011 I electronically filed the foregoing **DEFENDANTS' MOTION TO STRIKE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

G. Douglas Dillard, Esq.
Andrea Cantrell Jones, Esq.
Lauren M. Hansford, Esq.

/s/ Laurel E. Henderson
Laurel E. Henderson, Esq.
State Bar No. 346051

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia 30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: lhenderson@bellsouth.net