UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:10-CV-0082-CAP |
| CITY OF SANDY SPRINGS, GEORGIA, et. al. | ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW William Charles Hayes and enters an appearance as additional counsel on behalf of all Defendants in the above-styled action. Laurel E. Henderson remains lead counsel in the case. Copies of all notices, pleadings, and other documents should be transmitted to Mr. Hayes at 160 Clairemont Avenue, Suite 430, Decatur, Georgia 30030.

This 16th day of February, 2011.

_/S/_William Charles Hayes_
William Charles Hayes
Ga. Bar No. 362412

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia 30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: chayes1013@bellsouth.net

1

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION ) FILE NO.: 1:10-CV-0082-CAP |
| CITY OF SANDY SPRINGS, GEORGIA, et. al. | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        Andrea Cantrell Jones, Esq.
        Lauren M. Hansford, Esq.

This 16th day of February, 2011.

        _/S/_William Charles Hayes_
        William Charles Hayes
        Ga. Bar No. 362412

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia 30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: chayes1013@bellsouth.net