

Laurel E. Henderson
Kelly Michael Hundley
Paul C. Hoffman
Ashley N. Hopson

March 7, 2011

**VIA: CM/ECF**

Ms. Regena Martin, Courtroom Deputy Clerk
to Honorable Charles A. Pannell
U.S. District Court, Northern District of Georgia
75 Spring Street, SW
Chambers 2367
Atlanta, Georgia 30303

    RE: *Church of Scientology v. City of Sandy Springs, et al.*
         U.S. District Court, Northern District of Georgia
         Civil Action File No.: 1:10-CV-0082-CAP

Dear Ms. Martin:

Pursuant to LR 83.1 E.(3), N.D.Ga., this letter serves as notice of my anticipated Leave of Absence for the periods of:

    1) April 18th through April 22nd, 2011
    2) May 18th through May 20th, 2011
    3) June 3rd through June 6th, 2011

The purpose of the leave is for professional development and personal vacation. I am requesting that the above styled case not be calendared for any hearing during the periods of absence.

If you have any concerns about this request, please contact me immediately.

                    Very truly yours,

                    Laurel E. Henderson

LEH/ns
cc: Andrea Cantrell Jones, Esq.

160 Clairemont Avenue, Suite 430    Decatur, Georgia 30030    404 378 7417    404 378 7778 Fax