IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:10-CV0082 CAP |
| CITY OF SANDY SPRINGS, GEORGIA, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW Plaintiff CHURCH OF SCIENTOLOGY OF GEORGIA, INC. and hereby notifies the Court and opposing parties that Dillard & Galloway, LLC will no longer serve as counsel for Plaintiff in the above-styled action.  Andrea Cantrell Jones and Lauren M. Hansford of The Galloway Law Group, LLC, 3500 Lenox Road, N.E., Suite 760, Atlanta, Georgia 30326, (404) 965-3686 hereby enterp an appearance in this action as counsel for Plaintiff.

[SIGNATURE ON FOLLOWING PAGE]

168805_1                                    1

Respectfully submitted,

THE GALLOWAY LAW GROUP, LLC

Andrea Cantrell Jones
Georgia Bar No. 398440
andrea@glawgp.com
Lauren M. Hansford
Georgia Bar No. 497507
lhansford@glawgp.com
Attorneys for Plaintiff
3500 Lenox Road, N.E., Suite 760
Atlanta, Georgia 30326
(404) 965-3680
(404) 965-3670 (fax)

## CERTIFICATE OF COMPLIANCE WITH L.R.5.1B

I certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 12 point Courier font.

/s/ Andrea Cantrell Jones
Georgia Bar No. 398440
andrea@glawgp.com

Attorney for Plaintiff
3500 Lenox Road, N.E., Suite 760
Atlanta, Georgia 30326
(404) 965-3680
(404) 965-3670 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to the Clerk of Court using the CM/ECF system which automatically sends an electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, mail, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants.  Counsel of record is:

> Laurel E. Henderson, Esquire
> William Charles Hayes, Esquire
> HENDERSON & HUNDLEY, PC
> 160 Clairemont Avenue, Suite 430
> Decatur, Georgia 30030

This 22nd day of February 2012.

> /s/ Andrea Cantrell Jones
> Georgia Bar No. 398440
> andrea@glawgp.com