Andrea Cantrell Jones | **THE GALLOWAY LAW GROUP**

3500 Lenox Road, N.E., Suite 760 | Atlanta, GA 30326
D 404-965-3686 | O 404-965-3680
Partner | andrea@glawgp.com

February 22, 2012

Amy McConochie, Courtroom Deputy Clerk
Chambers of Honorable Amy Totenberg
United States District Court, Northern District of Georgia
1921 Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, Georgia 30303

    Re:    <u>Church of Scientology of Georgia, Inc. v. City of Sandy Springs, Georgia, et al.</u>
            United States District Court for the Northern District of Georgia,
            Civil Action File No. 1:10-CV0082 AT

Dear Ms. McConochie:

    Pursuant to LR 83.1(E)(3), this is my notice regarding my leave of absence for the period of July 1 to July 9, 2012.

    Please do not calendar any proceedings during these dates, as I will be out of state during that period of time. Thank you for your assistance.

    Sincerely,

    THE GALLOWAY LAW GROUP, LLC

    /s/ Andrea Cantrell Jones
    Attorney for Plaintiff

ACJ/mo

cc:    Laurel E. Henderson, Esquire
       William C. Hayes, Esquire
       G. Douglas Dillard, Esquire

168808_1