

Laurel E. Henderson
Kelly Michael Hundley
William C. Hayes

February 23, 2012

**VIA: CM/ECF**

Ms. Amy McConochie, Deputy Clerk
to Honorable Amy Totenberg
U.S. District Court, Northern District of Georgia
75 Spring Street, SW
Chambers 2321
Atlanta, Georgia   30303

  RE: *Church of Scientology v. City of Sandy Springs, et al.*
    U.S. District Court, Northern District of Georgia
    Civil Action File No.: 1:10-CV-0082-AT

Dear Ms. McConochie:

  Pursuant to LR 83.1 E.(3), N.D.Ga., this letter serves as notice of my anticipated Leave of Absence for the periods of:

  1) April 16th through April 20th, 2012

  2) June 22nd through June 26th, 2012

  The purpose of the leave is for professional conference and personal vacation.  I am requesting that the above styled case not be calendared for any hearing during the periods of absence.

  If you have any concerns about this request, please contact me immediately.

           Very truly yours,

           Laurel E. Henderson

LEH/ns

cc:  Andrea Cantrell Jones, Esq.