IN THE UNITED STATES DISTRICT COURT
SNORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF SANDY SPRINGS, GEORGIA, et al.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)  File No. 1:10-CV0082 CAP<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Plaintiff CHURCH OF SCIENTOLOGY, INC., and hereby notifies the Court opposing parties that Dillard & Galloway, LLC will no longer serve as Counsel for Plaintiff in the above-styled action. G. Douglas Dillard, Esquire, Weissman, Nowack, Curry & Wilco, P.C., 3500 Lenox Road, N.E., 4th Floor, Atlanta, Georgia 30326, (404) 926-4545 hereby enters an appearance in this action as Counsel for Plaintiff.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　WEISSMAN, NOWACK, CURRY & WILCO, P.C.

　　　　　　　　　　　　　　　*/s/ G. Douglas Dillard*
　　　　　　　　　　　　　　　G. Douglas Dillard
　　　　　　　　　　　　　　　Georgia Bar No. 221900
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　3500 Lenox Road, 4th Floor
　　　　　　　　　　　　　　　Atlanta, GA  30326
　　　　　　　　　　　　　　　(404) 926-4545
　　　　　　　　　　　　　　　(404) 926-4745 (fax)
　　　　　　　　　　　　　　　Dougd@wncwlaw.com

CERTIFICATE OF COMPLIANCE WITH L.R.5.1B

I certify, pursuant to L.R.7.1D that the above-titled document complies with L.R.5.1B and was prepared using a 12 point Courier font.

G. Douglas Dillard
Georgia Bar No. 221900
Dougd@wncwlaw.com
Attorney for Plaintiff

3500 Lenox Road, 4th Floor
Atlanta, GA  30326
(404) 926-4545
(404) 926-4745 (fax)

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing NOTICE OF APPEARANCE OF COUNSEL to the Clerk of Court using the CM/ECF system which automatically sends an electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class mail, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

> Laurel E. Henderson, Esq.
> William Charles Hayes, Esq.
> HENDERSON & HUNDLEY, PC
> 160 Clairemont Avenue
> Suite 430
> Decatur, GA 30030
>
> Andrea Cantrell Jones, Esq.
> Lauren M. Hansford, Esq.
> THE GALLOWAY LAW GROUP
> 3500 Lenox Road, N.E.
> Suite 760
> Atlanta, GA 30326

This 1st day of March, 2012

G. Douglas Dillard
Georgia Bar No. 221900
dougd@wncwlaw.com