# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:10-cv-00082-AT
### Church of Scientology of Georgia, Inc. v. City of Sandy Springs, Georgia et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 03/08/2012.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:25 P.M.     COURT REPORTER: Elise Evans
TIME IN COURT: 00:25                DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | George Dillard representing Church of Scientology of Georgia, Inc. |
| | Laurel Henderson representing City Council of the City of Sandy Springs, Georgia |
| | Laurel Henderson representing City of Sandy Springs, Georgia |
| | Laurel Henderson representing Ashley Jenkins |
| | Laurel Henderson representing Dianne Fries |
| | Laurel Henderson representing Eva Galambos |
| | Laurel Henderson representing John Paulson |
| | Laurel Henderson representing Karen Meinzen McEnerny |
| | Laurel Henderson representing Tiberio DeJulio |
| | Laurel Henderson representing William Coppedge Collins |
| | Andrea Jones representing Church of Scientology of Georgia, Inc. |
| | Wendell Willard representing City Council of the City of Sandy Springs, Georgia |
| | Wendell Willard representing City of Sandy Springs, Georgia |
| | Wendell Willard representing Ashley Jenkins |
| | Wendell Willard representing Dianne Fries |
| | Wendell Willard representing Eva Galambos |
| | Wendell Willard representing John Paulson |
| | Wendell Willard representing Karen Meinzen McEnerny |
| | Wendell Willard representing Tiberio DeJulio |
| | Wendell Willard representing William Coppedge Collins |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court held a telephone conference with counsel re the [98] Joint Motion to Close Mediation; written order to follow. The proposed consolidated pretrial order is due April 30, 2012. |