**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF GEORGIA, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANDY SPRINGS, GEORGIA, et. al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO.: 1:10-cv-0082-AT<br>)<br>)<br>)<br>) |

## CONSENT ORDER

By Amended Order of February 10, 2012, the Parties were ordered to mediation no later than April 2, 2012. On March 26, 2012 the Parties mediated the parking dispute on which remaining claims are based before the Hon. Stanley Burch.

While it appears that no agreement was finalized in mediation, the Parties have agreed to consideration of a revised parking arrangement on the Subject Property which will require 30 to 45 days of review time by City staff. Should a revised parking arrangement be acceptable to the City, Plaintiff seeks modification of existing zoning conditions which would further require public notice at least 15 days in advance of a new public hearing. Absent such notice and public hearing, the existing conditions of zoning may not be modified.

The Court has established a deadline of April 30 for submission of a Proposed Consolidated Pre-Trial Order in this

case. Extension of that deadline will permit the Parties to continue to explore potential settlement by completing review of a revised parking plan, meeting to clarify any remaining issues, and, if successful, noticing and holding the required public hearing and vote.

Accordingly, IT IS HEREBY ORDERED that the deadline for submission of a Proposed Consolidated Pre-Trial Order in the above style case is hereby extended until June 15, 2012 to facilitate the continuation of settlement efforts and adoption of any changed conditions to zoning necessitated to resolve this matter.

So Ordered, this 30th day of March, 2012.

_____
Hon. Amy Totenberg, Judge
U.S. District Court,
Northern District of Georgia

Consent Order jointly prepared and submitted by:

| /s/ Laurel E. Henderson | /s/ Andrea Cantrell Jones |
|---|---|
| LAUREL E. HENDERSON | ANDREA CANTRELL JONES |
| Georgia State Bar No. 346051 | Georgia State Bar No. 398440 |
| WILLIAM CHARLES HAYES | LAUREN M. HANSFORD |
| Georgia State Bar No. 342612 | Georgia State Bar No. |
| | |
| HENDERSON & HUNDLEY, P.C. | THE GALLOWAY LAW GROUP |
| 160 Clairemont Avenue | 3500 Lenox Road, N.E. |
| Suite 430 | Suite 760 |
| Decatur, Georgia 30030 | Atlanta, Georgia  30326 |
| Telephone (404) 378-7417 | Telephone (404) 965-3680 |
| Facsimile (404) 378-7778 | Facsimile (404) 965-3670 |

Email: lhenderson@bellsouth.net          Email: andrea@glawgp.com
Email" chayes1013@bellsouth.net

<u>/s/ Wendell K. Willard</u>
Wendell K. Willard, Esq.
Georgia Bar No. 760300

WILLARD & SULLIVAN
Two Ravinia Drive, Suite 1630
Atlanta, Ga 30346
Telephone (770) 481-7000
Facsimile (770) 481-7111
Email: wendell.willard@sandyspringsga.org