```
                UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

CHURCH OF SCIENTOLOGY OF GEORGIA,  )
INC., a Georgia Corporation,       )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )
                                   )   CAFN:  1:10-CV-0082-AT
CITY OF SANDY SPRINGS, GEORGIA,    )
et. al.                            )
                                   )
     Defendants.                   )
```

## CONSENT ORDER

By Amended Order of February 10, 2012, the Parties were ordered to mediation no later than April 2, 2012. On March 26, 2012 the Parties mediated before the Hon. Stanley Burch the issue of whether an acceptable parking arrangement could be agreed upon to allow Plaintiff's requested expansion and modification of the basement for church use.

While it appears that no agreement was finalized in mediation, the Parties agreed to consideration of a revised parking arrangement on the Subject Property. Should a revised parking arrangement be acceptable to the City, Plaintiff seeks modification of existing zoning conditions which would further require public notice at least 15 days in advance of a new public hearing. Absent such notice and public hearing, the existing conditions of zoning may not be modified.

1

The Court previously established a deadline of June 15, 2012 for submission of a Proposed Consolidated Pre-Trial Order in this case by its Order of March 9, 2012. While that deadline had been previously extended, review of the proposed site plan took longer than anticipated. That review has now been completed and the public hearing on the revised plan has been noticed and is scheduled for June 19, 2012. One final extension of the deadline for filing the Pre-Trial Order will permit the Parties to conclude their settlement efforts by holding the public hearing.

Accordingly, IT IS HEREBY ORDERED that the deadline for submission of a Proposed Consolidated Pre-Trial Order in the above style case is hereby extended until June 30, 2012 to facilitate the continuation of settlement efforts and adoption of any changed conditions to zoning necessary to resolve this matter.

So Ordered, this _____ day of _____, 2012.


_____
Hon. Amy Totenberg, Judge
U.S. District Court,
Northern District of Georgia

Consent Order jointly prepared and submitted by:

| | |
|---|---|
| _/s/ Laurel E. Henderson__ | _/s/ Andrea Cantrell Jones__ |
| LAUREL E. HENDERSON | ANDREA CANTRELL JONES |
| Georgia State Bar No. 346051 | Georgia State Bar No. 398440 |
| WILLIAM CHARLES HAYES | LAUREN M. HANSFORD |
| Georgia State Bar No. 342612 | Georgia State Bar No. 497504 |
| | |
| HENDERSON & HUNDLEY, P.C. | THE GALLOWAY LAW GROUP |
| 160 Clairemont Avenue | 3500 Lenox Road, N.E. |
| Suite 430 | Suite 760 |
| Decatur, Georgia   30030 | Atlanta, Georgia   30326 |
| Telephone (404) 378-7417 | Telephone (404) 965-3680 |
| Facsimile (404) 378-7778 | Facsimile (404) 965-3670 |
| Email: lhenderson@bellsouth.net | Email: andrea@glawgp.com |
| Email" chayes1013@bellsouth.net | |
| | |
| /s/ Wendell K. Willard | /s/ G. Douglas Dillard |
| WENDELL K. WILLARD, Esq. | G. DOUGLAS DILLARD |
| Georgia Bar No. 760300 | Georgia Bar No. 221900 |
| | |
| WILLARD & SULLIVAN | WEISSMAN, NOWAK, CURRY & WILCO, P.C. |
| Two Ravinia Drive | One Alliance Center, 4th Floor |
| Suite 1630 | 3500 Lenox Road |
| Atlanta, Georgia   30346 | Atlanta Georgia   30326 |
| Telephone (770) 481-7000 | Telephone: 404-926-4500 |
| Facsimile (770) 481-7111 | Email: doug@wmcwlaw.com |
| Email: wendell.willard@sandyspringsga.org | |

```
               UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

CHURCH OF SCIENTOLOGY OF GEORGIA,  )
INC., a Georgia Corporation,       )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )
                                   )    CAFN:  1:10-CV-0082-AT
CITY OF SANDY SPRINGS, GEORGIA,    )
et. al.                            )
                                   )
     Defendants.                   )
```

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11th, 2012 I electronically filed the foregoing **CONSENT ORDER** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    G. Douglas Dillard, Esq.    dougd@wncwlaw.com
    Andrea Cantrell Jones, Esq.  andrea@glawgp.com
    Lauren M. Hansford, Esq.    lauren@glawgp.com
    Wendell K. Willard, Esq.    wkwillard@wendellwillard.com

    /s/ Laurel E. Henderson
    LAUREL E. HENDERSON
    Georgia Bar No. 346051

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia   30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: lhenderson@bellsouth.net

4