FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 13 2012

JAMES N. HATTEN, CLERK
By: RBachelor Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHURCH OF SCIENTOLOGY OF GEORGIA, )
INC., a Georgia Corporation, )
 )
 Plaintiff, )
 )
v. )
 )  CAFN:  1:10-CV-0082-AT
CITY OF SANDY SPRINGS, GEORGIA, )
et. al. )
 )
 Defendants. )

## CONSENT ORDER

By Amended Order of February 10, 2012, the Parties were ordered to mediation no later than April 2, 2012. On March 26, 2012 the Parties mediated before the Hon. Stanley Burch the issue of whether an acceptable parking arrangement could be agreed upon to allow Plaintiff's requested expansion and modification of the basement for church use.

While it appears that no agreement was finalized in mediation, the Parties agreed to consideration of a revised parking arrangement on the Subject Property. Should a revised parking arrangement be acceptable to the City, Plaintiff seeks modification of existing zoning conditions which would further require public notice at least 15 days in advance of a new public hearing. Absent such notice and public hearing, the existing conditions of zoning may not be modified.

1

The Court previously established a deadline of June 15, 2012 for submission of a Proposed Consolidated Pre-Trial Order in this case by its Order of March 9, 2012. While that deadline had been previously extended, review of the proposed site plan took longer than anticipated. That review has now been completed and the public hearing on the revised plan has been noticed and is scheduled for June 19, 2012. One final extension of the deadline for filing the Pre-Trial Order will permit the Parties to conclude their settlement efforts by holding the public hearing.

Accordingly, IT IS HEREBY ORDERED that the deadline for submission of a Proposed Consolidated Pre-Trial Order in the above style case is hereby extended until June 30, 2012 to facilitate the continuation of settlement efforts and adoption of any changed conditions to zoning necessary to resolve this matter.

So Ordered, this 13th day of June, 2012.

_____
Hon. Amy Totenberg, Judge
U.S. District Court,
Northern District of Georgia

Consent Order jointly prepared and submitted by:

/s/ Laurel E. Henderson
LAUREL E. HENDERSON
Georgia State Bar No. 346051
WILLIAM CHARLES HAYES
Georgia State Bar No. 342612

HENDERSON & HUNDLEY, P.C.
160 Clairemont Avenue
Suite 430
Decatur, Georgia   30030
Telephone (404) 378-7417
Facsimile (404) 378-7778
Email: lhenderson@bellsouth.net
Email" chayes1013@bellsouth.net

/s/ Wendell K. Willard
WENDELL K. WILLARD, Esq.
Georgia Bar No. 760300

WILLARD & SULLIVAN
Two Ravinia Drive
Suite 1630
Atlanta, Georgia   30346
Telephone (770) 481-7000
Facsimile (770) 481-7111
Email: wendell.willard@
sandyspringsga.org

/s/ Andrea Cantrell Jones
ANDREA CANTRELL JONES
Georgia State Bar No. 398440
LAUREN M. HANSFORD
Georgia State Bar No. 497504

THE GALLOWAY LAW GROUP
3500 Lenox Road, N.E.
Suite 760
Atlanta, Georgia   30326
Telephone (404) 965-3680
Facsimile (404) 965-3670
Email: andrea@glawgp.com

/s/ G. Douglas Dillard
G. DOUGLAS DILLARD
Georgia Bar No. 221900

WEISSMAN, NOWAK, CURRY &
WILCO, P.C.
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta Georgia   30326
Telephone: 404-926-4500
Email: doug@wmcwlaw.com